MARC J. FAGEL (State Bar No. 154425)
fagelm@sec.gov
JUDITH L. ANDERSON (State Bar No. 124281)
andersonju@sec.gov
SUSAN F. LA MARCA (Cal. Bar No. 215231)
lamarcas@sec.gov
ELENA RO (State Bar No. 197308)
roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH L. SCHROEDER,<br><br>    Defendant. | Case No.  C-07-3798 JW<br><br>ADMINISTRATIVE MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

Plaintiff Securities and Exchange Commission (the "Commission") hereby moves this Court, pursuant to Local Rule 3-12, for an order that the instant case is related to a case also filed in this District on July 25, 2007, entitled *Securities and Exchange Commission v. KLA-Tencor Corporation*, Case No. C07-3799 HRL (the "KLA Case").  Both cases substantially concern at least the same parties, property, transaction or event, namely that certain executives of KLA-Tencor Corporation ("KLA" or the "Company") concealed millions of dollars in expenses from investors, and

significantly overstated the Company's income by backdating employee stock option grants and failing to properly disclose and account for its true compensation expenses. The instant case alleges that defendant Kenneth L. Schroeder, the former Chief Executive Officer of KLA, intentionally engaged in the options backdating scheme at KLA.

In the KLA Case, KLA has consented to entry of a judgment against it; the proposed judgment and KLA's consent were filed concurrently with the summons and complaint. Counsel for KLA does not oppose this motion. Because KLA consented to a judgment and assuming the judgment is approved by the Court, it does not appear likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. However, because the Commission is also this day filing a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a U.S. District Judge, relating the cases would reduce duplication.

DATED:  August 7, 2007              Respectfully Submitted,


/s/ Judith L. Anderson
Marc J. Fagel
Judith L. Anderson
Susan F. La Marca
Elena Ro
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION