1  MARC J. FAGEL (Cal. Bar No. 154425)
   SUSAN F. LA MARCA (Cal. Bar No. 215231)
2    lamarcas@sec.gov
   MARK P. FICKES (Cal Bar No. 178570)
3    fickesm@sec.gov
   JEREMY E. PENDREY (Cal. Bar No. 187075)
4    pendreyj@sec.gov
   ELENA RO (Cal. Bar No. 197308)
5    roe@sec.gov

6  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
7  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
8  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

9

10

11

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                          SAN JOSE DIVISION
15

16

17  SECURITIES AND EXCHANGE COMMISSION,    Civil Action No. C 07 3798 JW

18         Plaintiff,
                                           NOTICE OF APPEARANCE OF COUNSEL
19         vs.

20  KENNETH L. SCHROEDER,

21         Defendant.

22

23

24

25

26

27

28
   NOTICE OF APPEARANCE OF COUNSEL         1
   C 07-3798-JW

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel is appearing on behalf of plaintiff Securities and Exchange Commission in the above-captioned action:

Mark P. Fickes
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104

Mr. Fickes' direct dial telephone number is (415) 705-8103.  Communications to Plaintiff Securities and Exchange Commission in this action should be directed to Mr. Fickes' attention.

Respectfully submitted,

Dated:  September 25, 2007        /s/ Mark P. Fickes_____
                                  Mark P. Fickes
                                  Attorney for Plaintiff
                                  SECURITIES AND EXCHANGE COMMISSION

NOTICE OF APPEARANCE OF COUNSEL                2
C 07-3798-JW