# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>KENNETH L. SCHROEDER,<br>Defendant | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER: **JW**<br><br>**C 07 3798** |

TO: (Name and address of defendant)

Kenneth L. Schroeder
14545 Manuella Road
Los Altos Hills, CA 94022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Judith L. Anderson
Elena Ro
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

ANNA SPRINKLES

DATE JUL 25 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER<br>Martha D. Dewing | TITLE<br>Paralegal Specialist |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify):* Served by Federal Express on August 3, 2007 to Shirli Fabbri Weiss authorized to accept service for Kenneth Schroeder. Also served: Civil Cover sheet, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, ECF Registration Information Handout, U.S. District Court Hours & Local Rules, order Setting Initial Case Management Conference and ADR deadlines.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/28/07
              Date

Signature of Server  SEC
44 Montgomery Street, Suite 2600
San Francisco, CA 94104
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
SAN FRANCISCO REGIONAL OFFICE
44 Montgomery Street
SUITE 2600
SAN FRANCISCO, CALIFORNIA 94104**

DIRECT DIAL: (415) 705-2338
FAX NUMBER: (415) 705-2501

August 3, 2007

**VIA FEDERAL EXPRESS**

Shirli Fabbri Weiss, Esq.
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101

Re:   SEC v. Kenneth L. Schroeder, Case No. C 07 3798 JW

Dear Ms: Weiss:

Please find enclosed the Commission's Complaint filed in the above-referenced action regarding your client, Mr. Kenneth Schroeder. As we discussed today, we are providing the Complaint and accompanying documents to you under our agreement that you will accept service by Federal Express on behalf of Mr. Schroeder. In addition, we also agreed today we would grant Mr. Schroeder an extension of time to answer or otherwise respond to the Complaint, such that Mr. Schroeder's last day to respond to the Complaint will be 35 days from the date of receipt of the Complaint. Assuming you receive it on August 6, 2007, the response will be due on September 10, 2007.

Thank you for your time and attention to this matter. Please feel free to contact me at the telephone number above if you have any further questions.

Very truly yours,

Elena Ro
Attorney, Office of Enforcement

Enclosures