KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
STUART L. GASNER - #164675
STEVEN K. TAYLOR - #204668
GARRETT LYNCH - # 214469
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: epeters@kvn.com
       sgasner@kvn.com
       staylor@kvn.com
       glynch@kvn.com

Attorneys for Defendant
KENNETH SCHROEDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>      v.<br><br>KENNETH L. SCHROEDER,<br><br>                    Defendant. | Case No. C-07-3798 JW<br><br>**NOTICE OF APPEARANCE OF STUART L. GASNER** |

1  Notice is hereby given that the undersigned attorney, Stuart L. Gasner, enters his
2  appearance in this matter for Defendant for the purpose of receiving notices and orders from the
3  Court.

Dated:  October 5, 2007                                    KEKER & VAN NEST, LLP


                                                By:  /s/ Stuart L. Gasner
                                                     STUART L. GASNER
                                                     Attorneys for Defendant
                                                     KENNETH L. SCHROEDER