KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
STUART L. GASNER - #164675
STEVEN K. TAYLOR - #204668
GARRETT LYNCH - # 214469
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: epeters@kvn.com
       sgasner@kvn.com
       staylor@kvn.com
       glynch@kvn.com

Attorneys for Defendant
KENNETH SCHROEDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>   v.<br><br>KENNETH L. SCHROEDER,<br><br>                      Defendant. | Case No. C-07-3798 JW<br><br>**NOTICE OF APPEARANCE OF STEVEN K. TAYLOR** |

1 | Notice is hereby given that the undersigned attorney, Steven K. Taylor, enters his appearance in this matter for Defendant for the purpose of receiving notices and orders from the Court.

Dated: October 18, 2007

KEKER & VAN NEST, LLP

By: _/s/ Steven K. Taylor_
STEVEN K. TAYLOR
Attorneys for Defendant
KENNETH L. SCHROEDER