MARC J. FAGEL (Cal. Bar No. 154425)
SUSAN F. LA MARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
MARK P. FICKES (Cal Bar No. 178570)
  fickesm@sec.gov
ELENA RO (Cal. Bar No. 197308)
  roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  vs.<br><br>KENNETH L. SCHROEDER,<br><br>    Defendant. | Case No. C-07-3798 JW<br><br>**CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

Pursuant to Local Rule 3-16, plaintiff Securities and Exchange Commission ("Commission") hereby submits its Certification of Non-party Interested Entities or Persons.

Defendant Kenneth L. Schroeder is also a defendant in *In re KLA-Tencor Corp. Shareholder Derivative Litigation*, C-06-3445 (JW), which concerns alleged instances of improper options backdating at KLA, including instances at issue in this lawsuit. As a result, the parties to that

///

///

///

1 litigation may have an interest that could be substantially affected by the outcome of the
2 Commission's action against Schroeder. Aside from that, the Commission is not aware of any other
3 non-parties who have a financial interest in, or may be substantially affected by, the outcome of this
4 case.

6 DATED:   October 29, 2007            Respectfully Submitted,

/s/ Mark P. Fickes
Susan F. LaMarca
Mark P. Fickes
Elena Ro
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION