**United States District Court**
For the Northern District of California

1

2

3

4                        UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7  SECURITIES AND EXCHANGE
   COMMISSION,                                    No. C 07-03798 JW
                                                  Related Case: C 07-03799 JW
8              Plaintiff(s),
                                                  **CLERK'S NOTICE CONTINUING CASE**
9          v.                                     **MANAGEMENT CONFERENCE**

10  KENNETH L. SCHROEDER,
                 Defendant(s).
11  _____/

12  KLA-TENCOR CORPORATION
                 Defendant(s)
13
    TO ALL PARTIES AND COUNSEL OF RECORD:
14

15
    YOU ARE NOTIFIED THAT the Case Management Conference  before Judge James Ware
16
    previously noticed for November 26, 2007 at 10:00 AM, has been reset to **December 17, 2007 at**
17
    **10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st  Street, San Jose, California. The parties shall file a
18
    joint case management statement by December 7, 2007.
19
    Dated:  October 31, 2007
20
                                                  FOR THE COURT,
                                                  Richard W. Wieking, Clerk
21

22

23                                                by: _____/s/_____
                                                       Elizabeth Garcia
24                                                     Courtroom Deputy

25

26

27

28