UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Securities and Exchange Commission

                Plaintiff(s),

        v.

Kenneth L. Schroeder,

               Defendant(s).

CASE NO. C 07-03798 JW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 12/17/2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Mark P. Fickes | Securities and Exchange Commission (Pl.) | 415/705-8103 | fickesm@sec.gov |
| Shirli Weiss | Kenneth L. Schroeder (Def.) | 619/699-3650 | Shirli.Weiss@dlapiper.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/2/2007

                                              Mark P. Fickes
                                              Attorney for Plaintiff

Dated: 11/6/07

                                              Attorney for Defendant

Rev 12.05