SHIRLI FABBRI WEISS (Bar No. 079225)
DAVID PRIEBE (Bar No. 148679)
JEFFREY B. COOPERSMITH
(admitted *pro hac vice*)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001
Email: shirli.weiss@dlapiper.com
Email: david.priebe@dlapiper.com
Email: jeff.coopersmith@dlapiper.com

ELLIOT R. PETERS (Bar No. 158708)
STUART L. GASNER (Bar No. 164675)
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188
E-mail: EPeters@KVN.com
E-mail: SGasner@KVN.com

Attorneys for Defendant
KENNETH L. SCHROEDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>KENNETH L. SCHROEDER,<br><br>*Defendant.* | No. C 07 3798 JW<br><br>**[PROPOSED] ORDER GRANTING MOTION OF KENNETH L. SCHROEDER FOR PROTECTIVE ORDER REGULATING TIMING OF DEPOSITION**<br>Fed. R. Civ. P. 26(c)<br><br>**MAGISTRATE JUDGE HOWARD R. LLOYD**<br><br>DATE: December 18, 2007<br>TIME: 10:00 a.m.<br>COURTROOM: |

## ORDER

Having considered the "Motion Of Kenneth L. Schroeder For Protective Order Regulating Timing Of Deposition" and any response thereto, IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 26(c), that plaintiff Securities and Exchange Commission is precluded from noticing and taking the deposition of Kenneth L. Schroeder until three months before the completion of fact discovery in this case.

Dated this _____ day of _____, 2007.

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge

Presented By:

DLA PIPER US LLP


By:   /s/ Jefffrey B. Coopersmith
   SHIRLI FABBRI WEISS (Bar No. 079225)
   DAVID PRIEBE (Bar No. 148679)
   JEFFREY B. COOPERSMITH (admitted *pro hac vice*)
   DLA PIPER US LLP
   2000 University Avenue
   East Palo Alto, CA 94303-2248
   Tel: (650) 833-2000
   Fax: (650) 833-2001
   Email: shirli.weiss@dlapiper.com
   Email: david.priebe@dlapiper.com
   Email: jeff.coopersmith@dlapiper.com

   ELLIOT R. PETERS (Bar No. 158708)
   STUART L. GASNER (Bar No. 164675)
   KEKER & VAN NEST LLP
   710 Sansome Street
   San Francisco, CA 94111
   Tel: (415) 391-5400
   Fax: (415) 397-7188
   E-mail: EPeters@KVN.com
   E-mail: SGasner@KVN.com

   Attorneys for Defendant
      KENNETH L. SCHROEDER

SE\9104279.1