SHIRLI FABBRI WEISS (Bar No. 079225)
DAVID PRIEBE (Bar No. 148679)
JEFFREY B. COOPERSMITH
(admitted *pro hac vice*)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001
Email: shirli.weiss@dlapiper.com
Email: david.priebe@dlapiper.com
Email: jeff.coopersmith@dlapiper.com

ELLIOT R. PETERS (Bar No. 158708)
STUART L. GASNER (Bar No. 164675)
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188
E-mail: EPeters@KVN.com
E-mail: SGasner@KVN.com

Attorneys for Defendant
KENNETH L. SCHROEDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>KENNETH L. SCHROEDER,<br><br>*Defendant.* | No. C 07 3798 JW<br><br>**AMENDED NOTICE OF MOTION HEARING DATE FOR MOTION OF KENNETH L. SCHROEDER FOR PROTECTIVE ORDER REGULATING TIMING OF DEPOSITION**<br><br>**MAGISTRATE JUDGE HOWARD R. LLOYD**<br><br>DATE: January 8, 2008<br>TIME: 10:00 a.m.<br>COURTROOM: 8 |

DLA PIPER US LLP

Page 1

NOTICE OF AMENDED MOTION DATE FOR MOTION OF KENNETH L. SCHROEDER
FOR PROTECTIVE ORDER REGULATING TIMING OF DEPOSITION
NO. C 07 3798 JW

1  PLEASE TAKE NOTICE that on January 8, 2008, at 10:00 a.m., or at such other date and time as the Court may order, in Courtroom 8 of the above-entitled court, located at 280 S. 1st Street, San Jose, California, Defendant Kenneth L. Schroeder will and hereby does move, pursuant to Federal Rule of Civil Procedure 26(c), for a protective order precluding the Securities and Exchange Commission from noticing Mr. Schroeder's deposition until no earlier than three months before the end of the factual discovery period in this case.

Mr. Schroeder filed his motion, together with his memorandum of points and authorities, with the Court on November 7, 2007. This Notice is filed only for the purpose of moving the motion hearing date from December 18, 2007, to January 8, 2008.

Dated: November 14, 2007

DLA PIPER US LLP

Respectfully submitted,

By: /s/ Jeffrey B. Coopersmith

SHIRLI FABBRI WEISS (Bar No. 079225)
DAVID PRIEBE (Bar No. 148679)
JEFFREY B. COOPERSMITH
(admitted *pro hac vice*)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001
Email: shirli.weiss@dlapiper.com
Email: david.priebe@dlapiper.com
Email: jeff.coopersmith@dlapiper.com

ELLIOT R. PETERS (Bar No. 158708)
STUART L. GASNER (Bar No. 164675)
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188
E-mail: EPeters@KVN.com
E-mail: SGasner@KVN.com

Attorneys for Defendant
  KENNETH L. SCHROEDER

DLA PIPER US LLP

Page 1

NOTICE OF AMENDED MOTION DATE FOR MOTION OF KENNETH L. SCHROEDER
FOR PROTECTIVE ORDER REGULATING TIMING OF DEPOSITION
NO. C 07 3798 JW

## PROOF OF SERVICE

I am employed in the city of Seattle, the county of King and the State of Washington in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within-entitled action. My business address is DLA Piper US LLP, 701 Fifth Avenue, Suite 7000, Seattle, WA 98104.

On November 14, 2007, I electronically filed with the court via the ECF system the following document(s), which will automatically send a copy to the parties below at the email addresses listed:

- Amended Notice of Motion Hearing Date For Motion of Kenneth L. Schroeder for Protective Order Regulating Timing of Deposition;

Marc J. Fagel
Susan F. La Marca
Mark P. Fickes
Jeremy Pendrey
Elena Ro
Judith L. Anderson
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94101
fagelm@sec.gov
lamarcas@sec.gov
fickesm@sec.gov
pendreyj@sec.gov
roe@sec.gov
andersonju@sec.gov

Elliot R. Peters
Stuart L. Gasner
Steven Keeley Taylor
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
epeters@kvn.com
sgasner@kvn.com
skt@kvn.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 14, 2007, at Seattle, WA.

_Stephanie Tucker_ (signature)
Stephanie Tucker