**\*E-FILED 12/10/2007\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>  v.<br><br>KENNETH L. SCHROEDER,<br><br>    Defendant.<br>_____/ | No. C07-03798 JW (HRL)<br><br>**CLERK'S NOTICE CONTINUING MOTION HEARING** |

PLEASE TAKE NOTICE THAT the hearing on defendant's motion for protective order, noticed for January 8, 2008, has been **continued to January 15, 2008, 10:00 a.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, CA 95113.

Dated:   December 10, 2007

                                                                                    /s/

                                        Chambers of Magistrate Judge Howard R. Lloyd

**5:07-cv-3798 Notice has been electronically mailed to:**

Judith L. Anderson andersonju@sec.gov, alcairoe@sec.gov, johnstonj@sec.gov

Jeffrey Bruce Coopersmith jeff.coopersmith@dlapiper.com

Marc J. Fagel fagelm@sec.gov

Mark Philip Fickes fickesm@sec.gov

Stuart L. Gasner slg@kvn.com, dxc@kvn.com, efiling@kvn.com, mcianfrani@kvn.com

Susan F. LaMarca lamarcas@sec.gov, alcairoe@sec.gov, johnstonj@sec.gov

Elliot Remsen Peters epeters@kvn.com, aap@kvn.com, alm@kvn.com, efiling@kvn.com, mak@kvn.com

David Allen Priebe david.priebe@dlapiper.com, stacy.murray@dlapiper.com

Elena Ro roe@sec.gov

Steven Keeley Taylor skt@kvn.com, efiling@kvn.com

Shirli Fabbri Weiss shirli.weiss@dlapiper.com

**Counsel are responsible for delivering a copy of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.