UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

**Judge:** James Ware
**Date:** 12/17/2007
**Case No:** C-07-03798 JW
       **Related Case:** C 07-03799 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Not Reported
**Interpreter:** N/A

TITLE

Securities and Exchange Commission v. Kenneth L. Schroeder

Related Case: Securities and Exchange Commission v. KLA-Tencor Corporation

**Attorney(s) for Plaintiff(s)**: Elena Ro, Susana Larca, Mark Fickes
**Attorney(s) for Defendant(s)**: David Priebe, Shirli Weiss (Schroeder)
William Kimball (KLA-Tencor)

PROCEEDINGS

Initial Case Management Conference

ORDER AFTER HEARING

**As to C 07-03799 JW:** The Court to review Consent and Proposed Entry of Final Judgment in the case.

**As to C 07-03798 JW:** Discovery Deadline set for March 31, 2008.
Further Case Management Conference set for June 2, 2008 at 10:00 AM.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: