# **EXHIBIT E**

## Fickes, Mark P.

| | |
|---|---|
| **From:** | Fickes, Mark P. |
| **Sent:** | Tuesday, December 04, 2007 7:22 AM |
| **To:** | 'Weiss, Shirli'; 'MASLOAN@skadden.com' |
| **Cc:** | 'Coopersmith, Jeff'; 'Priebe, David'; Ro, Elena; LaMarca, Susan F. |
| **Subject:** | RE: SEC v. Schroeder |

I believe we are all in agreement. Ms. Harlan's deposition is off calendar for now, and Matt will propose dates in April when she can sit for deposition.

Mark

---

**From:** Weiss, Shirli [mailto:Shirli.Weiss@dlapiper.com]
**Sent:** Monday, December 03, 2007 5:24 PM
**To:** Fickes, Mark P.; MASLOAN@skadden.com
**Cc:** Coopersmith, Jeff; Priebe, David; Ro, Elena; LaMarca, Susan F.
**Subject:** RE: SEC v. Schroeder

Thanks, Mark. I don't actually have a preference but I suspect the court might be annoyed if we make the witness appear only to be instructed not to answer when we could state the positions at issue on paper, so I guess on that basis I agree with Skadden that the best course would be to delay the deposition and ask that you do that.
April sounds ok, and setting a new date this week is a good idea.
Shirli

---

**From:** Fickes, Mark P. [mailto:fickesm@sec.gov]
**Sent:** Monday, December 03, 2007 3:39 PM
**To:** Weiss, Shirli; MASLOAN@skadden.com
**Cc:** Coopersmith, Jeff; Priebe, David; Ro, Elena; LaMarca, Susan F.
**Subject:** RE: SEC v. Schroeder

Dear Shirli and Matt:

We are willing to take Ms. Harlan's deposition off calendar for now based on the representation that you both would prefer to delay the deposition.

I would like to get a new date confirmed as soon as possible. I believe Matt mentioned that April would be good. If this is still the case, I would like to set up the new date this week, if possible.

Thank you,

Mark

---

**From:** Weiss, Shirli [mailto:Shirli.Weiss@dlapiper.com]
**Sent:** Monday, December 03, 2007 3:14 PM
**To:** Fickes, Mark P.; MASLOAN@skadden.com
**Cc:** Coopersmith, Jeff; Priebe, David; Ro, Elena; LaMarca, Susan F.
**Subject:** RE: SEC v. Schroeder

Dear Mark:

Under the present schedule for Ms. Harlan's Dec. 5 cross-noticed deposition, the SEC would question Ms. Harlan and then we would plan to question Ms. Harlan. We have been advised that Ms. Harlan will be instructed not to answer certain categories of questions that will be put to her by Schroeder's attorneys and we will have to leave the deposition open to obtain court rulings on a variety of questions. As we have been discusssing, the more efficient way to proceed, it would seem, would be to approach the court with a clear stipulated record of the categories of questions to which Ms. Harlan will not respond or the conditions demanded in order to allow her to respond, before commencing her deposition. We have made some headway in that regard through an exchange of correspondence, emails and a meet and confer with Skadden and I am confident that if both of us work at it, we can get a clear statement of position by today or tomorrow to submit to the court.
So, if the SEC is willing to take the deposition of Ms. Harlan off calendar for now, we also are amenable. Mark, please advise.

We ask that Mr. Sloan please advise us of the projected date of Ms. Harlan's return from her leave of absence.

As all of you know, we believe that the Special Committee has waived whatever attorney client and work product protections it may have had on the documents we have requested in our subpoena and we understand that Skadden disagrees. Just to give folks a heads up, if the court in its ruling decides that Ms. Harlan must testify (with or without confidentiality restrictions) with respect to her notes on the interviews of the numerous witnesses other than Schroeder, we do expect the deposition of Ms. Harlan will last more than one day. Absent a stipulation with Skadden and the SEC, we will ask the court for permission to continue the deposition from day to day until completed. You need not respond to this point at this time, there will be plenty of time for us to discuss this.

Thank you

Shirli Weiss

---

**From:** Weiss, Shirli
**Sent:** Monday, December 03, 2007 11:32 AM
**To:** 'Fickes, Mark P.'; MASLOAN@skadden.com
**Cc:** Coopersmith, Jeff; Priebe, David; Ro, Elena; LaMarca, Susan F.
**Subject:** RE: SEC v. Schroeder

Thank you Mark,

I requested of Matt Sloan that Skadden set forth a clear statement of its position on topics for Ms. Harlan's deposition that I have identified to it and Matt said he could have it to me today but did not specify a time.
I am pleased to go forward with Ms. Harlan's deposition on Wednesday to establish a clear record of Skadden's position but am willing to accommodate Skadden's request that we defer if we can work out a clear record for purposes of motion practice. I do not know at this time if that will be possible by 5pm.

Therefore, at this point the deposition is on for Dec. 5 at the SEC's offices (I am more than happy to move it to our offices).

In no event will Ms. Harlan's deposition be concluded on Wednesday however, without our leaving the record open for continued questioning after Skadden/Harlan has complied with the subpoena unless we receive a court order specifying that compliance is not required.
Thank you

12/12/2007

Shirli Weiss



**Shirli Fabbri Weiss**
Partner

DLA Piper US LLP
401 B Street, Suite 1700
San Diego, California 92101

619.699.3650 T
619.699.2701 F
858.449.4850 M
shirli.weiss@dlapiper.com

www.dlapiper.com

---

**From:** Fickes, Mark P. [mailto:fickesm@sec.gov]
**Sent:** Monday, December 03, 2007 11:18 AM
**To:** MASLOAN@skadden.com; Weiss, Shirli
**Cc:** Coopersmith, Jeff; Priebe, David; Ro, Elena; LaMarca, Susan F.
**Subject:** SEC v. Schroeder

Dear Matt and Shirli:

I understand that the two of you are trying to work out some of the issues involving Ms. Harlan's deposition. I further understand that both of you would like to defer Ms. Harlan's deposition provided that Matt provides sufficient clarity as to what areas of inquiry will not be permitted. While I am open to accommodating a request to defer the deposition, I would like to know by 5:00 p.m. today whether both of you want a postponement.

Thank you,

Mark

Mark P. Fickes
Trial Counsel
U.S. Securities & Exchange Commission
San Francisco Regional Office
44 Montgomery Street, Suite 2600
San Francisco, CA 94104
(415) 705-8103 - telephone
(415) 705-2501 - facsimile
Email: Fickesm@sec.gov

PRIVILEGED & CONFIDENTIAL: This email message (including any attachments) from the United States Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential, non-public, and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this

email in error, please notify the sender immediately by return email and promptly delete this message and its attachments from your computer system. The sender of this email does not intend to waive any privileges that may apply to the contents of this email or any attachments to it.

Please consider the environment before printing this email.

---

The information contained in this email may be confidential and/or legally privileged. It has been :
the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, y
hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copyi
this communication, or any of its contents, is strictly prohibited. If you have received this commur
in error, please contact the sender by reply email and destroy all copies of the original message. To
contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.

---

The information contained in this email may be confidential and/or legally privileged. It has been sent fo
the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are
hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of
this communication, or any of its contents, is strictly prohibited. If you have received this communicatio
in error, please contact the sender by reply email and destroy all copies of the original message. To
contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.

12/12/2007