IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Securities and Exchange Commission, | No. C 07-03798 JW |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Kenneth Schroeder, | |
| Defendant. | |

The Court conducted a Case Management Conference on December 17, 2007. Counsel for the respective parties were present. Based on the discussion at the conference, the Court orders as follows:

(1) **March 31, 2009** is the close of all discovery.

(2) The parties shall schedule a conference with Magistrate Judge Lloyd to develop a discovery plan. The parties shall submit the discovery plan to the Court for approval. The parties shall contact Judge Lloyd's Courtroom Deputy within (10) days from the date of this Order to schedule their conference. A Stipulated Discovery Plan shall be filed within fifteen (15) days after the conference with Judge Lloyd.

(3)   A Further Case Management Conference is scheduled for **June 2, 2008 at 10 A.M.**

None of the dates set in this Order may be changed without an order of the Court made after a motion is filed pursuant to the Local Civil Rules of Court..

Dated: January 3, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Allen Priebe david.priebe@dlapiper.com
Elena Ro roe@sec.gov
Elliot Remsen Peters epeters@kvn.com
Jeffrey Bruce Coopersmith jeff.coopersmith@dlapiper.com
Judith L. Anderson andersonju@sec.gov
Marc J. Fagel fagelm@sec.gov
Mark Philip Fickes fickesm@sec.gov
Shirli Fabbri Weiss shirli.weiss@dlapiper.com
Steven Keeley Taylor skt@kvn.com
Stuart L. Gasner slg@kvn.com
Susan F. LaMarca lamarcas@sec.gov

**Dated: January 3, 2008**                         **Richard W. Wieking, Clerk**

                                          **By:  /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**