**\*E-FILED 1/7/2008\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　v.<br><br>KENNETH L. SCHROEDER,<br><br>　　　　Defendant.<br>_____/ | No. C07-03798 JW (HRL)<br><br>**CLERK'S NOTICE RE DISCOVERY CONFERENCE** |

Pursuant to the District Court's January 4, 2008 referral order, and based on plaintiff's counsel's representations as to the parties' availability for a discovery conference, PLEASE TAKE NOTICE THAT:

　　　1.　　A discovery conference has been set for **January 29, 2008, 1:30 p.m. in Courtroom 2**, United States District Court, 280 South First Street, San Jose, CA 95113.

　　　2.　　No later than **January 22, 2008**, the parties shall file a joint status report identifying (a) all discovery that has been taken to date; and (b) all issues to be resolved with respect to the development of a discovery plan – e.g., as to the scope of anticipated discovery, proposed limitations or modifications of the discovery rules, etc. – and each side's respective positions as to the same.

Dated:　　January 7, 2008

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Howard R. Lloyd

**5:07-cv-3798 Notice has been electronically mailed to:**

Judith L. Anderson andersonju@sec.gov, alcairoe@sec.gov, johnstonj@sec.gov

Jeffrey Bruce Coopersmith jeff.coopersmith@dlapiper.com

Marc J. Fagel fagelm@sec.gov

Mark Philip Fickes fickesm@sec.gov

Stuart L. Gasner slg@kvn.com, dxc@kvn.com, efiling@kvn.com, mcianfrani@kvn.com

Susan F. LaMarca lamarcas@sec.gov, alcairoe@sec.gov, johnstonj@sec.gov

Elliot Remsen Peters epeters@kvn.com, aap@kvn.com, alm@kvn.com, efiling@kvn.com, mak@kvn.com

David Allen Priebe david.priebe@dlapiper.com, stacy.murray@dlapiper.com

Elena Ro roe@sec.gov

Steven Keeley Taylor skt@kvn.com, efiling@kvn.com

Shirli Fabbri Weiss shirli.weiss@dlapiper.com

**Counsel are responsible for delivering a copy of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.