# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   January 15, 2008                         Time in Court: 21 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

**TITLE:**  Securities And Exchange Commission v. Kenneth L. Schroeder
**CASE NUMBER**: C07-03798JW
Plaintiff Attorney present: Susan LaMarca and Elena Ro
Defendant Attorney present: Shirli Weiss and Jeff Coopersmith

**PROCEEDINGS: Defendant's Motion for Protective Order**

Counsel present arguments.

Matter is taken under submission.  Court to issue written ruling.