# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   January 29, 2008                                Time in Court: 1hr. 15 min

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: not reported

**TITLE:**  Securities And Exchange Commission v. Schroeder
**CASE NUMBER**:C07-03798JW
Plaintiff Attorney present: Susan LaMorca and mark Fickes
Defendant Attorney present: Sherl Weiss and David Priebe

**PROCEEDINGS: Discovery Conference**


Discovery Conference held.

Parties reach an agreement and will prepare and file a joint stipulation.