SHIRLI FABBRI WEISS (Bar No. 079225)
DAVID PRIEBE (Bar No. 148679)
JEFFREY B. COOPERSMITH (Bar No. 252819)
STAN PANIKOWSKI III (Bar No. 224232)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel:  (650) 833-2000
Fax:  (650) 833-2001
Email:  shirli.weiss@dlapiper.com
Email:  david.priebe@dlapiper.com
Email:  jeff.coopersmith@dlapiper.com
Email:  stanley.panikowski@dlapiper.com

ELLIOT R. PETERS (Bar No. 158708)
STUART L. GASNER (Bar No. 164675)
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA  94111
Tel: (415) 391-5400
Fax: (415) 397-7188
E-mail:  EPeters@KVN.com
E-mail:  SGasner@KVN.com

Attorneys for Defendant
KENNETH L. SCHROEDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> *Plaintiff*, <br><br> v. <br><br> KENNETH L. SCHROEDER, <br><br> *Defendant*. | No. C 07 3798 JW <br><br> **[PROPOSED] ORDER GRANTING KENNETH L. SCHROEDER'S MOTION TO DISMISS** |

On March 24, 2008, the Court heard Defendant Kenneth L. Schroeder's Motion To Dismiss ("Motion"). Having considered the papers submitted by the parties, and the arguments of counsel, the Motion is GRANTED. This case is dismissed with prejudice, and judgment shall be entered in Mr. Schroeder's favor.

IT IS SO ORDERED.

DATED: _____, 2008.

The Honorable James Ware
United States District Judge

Presented By:

DLA PIPER US LLP

By: /s/ Jeffrey B. Coopersmith
SHIRLI FABBRI WEISS (Bar No. 079225)
DAVID PRIEBE (Bar No. 148679)
JEFFREY B. COOPERSMITH (Bar No. 252819)
STAN PANIKOWSKI III (Bar. No. 224232)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001
Email: shirli.weiss@dlapiper.com
Email: david.priebe@dlapiper.com
Email: jeff.coopersmith@dlapiper.com
Email: stanley.panikowski@dlapiper.com

ELLIOT R. PETERS (Bar No. 158708)
STUART L. GASNER (Bar No. 164675)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188
E-mail: EPeters@KVN.com
E-mail: SGasner@KVN.com

Attorneys for Defendant
KENNETH L. SCHROEDER