MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN, State Bar No. 165823
JOSEPH E. FLOREN, State Bar No. 168292
THOMAS R. GREEN, State Bar No. 203980
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  jhemann@morganlewis.com
         jfloren@morganlewis.com
         tgreen@morganlewis.com

Attorneys for Non-Party
KLA-TENCOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>            vs.<br><br>KENNETH L. SCHROEDER,<br><br>                    Defendant. | Case No. C 07 3798 JW (HRL)<br><br>**DEFENDANT KENNETH SCHROEDER'S AND NON-PARTY KLA-TENCOR CORPORATION'S STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON KLA-TENCOR CORPORATION'S MOTION FOR PROTECTIVE ORDER**<br><br>MAGISTRATE JUDGE HOWARD R. LLOYD<br><br>DATE:   FEBRUARY 12, 2008<br>TIME:   10:00 A.M.<br>DEPT.:  COURTROOM 2, 5TH FLOOR (SJ) |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7663200.1

STIPULATION AND [PROPOSED] ORDER
TO SHORTEN TIME (C 07 3798 JW (HRL))

**STIPULATION AND PROPOSED ORDER**

Non-party KLA-Tencor Corporation ("KLA") and Defendant Kenneth L. Schroeder respectfully submit this Stipulation and [Proposed] Order, pursuant to N.D. Cal. Civil Local Rules 6-2 and 7-12, asking the Court to hear KLA's Motion for a Protective Order on shortened time.

WHEREAS KLA intends to file a Motion for a Protective Order seeking to postpone the deposition of its current and former officers, directors, employees, which Schroeder intends to oppose;

WHEREAS Schroeder has served a subpoena on former KLA director and officer Kenneth Levy commanding him to appear for deposition on February 14, 2008;

WHEREAS Schroeder has served deposition subpoenas on certain other current and former KLA officers, directors and employees commanding them to appear for deposition on various dates between now and March 31, 2008;

WHEREAS KLA and Schroeder agree that it is in their best interests for KLA's Motion for a Protective Order to be heard before the depositions of Kenneth Levy and the other current and former KLA officers, directors and employees.

**IT IS HEREBY STIPULATED AND AGREED:**

1. Subject to the Court's discretion, KLA's Motion for a Protective Order will be heard on February 12, 2008 at 10:00 a.m. in this Court. KLA will file its Motion for a Protective Order on February 6, 2008. Schroeder's Opposition will be due February 11, 2008.

DATED: February 6, 2008          MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
        Thomas R. Green

**Attorneys for Non-Party KLA-Tencor Corporation**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7663200.1     1     STIPULATION AND [PROPOSED] ORDER
                         TO SHORTEN TIME (C 07 3798 JW (HRL))

DATED: February 6, 2008     DLA PIPER US LLP

By: _____/s/_____
         Jeffrey B. Coopersmith

**Attorneys for Defendant Kenneth L. Schroeder**

# O R D E R

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. KLA's Motion for a Protective Order will be heard on February 12, 2008. KLA will file its Motion for a Protective Order on February 6, 2008. Schroeder's Opposition will be due February 11, 2008.

.

Dated: February __, 2008

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7663200.1         2         STIPULATION AND [PROPOSED] ORDER
                                 TO SHORTEN TIME (C 07 3798 JW (HRL))