| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | JOHN H. HEMANN (SBN 165823) |
| 2 | JOSEPH E. FLOREN (SBN 168292) |
| | THOMAS R. GREEN (SBN 203480) |
| 3 | COURTNEY L. LANDIS (SBN 238503) |
| | One Market, Spear Street Tower |
| 4 | San Francisco, CA  94105-1126 |
| | Tel:   415.442.1000 |
| 5 | Fax:  415.442.1001 |
| | Email: jhemann@morganlewis.com |
| 6 | jfloren@morganlewis.com |
| | tgreen@morganlewis.com |
| 7 | clandis@morganlewis.com |
| 8 | Attorneys for Third Party KLA-Tencor Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 5:07-CV-03798 JW (HRL) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | DATE:     FEBRUARY 12, 2008 |
| | TIME:     10:00 A.M. |
| KENNETH L. SCHROEDER, | DEPT.:    COURTROOM 2, 5TH FLOOR (SJ) |
| | JUDGE:    MAGISTRATE JUDGE |
| Defendant. | HOWARD R. LLOYD |

# PROOF OF SERVICE

*Securities and Exchange Commission v. Kenneth L. Schroeder;* US N. Dist. Ct (SJ) 5:07-CV-3798 JW HRL
We represent Third Party KLA-Tencor Corporation / Client No. 066596.0002

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126.

On **February 6, 2008**, I served the within documents:

**DEFENDANT KENNETH SCHROEDER'S AND NON-PARTY KLA-TENCOR CORPORATION'S STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON KLA-TENCOR CORPORATION'S MOTION FOR PROTECTIVE ORDER**

**DECLARATION OF THOMAS R. GREEN IN SUPPORT OF DEFENDANT KENNETH SCHROEDER'S AND NON-PARTY KLA-TENCOR CORPORATION'S STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME ON KLA-TENCOR CORPORATION'S MOTION FOR PROTECTIVE ORDER**

| | |
|---|---|
| ☒ | by transmitting **via facsimile** the document(s) listed above to the fax number(s) set forth below on this date. |
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. |
| ☒ | by placing the document(s) listed above in a sealed **Federal Express** envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **Federal Express** agent for delivery. |
| ☐ | I caused the envelope(s) with the document(s) listed above to be **delivered by hand**, by **[Specialized Legal Services [One Legal Process Server]**, to the addressee(s) noted below.. |
| ☐ | by transmitting via **E-Mailing** the document(s) listed above to the person(s) at the address(es) set forth below. |

| Parties | Represent | Service |
|---|---|---|
| Liwen Mah, Esq.<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>T:  415.875.2300 / F:  415.281.1350<br>mah@fenwick.com | *Attorneys for Defendant Ned Barnholt* | **Fed Ex & Fax** |
| Walter F. Brown, Esq.<br>Robert P. Varian, Esq.<br>ORRICK HERRINGTON, et al.<br>405 Howard Street<br>The Orrick Bldg<br>San Francisco, CA 94105<br>T: 415.773.5700 / F: 415.773.5759<br>wbrown@orrick.com<br>rvarian@orrick.com | *Attorneys for Defendant Gary E. Dickerson* | **Fed Ex & Fax** |

1-SF/7663466.1 | 1 | 5:07-cv-03798 JW (HRL)

PROOF OF SERVICE

| Parties | Represent | Service |
|---|---|---|
| Lanelle Meidan, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue, Suite 1100<br>Palo Alto, California 94301<br>T: 650.470.4500 / F: 650.470.4570<br>lmeidan@skadden.com | *Attorneys for Defendant Elizabeth Harlan* | **Fed Ex & Fax** |
| Craig D. Martin, Esq.<br>MORRISON & FOERSTER<br>425 Market Street<br>San Francisco, CA 94105-2482<br>T: 415.268.7000 / F: 415.238.7522<br>cmartin@mofo.com | *Attorneys for Defendant John Kispert* | **Fed Ex & Fax** |
| K.C. Allan Waldron, Esq.<br>MORRISON & FOERSTER<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>T: 650.813.5600 / F: 650.494.0792<br>kcwaldron@mofo.com | *Attorneys for Defendant John Kispert* | **Fed Ex & Fax** |
| Jeffrey S. Facter, Esq.<br>Patrick D. Robbins, Esq.<br>Mary Moycik, Esq.<br>SHEARMAN & STERLING LLP<br>525 Market Street<br>San Francisco, CA 94105<br>T: 415.616.1100 / F: 415.616.1199<br>jfacter@shearman.com<br>probbins@shearman.com<br>mary.moycik@shearman.com | *Attorneys for Defendant Kenneth Levy* | **Fed Ex & Fax** |
| Shirli Fabbri Weiss, Esq.<br>DLA PIPER US LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>T: 619.699.2700 / F: 619.699.2701<br>shirli.weiss@dlapiper.com | *Attorneys for Defendant Kenneth L. Schroeder* | **Fed Ex & Fax** |
| Elliot R. Peters, Esq.<br>Stuart L. Gasner, Esq.<br>KEKER & VAN NEST LOP<br>710 Sansome Street<br>San Francisco, CA 94111<br>T: 415.397.7188 / F: 15.397.7188<br>epeters@kvn.com<br>sgasner@kvn.com | *Attorneys for Defendant Kenneth L. Schroeder* | **Fed Ex & Fax** |

1  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **February 6, 2008**, at San Francisco, California.

/s/     Linda Buda
———————————————————
          Linda Buda