MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
THOMAS R. GREEN (SBN 203480)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: jhemann@morganlewis.com
       jfloren@morganlewis.com
       tgreen@morganlewis.com

Attorneys for Non-parties KLA-Tencor Corporation
and John Kispert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>KENNETH L. SCHROEDER,<br><br>                    Defendant. | Case No. 5:07-cv-03798 JW (HRL)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTIES KLA-TENCOR CORPORATION'S AND JOHN KISPERT'S MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF KLA WITNESSES**<br><br>MAGISTRATE JUDGE HOWARD R. LLOYD<br><br>DATE:  MARCH 11, 2008<br>**[EXPEDITED HEARING REQUESTED ON FEBRUARY 12, 2008]**<br>  TIME:  10:00 A.M.<br>  DEPT:  COURTROOM: 2, 5TH FLOOR (SJ) |

1-SF/7662333.1                                                                                                            5:07-cv-03798 JW (HRL)
[PROPOSED] ORDER GRANTING NON-PARTIES KLA-TENCOR CORPORATION AND JOHN KISPERT'S
MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF KLA WITNESSES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After consideration of Non-party KLA Tencor Corporation's ("KLA") Motion for Protective Order, and any oppositions thereto, the Court FINDS good cause exists to postpone the depositions of all current and former KLA directors, officers and employees who are not parties to this action.  It is HEREBY ORDERED that KLA's Motion for Protective Order is GRANTED and the depositions of current and former KLA officers, directors, and employees shall be postponed until _____.

Dated: February ___. 2008

_____
Hon. Judge Howard R. Lloyd
United States Magistrate Judge