Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
Mary A. Moycik (State Bar No. 240806)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, California  94105
Telephone:  (415) 616-1100
Facsimile:   (415) 616-1199
E-mail:       jfacter@shearman.com
                   probbins@shearman.com
                   egriffen@shearman.com
                   mary.moycik@shearman.com

Attorneys for Defendant Kenneth Levy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>KENNETH L. SCHROEDER,<br><br>                    Defendant. | Master Case No. C-5:07-cv-3798-JW (HRL)<br><br>JOINDER OF NON-PARTY KENNETH LEVY IN NON-PARTIES KLA-TENCOR CORPORATION'S AND JOHN KISPERT'S MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF CURRENT AND FORMER KLA WITNESSES<br><br>Date:       February 12, 2008<br>Time:      10:00 a.m.<br>Place       Courtroom 2, 5th Floor<br>Judge:     Honorable Howard R. Lloyd |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that non-party witness Kenneth Levy, a former KLA-
3  Tencor director and officer, hereby joins Non Parties KLA-Tencor Corporation's and John
4  Kispert's Motion for Protective Order re: Depositions of Current and Former KLA Witnesses.
5  Mr. Levy bring this joinder without waiving, and while specifically reserving, all other objections
6  he may have to the taking of his deposition on February 14, 2008 as noticed by Defendant
7  Kenneth L. Schroeder.

Dated:  February 7, 2008

SHEARMAN & STERLING LLP
Jeffrey S. Facter
Patrick D. Robbins
Emily V. Griffen
Mary A. Moycik


By:     /s/ Jeffrey S. Facter
        Jeffrey S. Facter

Attorneys for Defendant Kenneth Levy