1  KEVIN P. MUCK (CSB NO. 120918)
   kmuck@fenwick.com
2  DEAN S. KRISTY (CSB NO. 157646)
   dkristy@fenwick.com
3  ALICE L. JENSEN (CSB NO. 203327)
   ajensen@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:    (415) 875-2300
6  Facsimile:    (415) 281-1350

7  Attorneys for Non-Party
   EDWARD W. BARNHOLT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KENNETH L. SCHROEDER,<br><br>　　　　Defendant. | Case No.  C-5:07-cv-3798 JW (HRL)<br><br>**NON-PARTY WITNESS EDWARD W. BARNHOLT'S JOINDER TO NON-PARTIES KLA-TENCOR CORPORATION'S AND JOHN KISPERT'S MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF CURRENT AND FORMER KLA WITNESSES**<br><br>Date:　　March 11, 2008<br>**EXPEDITED [HEARING REQUESTED ON FEBRUARY 12, 2008]**<br>Time:　　10:00 a.m.<br>Dept:　　Courtroom 2, 5th Floor (SJ)<br>Judge:　　Magistrate Judge Howard R. Lloyd |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLEASE TAKE NOTICE that non-party witness Edward W. Barnholt hereby joins in Non Parties KLA-Tencor Corporation's and John Kispert's Motion for Protective Order re: Depositions of Current and Former KLA Witnesses filed in this action, and fully adopts and incorporates as his own the arguments and authorities set forth therein.

Dated: February 7, 2008

FENWICK & WEST LLP

By: /s/ Alice L. Jensen

Attorneys for Non-Party
Edward W. Barnholt