Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
Mary A. Moycik (State Bar No. 240806)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
E-mail: jfacter@shearman.com
probbins@shearman.com
egriffen@shearman.com
mary.moycik@shearman.com

Attorneys for Defendant Kenneth Levy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Master Case No. C-5:07-cv-3798-JW (HRL) |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| KENNETH L. SCHROEDER, | Date: February 12, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 2, 5th Floor<br>Judge: Honorable Howard R. Lloyd |
| Defendant. | |

PROOF OF SERVICE BY E-MAIL AND FACSIMILE TRANSMISSION

I, the undersigned declare that I am over the age of eighteen years and not a party to the within action. My business address is Shearman & Sterling LLP, 525 Market Street, San Francisco, California 94105, which is in the county where the transmission described below took place.

On February 7, 2008, I served the following document(s) entitled:

JOINDER OF NON-PARTY KENNETH LEVY IN NON-PARTIES KLA-TENCOR CORPORATION'S AND JOHN KISPERT'S MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF CURRENT AND FORMER KLA WITNESSES

| | |
|---|---|
| ☒ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date. |
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |
| ☐ | by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| ☐ | I caused the envelope(s) with the document(s) listed above to be delivered by hand to the addressee(s) noted below. |
| ☒ | by transmitting via e-mail the document(s) listed aboe to the person(s) at the address(es) set forth below. |

| Parties | Represent | Service |
|---|---|---|
| Liwen Mah, Esq.<br>Fenwick & West LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>T: 415.875.2300 / F: 415.281.1350<br>mah@fenwick.com | Attorneys for Defendant Ned Barnholt | E-Mail & Fax |
| Walter F. Brown, Esq.<br>Robert P. Varian, Esq.<br>ORRICK HERRINGTON, et al.<br>405 Howard Street<br>The Orrick Building<br>San Francisco, CA 94105<br>T: 415.773.5700/F: 415.773.5759<br>wbrown@orrick.com<br>rvarian@orrick.com | Attorneys for Defendant Gary E. Dickerson | E-Mail & Fax |

PROOF OF SERVICE    1    Master Case No. C-5:07-cv-3798-JW (HRL)

271597

| Parties | Represent | Service |
|---|---|---|
| Lanelle Meidan, Esq. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue, Suite 1100<br>Palo Alto, CA 94301<br>T: 650.470.4500/F: 650.470.4570<br>lmeidan@skadden.com | Attorneys for Defendant Elizabeth Harlan | E-Mail & Fax |
| Craig D. Martin, Esq.<br>MORRISON & FOERSTER<br>425 Market Street<br>San Francisco, CA 94105-2482<br>T: 415.268.7000/F: 415.238.7522<br>cmartin@mofo.com | Attorneys for Defendant John Kispert | E-Mail & Fax |
| K.C. Allan Waldron, Esq.<br>MORRISON & FOERSTER<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>T: 650.813.5600/F: 650.494.0792<br>kewaldron@mofo.com | Attorneys for Defendant John Kispert | E-Mail & Fax |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 7, 2008, at San Francisco, California.

_____
Marie I. Aquino