Robert P. Varian (STATE BAR NO. 107459)
Walter F. Brown, JR. (STATE BAR NO. 130248)
Jonathan B. Gaskin (STATE BAR NO. 203625)
M. Todd Scott (STATE BAR NO. 226885)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759
E-mail:      rvarian@orrick.com
             wbrown@orrick.com
             jgaskin@orrick.com
             tscott@orrick.com

Attorneys for Non-Party Gary Dickerson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>KENNETH L. SCHROEDER,<br><br>             Defendant. | Case No.  C-5:07-cv-3798-JW (HRL)<br><br>**NON-PARTY GARY DICKERSON'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date:        March 11, 2008 [*expedited hearing requested for February 12, 2008*]<br>Time:       10:00 a.m.<br>Dept.:      Courtroom 2, 5th Floor (SJ)<br>Judge:     Magistrate Judge Howard R. Lloyd |

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

Dated: February 8, 2008

ROBERT P. VARIAN
WALTER F. BROWN, JR.
JONATHAN B. GASKIN
M. TODD SCOTT

Orrick, Herrington & Sutcliffe LLP

JONATHAN B. GASKIN
Attorneys for Non-Party Defendant
Gary Dickerson