JAMES E. LYONS (Cal. Bar No. 112582)
LANELLE K. MEIDAN (Cal Bar No. 248561)
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
(415) 984-6400
(415) 984-2698 (fax)
jlyons@skadden.com
lmeidan@skadden.com

MATTHEW E. SLOAN (Cal. Bar No. 165165)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
(213) 687-5000
(213) 687-5600 (fax)
masloan@skadden.com

Attorneys for Non-Party Skadden, Arps, Slate,
Meagher & Flom LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KENNETH L. SCHROEDER,<br><br>　　　　Defendant. | CASE NO. C 07-3798-JW (HRL)<br><br>**DECLARATION OF MATTHEW E. SLOAN IN SUPPORT OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM'S JOINDER IN NON PARTIES KLA-TENCOR CORPORATION'S AND JOHN KISPERT'S MOTION FOR A PROTECTIVE ORDER RE: DEPOSITIONS OF CURRENT AND FORMER KLA WITNESSES**<br><br>Date: March 11, 2008<br>EXPEDITED HEARING REQUESTED ON FEBRUARY 12, 2008<br>TIME: 10:00 a.m.<br>DEPT.: Courtroom 2, 5th Floor (SJ)<br>JUDGE: Magistrate Judge Howard R. Lloyd<br>TRIAL DATE: None set |

DECLARATION OF MATTHEW SLOAN ISO SKADDEN, ARPS, SLATE, MEAGHER & FLOM'S JOINDER OF NON-PARTIES MOTION FOR PROTECTIVE ORDER RE: DEPOSITION OF CURRENT AND FORMER KLA WITNESSES

Case No. 5:07-cv-03798 JW

I, Matthew Sloan, hereby declare as follows:

1. I am an attorney with Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"). I am licensed to practice law in the state of California.

2. I represent Skadden in connection with third-party subpoenas served on Skadden and twelve current and former Skadden attorneys by defendant Kenneth L. Schroeder ("Schroeder") in this action.

3. I have personal knowledge of the facts stated herein and could testify competently to those facts.

4. In May 2006, the Board of Directors of KLA-Tencor Corporation ("KLA" or the "Company") appointed a Special Committee comprised of two Board members to investigate certain aspects of the Company's stock option granting practices. The Special Committee retained Skadden as legal counsel to assist with the investigation.

5. One of Skadden's responsibilities in connection with the Special Committee investigation was to conduct interviews of approximately 55 witnesses.

6. Ultimately, the Special Committee determined that, in certain circumstances, retroactive pricing of stock options had occurred at KLA. The Special Committee's findings were disclosed in a Form 10-K filed with the Securities and Exchange Commission ("SEC") on January 26, 2007.

7. In November 2007, the SEC sought to take the deposition of Skadden Attorney Elizabeth Harlan, who authored an interview memorandum regarding defendant Schroeder's interview by the Special Committee, and issued a subpoena for certain of her records.

8. Defendant Schroeder served a barrage of discovery on Skadden and the Skadden attorneys in November 2007. As set forth below, defendant Schroeder first served records subpoenas on Ms. Harlan and eleven other current and former Skadden attorneys. Defendant Schroeder also served a separate deposition subpoena on Ms. Harlan, noticing Ms. Harlan's deposition for December 5, 2007. The SEC and defendant Schroeder subsequently agreed to continue Ms. Harlan's deposition until April 8, 2008 in order to give defendant Schroeder an

DECLARATION OF MATTHEW SLOAN ISO SKADDEN, ARPS, SLATE, MEAGHER & FLOM'S JOINDER OF NON-PARTIES MOTION FOR PROTECTIVE ORDER RE: DEPOSITION OF CURRENT AND FORMER KLA WITNESSES

CASE NO. 5:07-CV-03798 JW

opportunity to resolve the outstanding privilege and work product issues with KLA, Skadden, and the Skadden Attorneys, and to accommodate Ms. Harlan's personal schedule.

9. Counsel for Kenneth Schroeder has served subpoenas for records on the following twelve current and former Skadden attorneys:[1]

| Attorney | Subpoena Date |
| --- | --- |
| Galen Bellamy | November 13, 2007 |
| Jack DiCanio | November 20, 2007 |
| Zvi Gabbay | November 13, 2007 |
| Elizabeth Harlan | November 7, 2007 |
| Victoria Holstein-Childress | November 13, 2007 |
| Cale Keable | November 13, 2007 |
| Morgan Lopez | November 13, 2007 |
| Richard Marmaro | November 20, 2007 |
| Thomas McDonald | November 13, 2007 |
| Lanelle Meidan | November 13, 2007 |
| Jonah Van Zandt | November 13, 2007 |
| Sheryl Wu | November 13, 2007 |

10. Counsel for Mr. Schroeder also served a subpoena for records on Skadden on or about November 12, 2007.

11. Each of the twelve subpoenas to the individual Skadden Attorneys contains ten separate requests for documents. The subpoena to Skadden contains seventeen requests.

12. I have communicated and conferred with defendant Schroeder's counsel, Shirli Weiss, on numerous occasions regarding the subpoenas issued to Skadden and the Skadden Attorneys.

13. Ms. Weiss has repeatedly indicated that she intends to seek the depositions of other Skadden attorneys in addition to Ms. Harlan, whose deposition has already been scheduled. By way of example, Ms. Weiss' January 8, 2008 letter to me, attached hereto as Exhibit A, refers to the "testimony of Ms. Harlan and presumably other Skadden lawyers. . . ." She has also represented verbally to me that she intends to seek the testimony of Skadden attorneys in addition to Ms.

---

[1] Skadden agreed to accept service of all subpoenas on its current attorneys, and received permission from all of its former attorneys to accept service on their behalf.

- 2 -
DECLARATION OF MATTHEW SLOAN ISO SKADDEN, ARPS, SLATE, MEAGHER & FLOM'S JOINDER OF NON-PARTIES MOTION FOR PROTECTIVE ORDER RE: DEPOSITION OF CURRENT AND FORMER KLA WITNESSES
CASE NO. 5:07-CV-03798 JW

1. Harlan, and has suggested that she may seek to depose many, if not all, of the twelve Skadden attorneys whom she has subpoenaed.

14. In my conferences with Ms. Weiss, we have disputed the scope of the attorney-client privilege and the attorney work product protection as they relate to certain documents sought by defendant Schroeder in his document requests. In its latest meet and confer letter, Skadden has agreed to make productions of certain categories of non-privileged documents to Mr. Schroeder in early February. *See* Letter of January 25, 2008, from M. Sloan to Sloan to S. Weiss, attached hereto as Exhibit B (indicating that Skadden is "working expeditiously" to prepare redacted copies of Skadden's billing records and calendar entries items, as well as selected metadata regarding Skadden's interview memoranda, for production, and *"hopes"* to be able to produce such documents within the next two weeks).

15. Ms. Weiss has repeatedly represented to me that she plans to file an omnibus motion to compel in order to resolve all outstanding privilege and work product protection issues imminently, although I understand that no such motion has yet been filed.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 8, 2007, at Los Angeles, California.

/s/ Matthew Sloan
Matthew Sloan

- 3 -
DECLARATION OF MATTHEW SLOAN ISO SKADDEN, ARPS, SLATE, MEAGHER & FLOM'S JOINDER OF NON-PARTIES MOTION FOR PROTECTIVE ORDER RE: DEPOSITION OF CURRENT AND FORMER KLA WITNESSES
CASE NO. 5:07-CV-03798 JW