UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>vs.<br><br>KENNETH L. SCHROEDER,<br><br>               Defendant. | CASE NO. C 07-3798-JW (HRL)<br><br>**[PROPOSED] ORDER GRANTING RELIEF REQUESTED BY NON-PARTY SKADDEN, ARPS, SLATE, MEAGHER & FLOM IN CONNECTION WITH NON-PARTIES KLA-TENCOR CORPORATION'S AND JOHN KISPERT'S MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF KLA WITNESSES**<br><br>Date: March 11, 2008<br>EXPEDITED HEARING REQUESTED ON FEBRUARY 12, 2008<br>TIME: 10:00 a.m.<br>DEPT.: Courtroom 2, 5th Floor (SJ)<br>JUDGE: Magistrate Judge Howard R. Lloyd<br>TRIAL DATE: None set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After consideration of Non-Party Skadden, Arps, Slate, Meagher & Flom LLP's ("Skadden") Joinder in Non-Parties KLA-Tencor Corporation's ("KLA") and John Kispert's ("Kispert") Motion for Protective Order re: Depositions of Current and Former KLA Witnesses, and any oppositions thereto, the Court finds good cause exists to:

(A) Grant KLA's and Kispert's request for a protective order;

(B) Preclude defendant Kenneth L. Schroeder ("Schroeder") from taking the deposition of Skadden attorney Elizabeth Harlan or any other current or former Skadden attorneys until after the Court has heard and resolved (1) defendant Schroeder's pending motion to dismiss, and if this motion does not succeed, (2) defendant Schroeder's anticipated motion to compel challenging KLA's and Skadden's assertions of the attorney client privilege and the work product doctrine; and

(C) Stay Skadden and the Skadden Attorneys' obligations to produce any documents in response to defendant Schroeder's pending or future discovery requests, with the exception of the limited category of documents (consisting of redacted copies of certain calendar entries and billing records, and selected metadata) which Skadden has agreed to produce in early February, until such time as the Court has ruled on defendant Schroeder's motion to dismiss.

**SO ORDERED.**

DATED: February ___, 2008

_____
Hon. Judge Howard R. Lloyd
United States Magistrate Judge