# Exhibit 5

1   SHIRLI F. WEISS, Bar No. 79225
    shirli.weiss@dlapiper.com
2   DAVID A. PRIEBE, Bar No. 148679
    david.priebe@dlapiper.com
3   JEFFREY B. COOPERSMITH
    *(Admitted pro hac vice)*
4   jeff.coopersmith@dlapiper.com
    DLA PIPER US LLP
5   400 Capitol Mall, Suite 2400
    Sacramento, CA 95814-4428
6   Tel: 916.930.3200
    Fax: 916.930.3201
7
    Attorneys for Defendant
8   Kenneth L. Schroeder

9                       UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13  SECURITIES AND EXCHANGE          Case No. C-07-3798-JW
    COMMISSION,
14                                   **NOTICE OF VIDEOTAPED DEPOSITION
                                     OF ELIZABETH HARLAN**
15            Plaintiff,

16        v.

17  KENNETH L. SCHROEDER,

18            Defendant.

19

20

21

22

23

24

25

26

27

28

                                    1

DLA PIPER US LLP

NOTICE OF VIDEOTAPED DEPOSITION OF ELIZABETH HARLAN    CASE NO. C-07-3798-JW

1    **TO ALL PARTIES AND TO THEIR ATTORNEY OF RECORD:**

2        PLEASE TAKE NOTICE that pursuant to Rules 30 and 45 of the Federal Rules of Civil

3    Procedure, Defendant Kenneth L. Schroeder ("Defendant"), by his attorneys, will take the oral

4    deposition, under oath, of the following individual on Wednesday, December 5, 2007, at the

5    Commission's San Francisco Regional Office located at 44 Montgomery Street, Suite 2600, San

6    Francisco, CA 94104; telephone (415) 705-2500, at the time indicated:

7        Elizabeth Harlan at 1:30 p.m. (Pacific Time) (contact: c/o Matthew E. Sloan, Esq.,

8        Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los

9        Angeles, CA 90071; (213) 687-5276).

10       This deposition will be recorded by stenographic, audio and videotape means and will

11   take place before a certified shorthand reporter who is authorized to administer oaths.

12

13   Dated: November 26, 2007                    DLA PIPER US LLP

14

15                                          By

16                                             SHIRLI F. WEISS
                                               DAVID A. PRIEBE
                                               JEFFREY B. COOPERSMITH
17
                                               Attorneys for Defendant
18                                             Kenneth L. Schroeder

19   SD\1775298.1

20

21

22

23

24

25

26

27

28
DLA PIPER US LLP
                                          2
         NOTICE OF VIDEOTAPED DEPOSITION OF ELIZABETH HARLAN    CASE NO. C-07-3798-JW

➤ AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>V. | **SUBPOENA IN A CIVIL CASE** |
| KENNETH L. SCHROEDER | Case Number:[1] C-07-3798-JW |

TO: Elizabeth Harlan, c/o Matthew E. Sloan, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Securities and Exchange Commission<br>44 Montgomery Street, Suite 2600<br>San Francisco, CA 94104 | DATE AND TIME<br>December 5, 2007 at 1:30 p.m. |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Attorney for Kenneth Schroeder | DATE<br>November 26, 2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Shirli F. Weiss, DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, CA 92101; (619) 699-3650

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

American LegalNet, Inc.<br>www.FormsWorkflow.com

1

## PROOF OF SERVICE

2

     I am employed in the City and County of San Diego, State of California in the office of a

3

member of the bar of this court at whose direction the following service was made. I am over the

age of eighteen years and not a party to the within-entitled action. My business address is DLA

4

Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297.

5

     On November 26, 2007, I served the following document(s):

6

### NOTICE OF VIDEOTAPED DEPOSITION OF ELIZABETH HARLAN

7

     On the interested parties in the subject action by placing a true copy of the document(s)

listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at

8

San Diego, California addressed as set forth below.

9

| | |
|---|---|
| Susan F. La Marca | Elizabeth Harlan c/o Matthew E. Sloan, Esq. |
| Mark P. Fickes | Skadden, Arps, Slate, Meagher & Flom LLP |
| Elena Ro | 300 South Grand Avenue, Suite 3400 |
| Securities and Exchange Commission | Los Angeles, California 94111 |
| 44 Montgomery Street, Suite 2600 | matthew.sloan@skadden.com |
| San Francisco, CA 94101 | |
| lamarcas@sec.gov | |
| fickesm@sec.gov | Elliot R. Peters |
| roe@sec.gov | Stuart L. Gasner |
| | Keker & Van Nest LLP |
| | 710 Sansome Street |
| | San Francisco, CA 94111 |
| | epeters@kvn.com |
| | sgasner@kvn.com |

18

     I declare under penalty of perjury under the laws of the United States of America that the

19

above is true and correct.

20

     Executed on November 26, 2007, at San Diego, California.

21

22

23

                     Emiko S. Gonzales

24

SD\1774323.1

25

26

27

28