SHIRLI FABBRI WEISS (Bar No. 079225)
DAVID PRIEBE (Bar No. 148679)
JEFFREY B. COOPERSMITH (Bar. No. 252819)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001
Email: shirli.weiss@dlapiper.com
Email: david.priebe@dlapiper.com
Email: jeff.coopersmith@dlapiper.com
Email: stanley.panikowski@dlapiper.com

ELLIOT R. PETERS (Bar No. 158708)
STUART L. GASNER (Bar No. 164675)
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188
E-mail: EPeters@KVN.com
E-mail: SGasner@KVN.com

Attorneys for Defendant
KENNETH L. SCHROEDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>KENNETH L. SCHROEDER,<br><br>*Defendant*. | No. C 07 3798 JW<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed in the city of Seattle, the county of King and the State of Washington in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within-entitled action. My business address is DLA Piper US LLP, 701 Fifth Avenue, Suite 7000, Seattle, WA 98104.

On February 11, 2008, I electronically filed with the court via the ECF system the following document(s), which will automatically send a copy to the parties below at the email addresses listed:

- Defendant Kenneth L. Schroeder's Response To Non-Parties KLA-Tencor Corporation's And John Kispert's Motion for Protective Order Re: Depositions Of Current And Former KLA Witness; and

- Declaration of Jeffrey B. Coopersmith.

Susan F. La Marca
Mark P. Fickes
Elena Ro
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94101
lamarcas@sec.gov
fickesm@sec.gov
roe@sec.gov

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 11, 2008, at Seattle, WA.

*Stephanie Tucker* (signature)

Stephanie Tucker

SE\9107213.1