# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   February 12, 2008                                   Time in Court: 40 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

**TITLE:**  Securities And Exchange Commission v. Kenneth L. Schroeder
**CASE NUMBER**: C07-03798JW
Plaintiff Attorney present: Susan LaMarca
Defendant Attorney present: Jeffrey Coppersmith and Shirli Weiss
Third Party Attorneys present: Kevin Much, Jonathan Gaskin, Emily Griffen, Lanelle Meidan, Thomas Green

**PROCEEDINGS: KLA-Tencor Motion for Protective Order**

Counsel present arguments.

Matters is taken under submission.  Court to issue written ruling