# Exhibit 18

1   MORGAN, LEWIS & BOCKIUS LLP
    JOHN H. HEMANN (SBN 165823)
2   JOSEPH E. FLOREN (SBN 168292)
    THOMAS R. GREEN (SBN 203480)
3   COURTNEY L. LANDIS (SBN 238503)
    One Market, Spear Street Tower
4   San Francisco, CA 94105-1126
    Tel:  415.442.1000
5   Fax: 415.442.1001
    Email: jhemann@morganlewis.com
6          jfloren@morganlewis.com
           tgreen@morganlewis.com
7          clandis@morganlewis.com

8   Attorneys for Third Party KLA-Tencor Corporation

9

10              UNITED STATES DISTRICT COURT

11      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

13  SECURITIES AND EXCHANGE          Case No. C-07-3798-JW
    COMMISSION,
14                                   THIRD PARTY KLA-TENCOR
                 Plaintiff,          CORPORATION'S AMENDED AND
15                                   SUPPLEMENTAL OBJECTIONS AND
         v.                          RESPONSES TO DEFENDANT'S
16                                   SUBPOENA FOR RECORDS
    KENNETH L. SCHROEDER,
17
                 Defendant.
18

19

20          Pursuant to Federal Rules of Civil Procedure Rule 45, third-party KLA-Tencor

21  Corporation ("KLA"), by and through its attorneys Morgan, Lewis & Bockius LLP, hereby

22  submits its amended objections and responses to the Subpoena for Records served by Kenneth L.

23  Schroeder on October 18, 2007 ("Subpoena"). These objections and responses shall supersede

24  those previously served by KLA on November 8, 2007.

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                              1.
THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

028

1    KLA incorporates by reference each and every General Objection set forth below into

2    each and every specific response. Occasionally a specific response may repeat a General

3    Objection for emphasis or some other reason. The failure to repeat any General Objection in any

4    specific response shall not be interpreted as a waiver of any General Objection to that response.

5

6    **GENERAL OBJECTIONS**

7    1.    <u>AMENDED OBJECTION</u>: KLA objects to the Demands to the extent that they

8    seek production of documents already in Schroeder's possession, custody, or control, or that are

9    equally as accessible to Schroeder as to KLA. This includes, but is not limited to, documents

10   produced to Schroeder by the Securities and Exchange Commission ("SEC") as Initial

11   Disclosures under F.R.C.P. 26(a)(1) ("Initial Disclosures") or in any other document production

12   or disclosure by the SEC or a third party. Based on KLA's review of the SEC's Initial

13   Disclosures to Schroeder, KLA believes that Schroeder has already received from the SEC

14   thousands of pages of documents, which KLA and other parties previously produced to the SEC

15   and other government agencies, that are responsive to this Subpoena. Because such documents

16   are already in Schroeder's possession, custody, or control or are equally as accessible to

17   Schroeder as to KLA, it would be unduly burdensome and an improper use of the discovery

18   process to compel KLA to produce such documents in this case.

19   2.    KLA objects to the Subpoena and the Definitions, Instructions, and Demands

20   contained therein to the extent that they impose obligations that exceed the scope of KLA's

21   obligations under the Federal Rules or the Local Rules for the Northern District of California.

22   3.    KLA objects to the Demands to the extent they are overly broad, unduly

23   burdensome and oppressive (including, without limitation, Demands as to which the burden and

24   expense of locating and producing potentially responsive documents, which (if any exist) may be

25   numerous and in numerous different locations, clearly outweighs the probative value (if any) of

26   such documents), and beyond the proper scope of discovery. Such objections shall be made in

27   the short form "overly broad and unduly burdensome."

28   4.    KLA objects to the Demands to the extent they seek production of documents that

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3    2.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

029

1    are neither relevant to the subject matter of this action nor reasonably calculated to lead to the

2    discovery of admissible evidence.

3        5.    <u>AMENDED OBJECTION 5</u>: KLA objects to the Demands to the extent they seek

4    production of documents protected by the attorney-client privilege, work product doctrine, or any

5    other applicable privileges, doctrine, or immunity.  No such privileged documents or information

6    will be produced at any time, and any inadvertent production thereof shall not be deemed a

7    waiver of any privilege with respect to such documents or information or of any work product

8    doctrine which may attach thereto.  KLA further objects to the extent that Schroeder has taken the

9    unreasonable position of insisting that production of any documents protected by the attorney-

10   client privilege or attorney work product would constitute a waiver of said privilege.  KLA

11   additionally objects to Schroeder's insistence that KLA's previous productions to the SEC and

12   other government agencies constituted a waiver of any attorney-client privilege or attorney work

13   product.

14       6.    <u>AMENDED OBJECTION 6</u>: KLA objects to the Demands to the extent they seek

15   confidential, proprietary, or competitively sensitive information, or information protected by

16   rights of privacy of KLA's past and present employees under Article I, Section 1 of the California

17   Constitution and other applicable law.  Absent the entry of a suitable protective order in this case

18   to safeguard the confidentiality of the documents sought, no such documents will be produced.

19   KLA objects to the Demands to the extent that Schroeder has refused to cooperate with KLA

20   regarding a protective order.  KLA further objects to the extent that Schroeder insists on specific

21   designation of the categories of documents produced, which is extremely burdensome given the

22   massive volume of documents sought by these Demands.  KLA objects to the Demands to the

23   extent they seek documents not currently in its possession, custody, or control.

24       7.    KLA objects to the Demands to the extent they are not set forth with sufficient

25   particularity, and/or are vague, ambiguous, duplicative, and unlimited in scope.

26       8.    KLA objects to the Demands to the extent they seek documents not currently in its

27   possession, custody, or control.

28       9.    KLA objects to the Demands to the extent they seek documents that are no longer

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                3.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1   readily accessible to KLA but might exist only in electronic archives or back-up files. KLA will

2   not rebuild these electronic archives and back-up files in order to search for documents that may

3   be responsive to the Demands.

4       10.    KLA objects to the Demands to the extent they seek to impose on KLA an

5   obligation to investigate or discover information or materials from third parties or sources that are

6   equally accessible to Defendant.

7       11.    KLA objects to the Demands to the extent they seek documents or information

8   regarding third parties.  The SEC has alleged that Defendant "violated the antifraud provisions of

9   the federal securities laws, made or caused to be made materially false or misleading statements

10  to KLA's auditors, falsified books and records, and caused KLA to falsely report its financial

11  results." *See* Complaint, ¶ 4. Thus, the conduct of or information or documents regarding any

12  party other than Schroeder are not relevant to the subject matter of this action and are beyond the

13  scope of permissible discovery.

14      12.    KLA objects to the Demands to the extent they seek documents during the time

15  frame January 1, 1991 to December 31, 1996 as overly broad and unduly burdensome, as well as

16  irrelevant.  The time frame at issue in this action is mid-1999 to mid-2002 "and once again in

17  2005." *See* Complaint, ¶ 1. Moreover, the Subpoena largely seeks documents that KLA

18  previously produced to the SEC and the Department of Justice as part of the various

19  governmental investigations pertaining to KLA and Defendant; those documents and

20  investigations focused upon the timeframe in 1997 and after.

21      13.    KLA objects to the Demands as overly broad, unduly burdensome, oppressive, and

22  beyond the proper scope of discovery to the extent they seek documents and information

23  available to Defendant from Plaintiff or from other non-parties.  KLA, a non-party to this action,

24  should not be put to the time and expense to produce such documents and information.

25      14.    <u>AMENDED OBJECTION 14</u>: By representing that it will produce documents,

26  KLA does not represent that such documents exist, but only that a reasonable, good faith search

27  for such documents will be made and, to the extent that any such responsive nonprivileged

28  documents exist and are not already in Schroeder's possession, those documents will be produced

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3              4.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

031

1    subject to the objection(s) stated provided that an adequate protective order is entered that will

2    protect disclosure of KLA and KLA current and former employees' confidential, proprietary,

3    and/or private information.

4          15.    KLA's objections, responses, and production of documents are based upon

5    information and writings available to and located by KLA and its undersigned attorneys as of

6    service of these responses. KLA has not completed its investigation of the facts relating to this

7    Subpoena, and all of the information supplied and documents and things produced are based only

8    on such information and documents which are reasonably available and specifically known to

9    KLA and its attorneys as of the date of service of its response. Therefore, KLA's objections,

10   responses, and production of documents are without prejudice to its right to supplement and/or

11   amend its objections, responses, and production of documents.

12         16.    If multiple, identical copies of any document are responsive to any Demands

13   herein, only one representative copy will be produced. Producing more than one identical copy is

14   unduly burdensome and oppressive.

15         17.    KLA objects to the use of the terms "YOU," "YOUR," and "THE COMPANY" on

16   the ground that these terms render the Demands in which they appear vague and ambiguous,

17   overly broad, unduly burdensome, oppressive, and beyond the scope of permissible discovery to

18   the extent such definitions expand the scope of inquiry beyond the directors, officers, employees,

19   members of the Special Committee, and members of the Special Litigation Committee of KLA.

20         18.    KLA objects to the term "COMMUNICATION(S)" as used in the Subpoena, to

21   the extent this definition is broader than and deviates from the commonly understood definition of

22   the term, on the ground that it renders the Demands in which it appears vague, ambiguous, and

23   overly broad and unduly burdensome.

24         19.    KLA objects to the term "DOCUMENT(S)" as used the Subpoena, to the extent

25   this definition is broader than and deviates from the commonly understood definition of the term,

26   on the ground that it renders the Demands in which it appears vague, ambiguous, and overly

27   broad and unduly burdensome.

28

1-SF/7643633.3    5.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

**SPECIFIC OBJECTIONS AND RESPONSES TO DEFENDANT'S PRODUCTION DEMANDS NO. 1-60**

**PRODUCTION DEMAND NO. 1**

All DOCUMENTS CONCERNING the SPECIAL COMMITTEE INVESTIGATION or the RESTATEMENT which YOU transmitted to, read to (in whole or in part), summarized to, presented to or received from, the SEC.

**AMENDED RESPONSE TO PRODUCTION DEMAND NO. 1**

KLA reasserts and incorporates each of the General Objections set forth above.  KLA objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects to this Demand to the extent that it is vague and ambiguous, compound, and improper in form. KLA further objects to this Demand to the extent it seeks production of documents which are neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents protected by the attorney-client privilege, work product doctrine, or other applicable privilege. No such privileged documents will be produced.  KLA objects to this Demand to the extent it seeks confidential, proprietary, or highly sensitive information or information that is protected by the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this Demand to the extent it contains duplicative requests, in whole or in part.

Based on KLA's review of the SEC's Initial Disclosures, KLA believes the SEC has already produced substantially all of the documents responsive to this Demand to Schroeder. Because these documents are already in Schroeder's possession, custody, or control, it would be unduly burdensome and an improper use of the discovery process to compel KLA to produce such documents in this case.  Accordingly, KLA will not produce any documents responsive to this Demand which the SEC has already produced to Schroeder, as such documents are already in Schroeder's possession, custody, or control, and therefore are equally accessible to Schroeder as to KLA.  KLA also refuses to produce many of these responsive documents on the additional ground that they are protected by the attorney client privilege, the work product doctrine, and/or

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3

6.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

033

1   other applicable privileges. To the extent Schroeder is concerned that the set of documents he

2   received from the SEC is incomplete, KLA is willing to meet and confer with Schroeder to

3   compare the documents he has received from the SEC with the non-privileged, non-attorney work

4   product documents KLA already produced to the SEC.

5        To the extent that KLA has any responsive documents that the SEC has not produced to

6   Schroeder and that are not protected by the attorney-client privilege, the work product doctrine, or

7   some other applicable privilege, KLA will produce such documents to Schroeder to the extent

8   they do not contain any trade secrets or confidential or completely sensitive business information

9   and subject to the entry by the court of a protective order prohibiting the parties from disclosing

10  such documents or information to third parties or using them for purposes unrelated to this

11  litigation. However, KLA currently believes that all non-privileged responsive documents that

12  were produced to the SEC have already been produced to Schroeder pursuant to the SEC's Initial

13  Disclosures.

14  **PRODUCTION DEMAND NO. 2**

15       All DOCUMENTS CONCERNING the SPECIAL COMMITTEE INVESTIGATION or

16  the RESTATEMENT which YOU transmitted to, read to (in whole or in part), summarized to,

17  presented to or received from, the DOJ.

18  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 2**

19       KLA reasserts and incorporates each of the General Objections set forth above. KLA

20  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

21  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

22  KLA further objects to this Demand to the extent it seeks production of documents which are

23  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

24  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

25  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

26  No such privileged documents will be produced. KLA objects to this Demand to the extent it

27  seeks confidential, proprietary, or highly sensitive information or information that is protected by

28  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                     7.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

034

1    Demand to the extent it contains duplicative requests, in whole or in part.

2        Based on KLA's review of the SEC's Initial Disclosures, KLA believes the SEC has

3    already produced substantially all of the documents responsive to this Demand to Schroeder.

4    Because these documents are already in Schroeder's possession, custody, or control, it would be

5    unduly burdensome and an improper use of the discovery process to compel KLA to produce

6    such documents in this case. Accordingly, KLA will not produce any documents responsive to

7    this Demand which the SEC has already produced to Schroeder, as such documents are already in

8    Schroeder's possession, custody, or control, and therefore are equally accessible to Schroeder as

9    to KLA. KLA also refuses to produce many of these responsive documents on the additional

10   ground that they are protected by the attorney client privilege, the work product doctrine, and/or

11   other applicable privileges. To the extent Schroeder is concerned that the set of documents he

12   received from the SEC is incomplete, KLA is willing to meet and confer with Schroeder to

13   compare the documents he has received from the SEC with the non-privileged, non-attorney work

14   product documents KLA already produced to the DOJ.

15       To the extent that KLA has any responsive documents that the SEC has not produced to

16   Schroeder and that are not protected by the attorney-client privilege, the work product doctrine, or

17   some other applicable privilege, KLA will produce such documents to Schroeder to the extent

18   they do not contain any trade secrets or confidential or completely sensitive business information

19   and subject to the entry by the court of a protective order prohibiting the parties from disclosing

20   such documents or information to third parties or using them for purposes unrelated to this

21   litigation. However, KLA currently believes that all non-privileged responsive documents that

22   were produced to the DOJ have already been produced to Schroeder pursuant to the SEC's Initial

23   Disclosures.

24   **PRODUCTION DEMAND NO. 3**

25       All DOCUMENTS CONCERNING the SPECIAL COMMITTEE INVESTIGATION or

26   the RESTATEMENT which YOU transmitted to, read to (in whole or in part), summarized to,

27   presented to or received from, the NASDAQ.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                      8.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    __AMENDED RESPONSE TO PRODUCTION DEMAND NO. 3__

2         KLA reasserts and incorporates each of the General Objections set forth above.  KLA

3    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

4    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

5    KLA further objects to this Demand to the extent it seeks production of documents which are

6    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

7    discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

8    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

9    No such privileged documents will be produced.  KLA objects to this Demand to the extent it

10   seeks confidential, proprietary, or highly sensitive information or information that is protected by

11   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

12   Demand to the extent it contains duplicative requests, in whole or in part.

13        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

14   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

15   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

16   No such documents will be produced by KLA.

17        Subject to and without waiving the foregoing limitations and General and Specific

18   Objections, KLA will produce relevant, non-privileged documents that are responsive to this

19   Demand provided that an adequate protective order is entered that will protect disclosure of KLA

20   and KLA current and former employees' confidential, proprietary, and/or private information.

21   __PRODUCTION DEMAND NO. 4__

22        All DOCUMENTS CONCERNING the SPECIAL COMMITTEE INVESTIGATION

23   and/or RESTATEMENT which YOU transmitted to, read to (in whole or in part), summarized to,

24   presented to or received from, PWC.

25   __AMENDED RESPONSE TO PRODUCTION DEMAND NO. 4__

26        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

27   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

28   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    9.

036

1   KLA further objects to this Demand to the extent it seeks production of documents which are

2   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

3   discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

4   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

5   No such privileged documents will be produced. KLA objects to this Demand to the extent it

6   seeks confidential, proprietary, or highly sensitive information or information that is protected by

7   the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

8   Demand to the extent it contains duplicative requests, in whole or in part.

9       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

10   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

11   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

12   No such documents will be produced by KLA.

13       Subject to and without waiving the foregoing limitations and General and Specific

14   Objections, KLA will produce relevant, non-privileged documents that are responsive to this

15   Demand provided that an adequate protective order is entered that will protect disclosure of KLA

16   and KLA current and former employees' confidential, proprietary, and/or private information.

17   **PRODUCTION DEMAND NO. 5**

18       All DOCUMENTS CONCERNING the SPECIAL COMMITTEE INVESTIGATION

19   and/or RESTATEMENT which YOU transmitted to, read to (in whole or in part), summarized to,

20   presented to or received from LECG.

21   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 5**

22       KLA reasserts and incorporates each of the General Objections set forth above. KLA

23   objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

24   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

25   KLA further objects to this Demand to the extent it seeks production of documents which are

26   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

27   discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

28   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3         10.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

037

1  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

2  seeks confidential, proprietary, or highly sensitive information or information that is protected by

3  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

4  Demand to the extent it contains duplicative requests, in whole or in part.

5         KLA objects to this demand to the extent it seeks documents that Schroeder already has in

6  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

7  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

8  No such documents will be produced by KLA.

9  **PRODUCTION DEMAND NO. 6**

10        All DOCUMENTS which you reviewed as part of the SPECIAL COMMITTEE

11  INVESTIGATION and/or RESTATEMENT.

12  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 6**

13        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

14  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

15  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

16  KLA further objects to this Demand to the extent it seeks production of documents which are

17  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

18  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

19  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

20  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

21  seeks confidential, proprietary, or highly sensitive information or information that is protected by

22  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

23  Demand to the extent it contains duplicative requests, in whole or in part.

24        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

25  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

26  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

27  No such documents will be produced by KLA.

28

1-SF/7643633.3                          11.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    **PRODUCTION DEMAND NO. 7**

2        All DOCUMENTS which YOU created or prepared in connection with SPECIAL

3    COMMITTEE INVESTIGATION, including all DOCUMENTS concerning interviews of

4    witnesses and summaries of option grants, including all drafts.

5    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 7**

6        KLA reasserts and incorporates each of the General Objections set forth above. KLA

7    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

8    to this Demand to the extent that it is vague and ambiguous, compound and improper in form.

9    KLA further objects to this Demand to the extent it seeks production of documents which are

10   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

11   discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

12   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

13   No such privileged documents will be produced. KLA objects to this Demand to the extent it

14   seeks confidential, proprietary, or highly sensitive information or information that is protected by

15   the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

16   Demand to the extent it contains duplicative requests, in whole or in part.

17       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

18   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

19   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

20   No such documents will be produced by KLA.

21   **PRODUCTION DEMAND NO. 8**

22       All DOCUMENTS which YOU created or prepared in connection with SLC

23   INVESTIGATION, including all DOCUMENTS concerning interviews of witnesses, including

24   all drafts.

25   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 8**

26       KLA reasserts and incorporates each of the General Objections set forth above. KLA

27   objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

28   to this Demand to the extent that it is vague and ambiguous, compound and improper in form.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    12.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    KLA further objects to this Demand to the extent it seeks production of documents which are

2    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

3    discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

4    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

5    No such privileged documents will be produced.  KLA objects to this Demand to the extent it

6    seeks confidential, proprietary, or highly sensitive information or information that is protected by

7    the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

8    Demand to the extent it contains duplicative requests, in whole or in part.

9        KLA further objects to this Demand to the extent that Schroeder's counsel agreed, during

10    a meet and confer dated November 20, 2007, that Schroeder would wait to pursue documents

11    responsive to this Demand.

12        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

13    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

14    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

15    No such documents will be produced by KLA.

16    **PRODUCTION DEMAND NO. 9**

17        All DOCUMENTS memorializing any interactions which you attended with

18    representatives of the SEC, DOJ and/or NASDAQ CONCERNING the SPECIAL COMMITTEE

19    INVESTIGATION and/or RESTATEMENT.

20    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 9**

21        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

22    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

23    to this Demand to the extent that it is vague and ambiguous, compound and improper in form.

24    KLA further objects to this Demand to the extent it seeks production of documents which are

25    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

26    discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

27    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

28    No such privileged documents will be produced.  KLA objects to this Demand to the extent it

1-SF/7643633.3                                      13.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  seeks confidential, proprietary, or highly sensitive information or information that is protected by

2  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

3  Demand to the extent it contains duplicative requests, in whole or in part.

4       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

5  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

6  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

7  No such documents will be produced by KLA.

8  **PRODUCTION DEMAND NO. 10**

9       All DOCUMENTS CONCERNING the SPECIAL COMMITTEE INVESTIGATION

10  and/or RESTATEMENT which YOU transmitted to, read to (in whole or in part), summarized to

11  presented to or received from, members of the press or other news media.

12  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 10**

13       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

14  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

15  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

16  KLA further objects to this Demand to the extent it seeks production of documents which are

17  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

18  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

19  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

20  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

21  seeks confidential, proprietary, or highly sensitive information or information that is protected by

22  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

23  Demand to the extent it contains duplicative requests, in whole or in part.

24       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

25  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

26  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

27  No such documents will be produced by KLA.

28       Subject to and without waiving the foregoing limitations and General and Specific

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    14.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

041

1    Objections, KLA will produce relevant, non-privileged documents that are responsive to this

2    Demand provided that an adequate protective order is entered that will protect disclosure of KLA

3    and KLA current and former employees' confidential, proprietary, and/or private information.

4    **PRODUCTION DEMAND NO. 11**

5         All DOCUMENTS CONCERNING the COMPANY'S SEC filings that refer to or discuss

6    the SPECIAL COMMITTEE INVESTIGATION and/or RESTATEMENT, including drafts

7    which YOU prepared or edited.

8    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 11**

9         KLA reasserts and incorporates each of the General Objections set forth above.  KLA

10   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

11   to this Demand to the extent that it is vague and ambiguous, compound and improper in form.

12   KLA further objects to this Demand to the extent it seeks production of documents which are

13   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

14   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

15   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

16   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

17   seeks confidential, proprietary, or highly sensitive information or information that is protected by

18   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

19   Demand to the extent it contains duplicative requests, in whole or in part.

20        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

21   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

22   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

23   No such documents will be produced by KLA.

24   **PRODUCTION DEMAND NO. 12**

25        All DOCUMENTS CONCERNING the SLC INVESTIGATION which YOU transmitted

26   to, read to (in whole or in part), summarized to, presented to or received from, the SEC.

27   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 12**

28        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                     15.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

2  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

3  KLA further objects to this Demand to the extent it seeks production of documents which are

4  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

5  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

6  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

7  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

8  seeks confidential, proprietary, or highly sensitive information or information that is protected by

9  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

10  Demand to the extent it contains duplicative requests, in whole or in part.

11      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

12  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

13  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

14  No such documents will be produced by KLA.

15      Subject to and without waiving the foregoing limitations and General and Specific

16  Objections, KLA will produce relevant, non-privileged documents that are responsive to this

17  Demand provided that an adequate protective order is entered that will protect disclosure of KLA

18  and KLA current and former employees' confidential, proprietary, and/or private information.

19  **PRODUCTION DEMAND NO. 13**

20      All DOCUMENTS CONCERNING the SLC INVESTIGATION which YOU transmitted

21  to, read to (in whole or in part), summarized to, presented to or received from, the DOJ.

22  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 13**

23      KLA reasserts and incorporates each of the General Objections set forth above.  KLA

24  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

25  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

26  KLA further objects to this Demand to the extent it seeks production of documents which are

27  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

28  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                    16.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

2   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

3   seeks confidential, proprietary, or highly sensitive information or information that is protected by

4   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

5   Demand to the extent it contains duplicative requests, in whole or in part.

6       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

7   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

8   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

9   No such documents will be produced by KLA.

10  **PRODUCTION DEMAND NO. 14**

11      All DOCUMENTS CONCERNING the SLC INVESTIGATION which YOU transmitted

12  to, read to (in whole or in part), summarized to, presented to or received from, the NASDAQ, in

13  any interaction with it in YOUR capacity as counsel for KLA-TENCOR or as counsel for any

14  individual director or employee of KLA-TENCOR.

15  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 14**

16      KLA reasserts and incorporates each of the General Objections set forth above.  KLA

17  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

18  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

19  KLA further objects to this Demand to the extent it seeks production of documents which are

20  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

21  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

22  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

23  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

24  seeks confidential, proprietary, or highly sensitive information or information that is protected by

25  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

26  Demand to the extent it contains duplicative requests, in whole or in part.

27      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

28  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                          17.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

2   No such documents will be produced by KLA.

3   **PRODUCTION DEMAND NO. 15**

4       All DOCUMENTS CONCERNING the SLC INVESTIGATION which YOU transmitted

5   to, read to (in whole or in part), summarized to, presented to or received from, PWC.

6   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 15**

7       KLA reasserts and incorporates each of the General Objections set forth above. KLA

8   objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

9   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

10  KLA further objects to this Demand to the extent it seeks production of documents which are

11  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

12  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

13  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

14  No such privileged documents will be produced. KLA objects to this Demand to the extent it

15  seeks confidential, proprietary, or highly sensitive information or information that is protected by

16  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

17  Demand to the extent it contains duplicative requests, in whole or in part.

18      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

19  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

20  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

21  No such documents will be produced by KLA.

22  **PRODUCTION DEMAND NO. 16**

23      All calendars, notebooks or diaries memorializing dates for telephone calls and/or

24  meetings of Kenneth Levy, Jon Tompkins, Gary Dickerson, Joy Nyberg, Lisa Berry, Stuart

25  Nichols, John Kispert, Maureen Lamb, Barbara Stebbins and Mark Nordstrom CONCERNING

26  compensation of employees, accounting for employee compensation, stock option grants and/or

27  corporate governance issues.

28

1-SF/7643633.3                                18.
THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 16**

2          KLA reasserts and incorporates each of the General Objections set forth above. KLA

3    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

4    to this Demand to the extent that it is vague and ambiguous, compound and improper in form.

5    KLA further objects to this Demand to the extent it seeks production of documents which are

6    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

7    discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

8    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

9    No such privileged documents will be produced. KLA objects to this Demand to the extent it

10   seeks confidential, proprietary, or highly sensitive information or information that is protected by

11   the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

12   Demand to the extent it contains duplicative requests, in whole or in part.

13          KLA objects to this demand to the extent it seeks documents that Schroeder already has in

14   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

15   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

16   No such documents will be produced by KLA.

17   **PRODUCTION DEMAND NO. 17**

18          All DOCUMENTS CONCERNING the dates, times, participants and length of meetings

19   and/or telephone calls which YOU had with the SEC, DOJ and/or NASDAQ CONCERNING the

20   SPECIAL COMMITTEE INVESTIGATION and/or SLC INVESTIGATION, including attorney

21   billing records and calendar entries.

22   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 17**

23          KLA reasserts and incorporates each of the General Objections set forth above. KLA

24   objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

25   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

26   KLA further objects to this Demand to the extent it seeks production of documents which are

27   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

28   discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    19.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

046

1  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

2  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

3  seeks confidential, proprietary, or highly sensitive information or information that is protected by

4  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

5  Demand to the extent it contains duplicative requests, in whole or in part.

6        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

7  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

8  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

9  No such documents will be produced by KLA.

10  **PRODUCTION DEMAND NO. 18**

11        All DOCUMENTS CONCERNING meetings and/or telephone calls which YOU had with

12  representatives of the press or other news media CONCERNING SCHROEDER, LEVY, the

13  SPECIAL COMMITTEE INVESTIGATION and/or the SLC INVESTIGATION, including

14  attorney billing records and calendar entries.

15  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 18**

16        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

17  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

18  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

19  KLA further objects to this Demand to the extent it seeks production of documents which are

20  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

21  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

22  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

23  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

24  seeks confidential, proprietary, or highly sensitive information or information that is protected by

25  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

26  Demand to the extent it contains duplicative requests, in whole or in part.

27        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

28  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3

20.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

2    No such documents will be produced by KLA.

3    **PRODUCTION DEMAND NO. 19**

4        All DOCUMENTS CONCERNING the SLC INVESTIGATION which YOU transmitted

5    to, read to (in whole or in part), summarized to, presented to or received from the press.

6    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 19**

7        KLA reasserts and incorporates each of the General Objections set forth above. KLA

8    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

9    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

10    KLA further objects to this Demand to the extent it seeks production of documents which are

11    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

12    discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

13    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

14    No such privileged documents will be produced. KLA objects to this Demand to the extent it

15    seeks confidential, proprietary, or highly sensitive information or information that is protected by

16    the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

17    Demand to the extent it contains duplicative requests, in whole or in part.

18        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

19    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

20    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

21    No such documents will be produced by KLA.

22        Subject to and without waiving the foregoing limitations and General and Specific

23    Objections, KLA will produce relevant, non-privileged documents that are responsive to this

24    Demand provided that an adequate protective order is entered that will protect disclosure of KLA

25    and KLA current and former employees' confidential, proprietary, and/or private information.

26    **PRODUCTION DEMAND NO. 20**

27        All lists of search words, terms, or phrases that you used to search through DOCUMENTS

28    in connection with the SPECIAL COMMITTEE INVESTIGATION OR SPECIAL

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3           21.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

048

1    LITIGATION COMMITTEE INVESTIGATION.

2    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 20**

3         KLA reasserts and incorporates each of the General Objections set forth above.  KLA

4    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

5    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

6    KLA further objects to this Demand to the extent it seeks production of documents which are

7    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

8    discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

9    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

10   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

11   seeks confidential, proprietary, or highly sensitive information or information that is protected by

12   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

13   Demand to the extent it contains duplicative requests, in whole or in part.

14        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

15   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

16   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

17   No such documents will be produced by KLA.

18   **PRODUCTION DEMAND NO. 21**

19        All DOCUMENTS CONCERNING the RESTATEMENT.

20   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 21**

21        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

22   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

23   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

24   KLA further objects to this Demand to the extent it seeks production of documents which are

25   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

26   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

27   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

28   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    22.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

049

1     seeks confidential, proprietary, or highly sensitive information or information that is protected by

2     the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

3     Demand to the extent it contains duplicative requests, in whole or in part.

4           KLA objects to this demand to the extent it seeks documents that Schroeder already has in

5     his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

6     but not limited to, documents that Schroeder already has obtained from the SEC in this action.

7     No such documents will be produced by KLA.

8     **PRODUCTION DEMAND NO. 22**

9           All DOCUMENTS CONCERNING KLA-TENCOR's SPECIAL COMMITTEE

10    INVESTIGATION which the law firms of Skadden Arps Slate Meagher & Flom LLP on behalf

11    of the SPECIAL COMMITTEE or Morgan Lewis, on behalf of the COMPANY transmitted to

12    read to (in whole or in part), summarized to, presented to or received from any government

13    agency or the NASDAQ.

14    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 22**

15          KLA reasserts and incorporates each of the General Objections set forth above.  KLA

16    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

17    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

18    KLA further objects to this Demand to the extent it seeks production of documents which are

19    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

20    discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

21    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

22    No such privileged documents will be produced.  KLA objects to this Demand to the extent it

23    seeks confidential, proprietary, or highly sensitive information or information that is protected by

24    the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

25    Demand to the extent it contains duplicative requests, in whole or in part.

26          KLA objects to this demand to the extent it seeks documents that Schroeder already has in

27    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

28    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                   **23.**

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

050

1    No such documents will be produced by KLA.

2    **PRODUCTION DEMAND NO. 23**

3          All DOCUMENTS CONCERNING KLA-TENCOR's stock option grants to directors and

4    any other non-employee of the COMPANY.

5    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 23**

6          KLA reasserts and incorporates each of the General Objections set forth above. KLA

7    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

8    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

9    KLA further objects to this Demand to the extent it seeks production of documents which are

10   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

11   discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

12   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

13   No such privileged documents will be produced. KLA objects to this Demand to the extent it

14   seeks confidential, proprietary, or highly sensitive information or information that is protected by

15   the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

16   Demand to the extent it contains duplicative requests, in whole or in part.

17         KLA objects to this demand to the extent it seeks documents that Schroeder already has in

18   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

19   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

20   No such documents will be produced by KLA.

21   **PRODUCTION DEMAND NO. 24**

22         All DOCUMENTS CONCERNING KLA-TENCOR's accounting for stock option grants,

23   both before and after the SPECIAL COMMITTEE INVESTIGATION, including all

24   DOCUMENTS transmitted to and received from PWC or LECG in connection with the

25   RESTATEMENT.

26   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 24**

27         KLA reasserts and incorporates each of the General Objections set forth above. KLA

28   objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    24.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1 | to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

2 | KLA further objects to this Demand to the extent it seeks production of documents which are

3 | neither relevant to the subject matter of this action nor reasonably calculated to lead to the

4 | discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

5 | protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

6 | No such privileged documents will be produced. KLA objects to this Demand to the extent it

7 | seeks confidential, proprietary, or highly sensitive information or information that is protected by

8 | the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

9 | Demand to the extent it contains duplicative requests, in whole or in part.

10 | KLA objects to this demand to the extent it seeks documents that Schroeder already has in

11 | his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

12 | but not limited to, documents that Schroeder already has obtained from the SEC in this action.

13 | No such documents will be produced by KLA.

14 | **PRODUCTION DEMAND NO. 25**

15 | All DOCUMENTS CONCERNING action or remedial measures that YOU took as a

16 | result of the SPECIAL COMMITTEE INVESTIGATION, including documents CONCERNING

17 | resignations of directors from YOUR board of directors, terminations of officers and/or

18 | employees, cancellations of options, re-pricing of options and payment of bonuses on account of

19 | re-priced options.

20 | **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 25**

21 | KLA reasserts and incorporates each of the General Objections set forth above. KLA

22 | objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

23 | to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

24 | KLA further objects to this Demand to the extent it seeks production of documents which are

25 | neither relevant to the subject matter of this action nor reasonably calculated to lead to the

26 | discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

27 | protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

28 | No such privileged documents will be produced. KLA objects to this Demand to the extent it

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3

25.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

052

1    seeks confidential, proprietary, or highly sensitive information or information that is protected by

2    the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

3    Demand to the extent it contains duplicative requests, in whole or in part.

4        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

5    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

6    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

7    No such documents will be produced by KLA.

8    **PRODUCTION DEMAND NO. 26**

9        All DOCUMENTS CONCERNING interviews of KLA-TENCOR current and former

10   directors, officers, attorneys, employees, auditors, and consultants in whatever form (including

11   memoranda, reports, handwritten notes, e-mails, dictation and summaries) that were conducted as

12   part of the SPECIAL LITIGATION COMMITTEE INVESTIGATION.

13   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 26**

14       KLA reasserts and incorporates each of the General Objections set forth above. KLA

15   objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

16   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

17   KLA further objects to this Demand to the extent it seeks production of documents which are

18   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

19   discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

20   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

21   No such privileged documents will be produced. KLA objects to this Demand to the extent it

22   seeks confidential, proprietary, or highly sensitive information or information that is protected by

23   the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

24   Demand to the extent it contains duplicative requests, in whole or in part.

25       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

26   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

27   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

28   No such documents will be produced by KLA.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                                    26.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

053

1  **PRODUCTION DEMAND NO. 27**

2      All DOCUMENTS evidencing the Board and/or the Compensation Committee's intention

3  that officer grants be dated the same day as employee grants.

4  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 27**

5      KLA reasserts and incorporates each of the General Objections set forth above.  KLA

6  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

7  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

8  KLA further objects to this Demand to the extent it seeks production of documents which are

9  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

10  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

11  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

12  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

13  seeks confidential, proprietary, or highly sensitive information or information that is protected by

14  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

15  Demand to the extent it contains duplicative requests, in whole or in part.

16      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

17  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

18  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

19  No such documents will be produced by KLA.

20  **PRODUCTION DEMAND NO. 28**

21      All DOCUMENTS concerning the Board of Directors' granting of options to Section 16b

22  officers including all DOCUMENTS evidencing any follow-up to assure that the Secretary,

23  General Counsel, or Human Resources had properly documented its grants.

24  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 28**

25      KLA reasserts and incorporates each of the General Objections set forth above.  KLA

26  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

27  to this Demand to the extent that it is vague and ambiguous, compound, argumentative, lacks

28  foundation, and is improper in form.  KLA further objects to this Demand to the extent it seeks

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3

27.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  production of documents which are neither relevant to the subject matter of this action nor

2  reasonably calculated to lead to the discovery of admissible evidence.  KLA objects to this

3  Demand to the extent it seeks documents protected by the attorney-client privilege, work product

4  doctrine, or other applicable privilege.  No such privileged documents will be produced.  KLA

5  objects to this Demand to the extent it seeks confidential, proprietary, or highly sensitive

6  information or information that is protected by the right to privacy of any third party that KLA is

7  obligated to safeguard.  KLA objects to this Demand to the extent it contains duplicative requests,

8  in whole or in part.

9      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

10  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

11  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

12  No such documents will be produced by KLA.

13  **PRODUCTION DEMAND NO. 29**

14      All DOCUMENTS CONCERNING the number and dates of options granted by the

15  Company to each of its directors and officers.

16  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 29**

17      KLA reasserts and incorporates each of the General Objections set forth above.  KLA

18  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

19  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

20  KLA further objects to this Demand to the extent it seeks production of documents which are

21  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

22  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

23  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

24  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

25  seeks confidential, proprietary, or highly sensitive information or information that is protected by

26  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

27  Demand to the extent it contains duplicative requests, in whole or in part.

28      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    28.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

055

1    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

2    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

3    No such documents will be produced by KLA.

4        Subject to and without waiving the foregoing limitations and General and Specific

5    Objections, KLA will produce relevant, non-privileged documents that are responsive to this

6    Demand provided that an adequate protective order is entered that will protect disclosure of KLA

7    and KLA current and former employees' confidential, proprietary, and/or private information.

8    **PRODUCTION DEMAND NO. 30**

9        All DOCUMENTS concerning the Compensation Committee's granting of options to

10   Section 16b officers including all DOCUMENTS evidencing any follow-up to assure that the

11   Secretary, General Counsel, or Human Resources had properly documented its grants.

12   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 30**

13       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

14   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

15   to this Demand to the extent that it is vague and ambiguous, compound, argumentative, lacks

16   foundation, and is improper in form.  KLA further objects to this Demand to the extent it seeks

17   production of documents which are neither relevant to the subject matter of this action nor

18   reasonably calculated to lead to the discovery of admissible evidence.  KLA objects to this

19   Demand to the extent it seeks documents protected by the attorney-client privilege, work product

20   doctrine, or other applicable privilege.  No such privileged documents will be produced.  KLA

21   objects to this Demand to the extent it seeks confidential, proprietary, or highly sensitive

22   information or information that is protected by the right to privacy of any third party that KLA is

23   obligated to safeguard.  KLA objects to this Demand to the extent it contains duplicative requests,

24   in whole or in part.

25       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

26   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

27   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

28   No such documents will be produced by KLA.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3

29.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

056

1    **PRODUCTION DEMAND NO. 31**

2        All DOCUMENTS CONCERNING Part I, Item 3 (Legal Proceedings) and Part II, Item 7

3    (Management Discussion & Analysis) of THE COMPANY'S Form 10-K filed on January 29,

4    2007, including all drafts of these items.

5    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 31**

6        KLA reasserts and incorporates each of the General Objections set forth above. KLA

7    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

8    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

9    KLA further objects to this Demand to the extent it seeks production of documents which are

10   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

11   discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

12   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

13   No such privileged documents will be produced. KLA objects to this Demand to the extent it

14   seeks confidential, proprietary, or highly sensitive information or information that is protected by

15   the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

16   Demand to the extent it contains duplicative requests, in whole or in part.

17        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

18   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

19   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

20   No such documents will be produced by KLA.

21   **PRODUCTION DEMAND NO. 32**

22        All DOCUMENTS CONCERNING the conclusions of the SPECIAL COMMITTEE set

23   forth on pages 24 and 34 of THE COMPANY'S Form 10-K filed January 29, 2007, including all

24   drafts these items.

25   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 32**

26        KLA reasserts and incorporates each of the General Objections set forth above. KLA

27   objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

28   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3

30.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1   KLA further objects to this Demand to the extent it seeks production of documents which are

2   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

3   discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

4   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

5   No such privileged documents will be produced. KLA objects to this Demand to the extent it

6   seeks confidential, proprietary, or highly sensitive information or information that is protected by

7   the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

8   Demand to the extent it contains duplicative requests, in whole or in part.

9         KLA objects to this demand to the extent it seeks documents that Schroeder already has in

10  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

11  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

12  No such documents will be produced by KLA.

13  **PRODUCTION DEMAND NO. 33**

14        All DOCUMENTS CONCERNING measurement dates for option grants applied before

15  and as a result of the RESTATEMENT.

16  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 33**

17        KLA reasserts and incorporates each of the General Objections set forth above. KLA

18  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

19  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

20  KLA further objects to this Demand to the extent it seeks production of documents which are

21  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

22  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

23  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

24  No such privileged documents will be produced. KLA objects to this Demand to the extent it

25  seeks confidential, proprietary, or highly sensitive information or information that is protected by

26  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

27  Demand to the extent it contains duplicative requests, in whole or in part.

28        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
1-SF/7643633.3
31.
THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

058

1    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

2    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

3    No such documents will be produced by KLA.

4    **PRODUCTION DEMAND NO. 34**

5        All DOCUMENTS CONCERNING interviews of KLA-TENCOR current and former

6    directors, officers, employees, auditors, and consultants in whatever form (including memoranda,

7    typed reports, handwritten notes, and summaries) that were conducted in connection with the SLC

8    INVESTIGATION.

9    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 34**

10        KLA reasserts and incorporates each of the General Objections set forth above. KLA

11    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

12    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

13    KLA further objects to this Demand to the extent it seeks production of documents which are

14    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

15    discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

16    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

17    No such privileged documents will be produced. KLA objects to this Demand to the extent it

18    seeks confidential, proprietary, or highly sensitive information or information that is protected by

19    the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

20    Demand to the extent it contains duplicative requests, in whole or in part.

21        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

22    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

23    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

24    No such documents will be produced by KLA.

25    **PRODUCTION DEMAND NO. 35**

26        All DOCUMENTS transmitted to or received from PWC CONCERNING the SLC

27    INVESTIGATION, including all COMMUNICATIONS, binders, and document compilations.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    32.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 35**

2      KLA reasserts and incorporates each of the General Objections set forth above.  KLA

3  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

4  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

5  KLA further objects to this Demand to the extent it seeks production of documents which are

6  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

7  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

8  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

9  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

10  seeks confidential, proprietary, or highly sensitive information or information that is protected by

11  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

12  Demand to the extent it contains duplicative requests, in whole or in part.

13      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

14  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

15  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

16  No such documents will be produced by KLA.

17  **PRODUCTION DEMAND NO. 36**

18      All DOCUMENTS provided to or received from LECG CONCERNING the SLC

19  INVESTIGATION, including all COMMUNICATIONS, binders, and document compilations.

20  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 36**

21      KLA reasserts and incorporates each of the General Objections set forth above.  KLA

22  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

23  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

24  KLA further objects to this Demand to the extent it seeks production of documents which are

25  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

26  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

27  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

28  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    33.
THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

060

1  seeks confidential, proprietary, or highly sensitive information or information that is protected by

2  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

3  Demand to the extent it contains duplicative requests, in whole or in part.

4      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

5  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

6  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

7  No such documents will be produced by KLA.

8  **PRODUCTION DEMAND NO. 37**

9      All DOCUMENTS provided to or received from Skadden Arps Slate Meagher & Flom

10 LLP CONCERNING the SPECIAL INVESTIGATION.

11 **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 37**

12     KLA reasserts and incorporates each of the General Objections set forth above.  KLA

13 objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

14 to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

15 KLA objects to this Demand on the grounds that it is unintelligible; the Subpoena contains no

16 definition for the term "Special Investigation."  KLA further objects to this Demand to the extent

17 it seeks production of documents which are neither relevant to the subject matter of this action

18 nor reasonably calculated to lead to the discovery of admissible evidence.  KLA objects to this

19 Demand to the extent it seeks documents protected by the attorney-client privilege, work product

20 doctrine, or other applicable privilege.  No such privileged documents will be produced.  KLA

21 objects to this Demand to the extent it seeks confidential, proprietary, or highly sensitive

22 information or information that is protected by the right to privacy of any third party that KLA is

23 obligated to safeguard.  KLA objects to this Demand to the extent it contains duplicative requests,

24 in whole or in part.

25     KLA objects to this demand to the extent it seeks documents that Schroeder already has in

26 his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

27 but not limited to, documents that Schroeder already has obtained from the SEC in this action.

28 No such documents will be produced by KLA.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                  34.
THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

061

1    **PRODUCTION DEMAND NO. 38**

2         All DOCUMENTS provided to or received from Morgan, Lewis & Bockius LLP

3    CONCERNING the SPECIAL INVESTIGATION.

4    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 38**

5         KLA reasserts and incorporates each of the General Objections set forth above. KLA

6    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

7    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

8    KLA objects to this Demand on the grounds that it is unintelligible; the Subpoena contains no

9    definition for the term "Special Investigation." KLA further objects to this Demand to the extent

10   it seeks production of documents which are neither relevant to the subject matter of this action

11   nor reasonably calculated to lead to the discovery of admissible evidence. KLA objects to this

12   Demand to the extent it seeks documents protected by the attorney-client privilege, work product

13   doctrine, or other applicable privilege. No such privileged documents will be produced. KLA

14   objects to this Demand to the extent it seeks confidential, proprietary, or highly sensitive

15   information or information that is protected by the right to privacy of any third party that KLA is

16   obligated to safeguard. KLA objects to this Demand to the extent it contains duplicative requests,

17   in whole or in part.

18        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

19   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

20   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

21   No such documents will be produced by KLA.

22   **PRODUCTION DEMAND NO. 39**

23        All minutes of the meetings of THE COMPANY's Board of Directors.

24   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 39**

25        KLA reasserts and incorporates each of the General Objections set forth above. KLA

26   objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

27   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

28   KLA further objects to this Demand to the extent it seeks production of documents which are

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                     35.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

062

1    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

2    discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

3    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

4    No such privileged documents will be produced. KLA objects to this Demand to the extent it

5    seeks confidential, proprietary, or highly sensitive information or information that is protected by

6    the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

7    Demand to the extent it contains duplicative requests, in whole or in part.

8        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

9    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

10   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

11   No such documents will be produced by KLA.

12   **PRODUCTION DEMAND NO. 40**

13       All minutes of the meetings of THE COMPANY'S Audit Committee.

14   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 40**

15       KLA reasserts and incorporates each of the General Objections set forth above. KLA

16   objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

17   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

18   KLA further objects to this Demand to the extent it seeks production of documents which are

19   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

20   discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

21   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

22   No such privileged documents will be produced. KLA objects to this Demand to the extent it

23   seeks confidential, proprietary, or highly sensitive information or information that is protected by

24   the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

25   Demand to the extent it contains duplicative requests, in whole or in part.

26       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

27   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

28   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3

36.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    No such documents will be produced by KLA.

2    **PRODUCTION DEMAND NO. 41**

3        All minutes of the meetings of THE COMPANY's Compensation Committee.

4    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 41**

5        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

6    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

7    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

8    KLA further objects to this Demand to the extent it seeks production of documents which are

9    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

10    discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

11    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

12    No such privileged documents will be produced.  KLA objects to this Demand to the extent it

13    seeks confidential, proprietary, or highly sensitive information or information that is protected by

14    the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

15    Demand to the extent it contains duplicative requests, in whole or in part.

16        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

17    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

18    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

19    No such documents will be produced by KLA.

20    **PRODUCTION DEMAND NO. 42**

21        All DOCUMENTS CONCERNING KLA-TENCOR's unanimous written consents

22    granting stock options.

23    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 42**

24        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

25    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

26    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

27    KLA further objects to this Demand to the extent it seeks production of documents which are

28    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    37.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

2  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

3  No such privileged documents will be produced. KLA objects to this Demand to the extent it

4  seeks confidential, proprietary, or highly sensitive information or information that is protected by

5  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

6  Demand to the extent it contains duplicative requests, in whole or in part.

7       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

8  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

9  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

10  No such documents will be produced by KLA.

11       Subject to and without waiving the foregoing limitations and General and Specific

12  Objections, KLA will produce relevant, non-privileged documents that are responsive to this

13  Demand provided that an adequate protective order is entered that will protect disclosure of KLA

14  and KLA current and former employees' confidential, proprietary, and/or private information.

15  **PRODUCTION DEMAND NO. 43**

16       All DOCUMENTS CONCERNING THE COMPANY'S decision to pay its CEO,

17  Wallace, and any other officers or employees, a bonus to make up for re-pricing any of their

18  misdated options.

19  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 43**

20       KLA reasserts and incorporates each of the General Objections set forth above. KLA

21  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

22  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

23  KLA further objects to this Demand to the extent it seeks production of documents which are

24  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

25  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

26  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

27  No such privileged documents will be produced. KLA objects to this Demand to the extent it

28  seeks confidential, proprietary, or highly sensitive information or information that is protected by

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                    38.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

065

1   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

2   Demand to the extent it contains duplicative requests, in whole or in part.

3        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

4   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

5   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

6   No such documents will be produced by KLA.

7   **PRODUCTION DEMAND NO. 44**

8        All DOCUMENTS CONCERNING COMMUNICATIONS between Lisa Berry and

9   anyone CONCERNING stock options, accounting for stock options, stock option procedures,

10  selection of stock option grant dates and all DOCUMENTS found on her computer relating to the

11  same subjects.

12  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 44**

13       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

14  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

15  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

16  KLA further objects to this Demand to the extent it seeks production of documents which are

17  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

18  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

19  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

20  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

21  seeks confidential, proprietary, or highly sensitive information or information that is protected by

22  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

23  Demand to the extent it contains duplicative requests, in whole or in part.

24       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

25  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

26  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

27  No such documents will be produced by KLA.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                         39.
THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

066

1    **PRODUCTION DEMAND NO. 45**

2          All DOCUMENTS CONCERNING the SLC INVESTIGATION that were shared, in

3    whole or in part, by oral reference or otherwise with any government agency or stock exchange,

4    including the SEC, the DOJ, or NASDAQ.

5    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 45**

6          KLA reasserts and incorporates each of the General Objections set forth above.  KLA

7    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

8    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

9    KLA further objects to this Demand to the extent it seeks production of documents which are

10   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

11   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

12   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

13   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

14   seeks confidential, proprietary, or highly sensitive information or information that is protected by

15   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

16   Demand to the extent it contains duplicative requests, in whole or in part.

17         KLA objects to this demand to the extent it seeks documents that Schroeder already has in

18   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

19   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

20   No such documents will be produced by KLA.

21   **PRODUCTION DEMAND NO. 46**

22         ALL DOCUMENTS CONCERNING any KLA-TENCOR stock option committee.

23   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 46**

24         KLA reasserts and incorporates each of the General Objections set forth above.  KLA

25   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

26   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

27   KLA further objects to this Demand to the extent it seeks production of documents which are

28   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3

40.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

067

1   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

2   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

3   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

4   seeks confidential, proprietary, or highly sensitive information or information that is protected by

5   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

6   Demand to the extent it contains duplicative requests, in whole or in part.

7         KLA objects to this demand to the extent it seeks documents that Schroeder already has in

8   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

9   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

10  No such documents will be produced by KLA.

11  **PRODUCTION DEMAND NO. 47**

12        All DOCUMENTS created by, sent by or to, or received by or from any current or former

13  employee of THE COMPANY'S Human Resources Department, Finance Department, Legal

14  Department, or stock option committee CONCERNING THE COMPANY'S stock option grants,

15  which grants were dated on or as of the following dates:

16      1.    November 14, 1991

17      2.    September 14, 1992

18      3.    July 26, 1994

19      4.    April 18, 1995

20      5.    January 15, 1996

21      6.    September 17, 1996

22      7.    October 8, 1996

23      8.    April 30, 1997

24      9.    July 21, 1997

25      10.    July 31, 1997

26      11.    October 30, 1997

27      12.    November 24, 1997

28      13.    January 20, 1998

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3

41.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

068

| | | |
|---|---|---|
| 1 | 14. | March 18, 1998 |
| 2 | 15. | April 27, 1998 |
| 3 | 16. | June 3, 1998 |
| 4 | 17. | June 22, 1998 |
| 5 | 18. | August 5, 1998 |
| 6 | 19. | August 3 1, 1998 |
| 7 | 20. | September 10, 1997 |
| 8 | 21. | October 19, 1998 |
| 9 | 22. | October 23, 1998 |
| 10 | 23. | November 3, 1998 |
| 11 | 24. | November 30, 1998 |
| 12 | 25. | December 16, 1998 |
| 13 | 26. | January 22, 1999 |
| 14 | 27. | February 26, 1999 |
| 15 | 28. | March 24. 1999 |
| 16 | 29. | April 19, 1999 |
| 17 | 30. | May 26, 1999 |
| 18 | 31. | June 15, 1999 |
| 19 | 32. | July 26, 1999 |
| 20 | 33. | August 20, 1999 |
| 21 | 34. | November 30, 1999 |
| 22 | 35. | December 16, 1999 |
| 23 | 36. | January 28, 2000 |
| 24 | 37. | February 18, 2000 |
| 25 | 38. | April 14, 2000 |
| 26 | 39. | May 25, 2000 |
| 27 | 40. | July 5, 2000 |
| 28 | 41. | August 13,2000 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    42.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

| 1 | 42. | October 17, 2000 |
| 2 | 43. | November 10, 2000 |
| 3 | 44. | December 22, 2000 |
| 4 | 45. | February 9, 2001 |
| 5 | 46. | April 4, 2001 |
| 6 | 47. | May 30, 2001 |
| 7 | 48. | July 10, 2001 |
| 8 | 49. | October 2, 2001 |
| 9 | 50. | November 20, 2001 |
| 10 | 51. | January 18, 2002 |
| 11 | 52. | February 28, 2002 |
| 12 | 53. | January 24, 2005 |

13 **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 47**

14     KLA reasserts and incorporates each of the General Objections set forth above.  KLA

15 objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

16 to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

17 KLA further objects to this Demand to the extent it seeks production of documents which are

18 neither relevant to the subject matter of this action nor reasonably calculated to lead to the

19 discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

20 protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

21 No such privileged documents will be produced.  KLA objects to this Demand to the extent it

22 seeks confidential, proprietary, or highly sensitive information or information that is protected by

23 the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

24 Demand to the extent it contains duplicative requests, in whole or in part.  KLA objects to the

25 production of documents pertaining to stock option grants before 1997.

26     KLA objects to this demand to the extent it seeks documents that Schroeder already has in

27 his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

28 but not limited to, documents that Schroeder already has obtained from the SEC in this action.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
1-SF/7643633.3
43.
THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

070

1   No such documents will be produced by KLA.

2          Subject to and without waiving the foregoing limitations and General and Specific

3   Objections, KLA will produce relevant, non-privileged documents that are responsive to this

4   Demand provided that an adequate protective order is entered that will protect disclosure of KLA

5   and KLA current and former employees' confidential, proprietary, and/or private information.

6   **PRODUCTION DEMAND NO. 48**

7          All DOCUMENTS CONCERNING COMMUNICATIONS sent by or received by Stuart

8   J. Nichols CONCERNING stock options, the authority to grant or price stock options, Board

9   ratification of stock option grants, including but not limited to, all drafts of the memorandum sent

10  by Nichols dated March 19, 2001, and all COMMUNICATIONS with Wilson Sonsini Goodrich

11  & Rosati CONCERNING stock options.

12  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 48**

13         KLA reasserts and incorporates each of the General Objections set forth above.  KLA

14  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

15  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

16  KLA further objects to this Demand to the extent it seeks production of documents which are

17  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

18  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

19  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

20  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

21  seeks confidential, proprietary, or highly sensitive information or information that is protected by

22  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

23  Demand to the extent it contains duplicative requests, in whole or in part.

24         KLA objects to this demand to the extent it seeks documents that Schroeder already has in

25  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

26  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

27  No such documents will be produced by KLA.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                          44.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  **PRODUCTION DEMAND NO. 49**

2      All DOCUMENTS CONCERNING COMMUNICATIONS sent by or received by John

3  Kispert or Mark Nordstrom CONCERNING stock options, accounting for stock options, other

4  employee compensation, the making of forgivable loans to officers or employees, SCHROEDER,

5  Kenneth Levy, Jon Tompkins, Rick Wallace, Gary Dickerson, Lisa Berry, Stuart Nichols, the

6  Compensation Committee or the Audit Committee.

7  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 49**

8      KLA reasserts and incorporates each of the General Objections set forth above. KLA

9  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

10  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

11  KLA further objects to this Demand to the extent it seeks production of documents which are

12  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

13  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

14  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

15  No such privileged documents will be produced. KLA objects to this Demand to the extent it

16  seeks confidential, proprietary, or highly sensitive information or information that is protected by

17  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

18  Demand to the extent it contains duplicative requests, in whole or in part.

19      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

20  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

21  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

22  No such documents will be produced by KLA.

23  **PRODUCTION DEMAND NO. 50**

24      All DOCUMENTS CONCERNING internal controls existing prior to the SPECIAL

25  COMMITTEE INVESTIGATION to assure that the granting of stock options were properly

26  accounted for, and all DOCUMENTS relating to the training of Human Resource [sic], stock

27  administration departments and members of the stock option committee were trained in proper

28  procedures for granting and accounting for option grants.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    45.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

072

1  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 50**

2      KLA reasserts and incorporates each of the General Objections set forth above. KLA

3  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

4  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

5  KLA further objects to this Demand to the extent it seeks production of documents which are

6  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

7  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

8  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

9  No such privileged documents will be produced. KLA objects to this Demand to the extent it

10  seeks confidential, proprietary, or highly sensitive information or information that is protected by

11  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

12  Demand to the extent it contains duplicative requests, in whole or in part.

13      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

14  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

15  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

16  No such documents will be produced by KLA.

17  **PRODUCTION DEMAND NO. 51**

18      Any and all stock charts or graphs reflecting historical prices of THE COMPANY'S stock

19  prepared for or by, sent to or by, or received by or from any employee or officer of THE

20  COMPANY'S Human Resources Department or any member of any of THE COMPANY'S stock

21  option committees.

22  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 51**

23      KLA reasserts and incorporates each of the General Objections set forth above. KLA

24  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

25  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

26  KLA further objects to this Demand to the extent it seeks production of documents which are

27  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

28  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
1-SF/7643633.3                    46.
THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

073

1  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

2  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

3  seeks confidential, proprietary, or highly sensitive information or information that is protected by

4  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

5  Demand to the extent it contains duplicative requests, in whole or in part.

6        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

7  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

8  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

9  No such documents will be produced by KLA.

10  **PRODUCTION DEMAND NO. 52**

11        All documents CONCERNING the November 14, 1998 COMMUNICATION from Lisa

12  Berry to Larry Sonsini of Wilson Sonsini Goodrich & Rosati.

13  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 52**

14        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

15  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

16  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

17  KLA further objects to this Demand to the extent it seeks production of documents which are

18  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

19  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

20  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

21  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

22  seeks confidential, proprietary, or highly sensitive information or information that is protected by

23  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

24  Demand to the extent it contains duplicative requests, in whole or in part.

25        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

26  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

27  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

28  No such documents will be produced by KLA.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                          47.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1 **PRODUCTION DEMAND NO. 53**

2     All documents CONCERNING any meeting held on April 4, 2001 at THE COMPANY,

3 including the "Stock Option Pricing" meeting scheduled by the assistant for Maureen Lamb.

4 **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 53**

5     KLA reasserts and incorporates each of the General Objections set forth above. KLA

6 objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

7 to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

8 KLA further objects to this Demand to the extent it seeks production of documents which are

9 neither relevant to the subject matter of this action nor reasonably calculated to lead to the

10 discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

11 protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

12 No such privileged documents will be produced. KLA objects to this Demand to the extent it

13 seeks confidential, proprietary, or highly sensitive information or information that is protected by

14 the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

15 Demand to the extent it contains duplicative requests, in whole or in part.

16     KLA objects to this demand to the extent it seeks documents that Schroeder already has in

17 his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

18 but not limited to, documents that Schroeder already has obtained from the SEC in this action.

19 No such documents will be produced by KLA.

20     Subject to and without waiving the foregoing limitations and General and Specific

21 Objections, KLA will produce relevant, non-privileged documents that are responsive to this

22 Demand provided that an adequate protective order is entered that will protect disclosure of KLA

23 and KLA current and former employees' confidential, proprietary, and/or private information.

24 **PRODUCTION DEMAND NO. 54**

25     All calendars, diaries, or notes CONCERNING any witness or potential witness contacted

26 during the SPECIAL COMMITTEE INVESTIGATION, including DOCUMENTS

27 CONCERNING Kenneth Levy, Gary Dickerson, Jon Tompkins, John Kispert, Lisa Berry, Stuart

28 Nichols, Maureen Lamb, Joy Nyberg, and Mark Nordstrom and all of the COMPANY'S vice

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3

48.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    presidents of Human Resources.

2    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 54**

3        KLA reasserts and incorporates each of the General Objections set forth above. KLA

4    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

5    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

6    KLA further objects to this Demand to the extent it seeks production of documents which are

7    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

8    discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

9    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

10    No such privileged documents will be produced. KLA objects to this Demand to the extent it

11    seeks confidential, proprietary, or highly sensitive information or information that is protected by

12    the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

13    Demand to the extent it contains duplicative requests, in whole or in part.

14        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

15    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

16    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

17    No such documents will be produced by KLA.

18    **PRODUCTION DEMAND NO. 55**

19        All DOCUMENTS CONCERNING stock options discussed and/or granted or issued by

20    THE COMPANY to prepare for a potential change-in-control of THE COMPANY.

21    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 55**

22        KLA reasserts and incorporates each of the General Objections set forth above. KLA

23    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

24    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

25    KLA further objects to this Demand to the extent it seeks production of documents which are

26    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

27    discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

28    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3    49.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

076

1   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

2   seeks confidential, proprietary, or highly sensitive information or information that is protected by

3   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

4   Demand to the extent it contains duplicative requests, in whole or in part.

5        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

6   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

7   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

8   No such documents will be produced by KLA.

9        Subject to and without waiving the foregoing limitations and General and Specific

10  Objections, KLA will produce relevant, non-privileged documents that are responsive to this

11  Demand provided that an adequate protective order is entered that will protect disclosure of KLA

12  and KLA current and former employees' confidential, proprietary, and/or private information.

13  **PRODUCTION DEMAND NO. 56**

14       All DOCUMENTS CONCERNING any request by counsel for Gregory Reyes in *United*

15  *States v Reyes*, Case No. CR 06-4435 CRB (Northern District of California), to YOU for

16  permission to use in that case YOUR information or DOCUMENTS that CONCERNED YOUR

17  stock option practices, including but not limited to all COMMUNICATIONS CONCERNING

18  such request(s) for permission to use DOCUMENTS or information CONCERNING Stephen

19  Beyer.

20  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 56**

21       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

22  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

23  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

24  KLA further objects to this Demand to the extent it seeks production of documents which are

25  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

26  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

27  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

28  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    50.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

077

1   seeks confidential, proprietary, or highly sensitive information or information that is protected by

2   the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

3   Demand to the extent it contains duplicative requests, in whole or in part.

4        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

5   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

6   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

7   No such documents will be produced by KLA.

8   **PRODUCTION DEMAND NO. 57**

9        All COMMUNICATIONS CONCERNING stock options or accounting for stock options

10  sent or received by Ken Levy, Ken Schroeder, Gary Dickerson, Jon Tompkins, John Kispert, Lisa

11  Berry, Mark Nordstom, Stuart Nichols, Maureen Lamb, and any officer or employee of KLA-

12  TENCOR's human resources, finance, stock administration, and legal departments.

13  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 57**

14       KLA reasserts and incorporates each of the General Objections set forth above. KLA

15  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

16  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

17  KLA further objects to this Demand to the extent it seeks production of documents which are

18  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

19  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

20  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

21  No such privileged documents will be produced. KLA objects to this Demand to the extent it

22  seeks confidential, proprietary, or highly sensitive information or information that is protected by

23  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

24  Demand to the extent it contains duplicative requests, in whole or in part.

25       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

26  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

27  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

28  No such documents will be produced by KLA.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    51.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

078

1         Subject to and without waiving the foregoing limitations and General and Specific

2    Objections, KLA will produce relevant, non-privileged documents that are responsive to this

3    Demand provided that an adequate protective order is entered that will protect disclosure of KLA

4    and KLA current and former employees' confidential, proprietary, and/or private information.

5    **PRODUCTION DEMAND NO. 58**

6         All DOCUMENTS CONCERNING KENNETH SCHROEDER including all

7    DOCUMENTS concerning his employment, responsibilities at THE COMPANY, option grants,

8    and any action taken with respect to him based on the SPECIAL COMMITTEE

9    INVESTIGATION OR SPECIAL LITIGATION COMMITTEE INVESTIGATION.

10    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 58**

11         KLA reasserts and incorporates each of the General Objections set forth above. KLA

12    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

13    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

14    KLA further objects to this Demand to the extent it seeks production of documents which are

15    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

16    discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

17    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

18    No such privileged documents will be produced. KLA objects to this Demand to the extent it

19    seeks confidential, proprietary, or highly sensitive information or information that is protected by

20    the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

21    Demand to the extent it contains duplicative requests, in whole or in part.

22         KLA objects to this demand to the extent it seeks documents that Schroeder already has in

23    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

24    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

25    No such documents will be produced by KLA.

26    **PRODUCTION DEMAND NO. 59**

27         All DOCUMENTS CONCERNING internal controls that THE COMPANY put into place

28    on the basis of the results of the SPECIAL INVESTIGATION to assure proper granting and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    52.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

079

1    accounting for its stock options and education of its personnel and directors regarding stock

2    option grants.

3    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 59**

4        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

5    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

6    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

7    KLA objects to this Demand on the grounds that it is unintelligible; the Subpoena contains no

8    definition for the term "Special Investigation."  KLA further objects to this Demand to the extent

9    it seeks production of documents which are neither relevant to the subject matter of this action

10   nor reasonably calculated to lead to the discovery of admissible evidence.  KLA objects to this

11   Demand to the extent it seeks documents protected by the attorney-client privilege, work product

12   doctrine, or other applicable privilege.  No such privileged documents will be produced.  KLA

13   objects to this Demand to the extent it seeks confidential, proprietary, or highly sensitive

14   information or information that is protected by the right to privacy of any third party that KLA is

15   obligated to safeguard.  KLA objects to this Demand to the extent it contains duplicative requests,

16   in whole or in part.

17       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

18   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

19   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

20   No such documents will be produced by KLA.

21   **PRODUCTION DEMAND NO. 60**

22       All DOCUMENTS CONCERNING any decisions made by the COMPANY

23   CONCERNING any remedial action taken or considered by THE COMPANY based on the

24   SPECIAL COMMITTEE INVESTIGATION, including employment decisions, requests for

25   director resignations and stock option re-pricing decisions and bonus decisions.

26   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 60**

27       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

28   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                               53.

080

1  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

2  KLA further objects to this Demand to the extent it seeks production of documents which are

3  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

4  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

5  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

6  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

7  seeks confidential, proprietary, or highly sensitive information or information that is protected by

8  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

9  Demand to the extent it contains duplicative requests, in whole or in part.

10      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

11  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

12  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

13  No such documents will be produced by KLA.

14  Dated: December 14, 2007          MORGAN, LEWIS & BOCKIUS LLP

15

16                        By

17                          Thomas R. Green
                            Attorneys for Third Party KLA-Tencor

18                            Corporation

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3               54.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

*Securities and Exchange Commission v. Kenneth L. Schroeder*
**KLA-Tencor Corporation's Log of Privileged Documents**

| DOC NUMBER |
|---|
| KT ACWP-PRIV 0001-0226 |
| KT ACWP-PRIV 0227-0228 |
| KT ACWP-PRIV 00000227-1165 |
| KT ACWP-PRIV 00001168-1172 |
| KT ACWP-PRIV 00001173-1308 |
| KT ACWP-PRIV 00001309-1324 |
| KT ACWP-PRIV 0001325-1330 |
| KT ACWP-PRIV 00001331 |
| KT ACWP-PRIV 00001736-1741 |
| KT ACWP-PRIV 00001742-1874 |
| KT ACWP-PRIV 00001875-1898 |
| KT ACWP-PRIV 00001899-1976 |
| KT ACWP-PRIV 00001977-1986 |
| KT ACWP-PRIV 00001987-2050 |
| KT ACWP-PRIV 00002051-2346 |
| KT ACWP-PRIV 00002347-3855 |
| KT ACWP-PRIV 00001331-1735 |
| KT ACWP-PRIV 00003856-3972 |
| KT ACWP-PRIV 00003973-3986 |
| KT ACWP-PRIV 00003987-4047 |
| KT ACWP-PRIV 0004048-4107 |
| KT ACWP-PRIV 00004108-5186 |
| KT ACWP-PRIV 00005187-5202 |
| KT ACWP-00005203-5209 |
| KT ACWP-PRIV 00005210-5220 |

1-SF/7643987.1