# PROOF OF SERVICE

I am employed in the city of Seattle, County of King and State of Washington in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within-entitled action. My business address is DLA Piper US LLP, 701 Fifth Avenue, Suite 7000, Seattle, Washington 98104.

On March 10, 2008, I electronically filed with the court via the ECF system the following document(s), which will automatically send a copy to the parties below at the email addresses listed:

- Reply Memorandum of Kenneth L. Schroeder In Support Of Motion To Dismiss The Complaint; and

- Supplemental Declaration of Shirli Fabbri Weiss in Support Of Motion To Dismiss.

Susan F. La Marca
Mark P. Fickes
Elena Ro
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94101
lamarcas@sec.gov
fickesm@sec.gov
roe@sec.gov

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 10, 2008, at Seattle, Washington.

*Stephanie Tucker* (signature)
Stephanie Tucker

SE\9108707.1