SHIRLI FABBRI WEISS (Bar No. 079225)
DAVID PRIEBE (Bar No. 148679)
JEFFREY B. COOPERSMITH (Bar No. 252819)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001
Email: shirli.weiss@dlapiper.com
Email: david.priebe@dlapiper.com
Email: jeff.coopersmith@dlapiper.com

ELLIOT R. PETERS (Bar No. 158708)
STUART L. GASNER (Bar No. 164675)
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA  94111
Tel: (415) 391-5400
Fax: (415) 397-7188
E-mail: EPeters@KVN.com
E-mail: SGasner@KVN.com

Attorneys for Defendant
KENNETH L. SCHROEDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>KENNETH L. SCHROEDER,<br><br>*Defendant*. | No. C 07 3798 JW<br><br>**[PROPOSED] ORDER GRANTING MOTION OF KENNETH L. SCHROEDER TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS (TESTIMONY AND DOCUMENTS) BY (1) KLA-TENCOR CORPORATION AND (2) SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, ATTORNEYS FOR THE SPECIAL COMMITTEE OF KLA'S BOARD OF DIRECTORS**<br><br>Date:   July 15, 2008<br>Time:   10:00 a.m.<br>Courtroom: 8<br>Judge:  Magistrate Judge Howard R. Lloyd |

Having heard and considered Defendant Kenneth L. Schroeder's Motion To Compel Further Responses To Discovery Requests (Testimony and Documents) by (1) KLA-Tencor Corporation and (2) Skadden, Arps, Slate, Meagher & Flom LLP, Attorneys for The Special Committee of KLA's Board of Directors ("Motion"), the responses thereto, and the arguments of counsel, the Motion is GRANTED.

KLA-Tencor Corporation and Skadden, Arps, Slate, Meagher & Flom LLP are hereby ordered to produce documents to Mr. Schroeder and to permit testimony concerning the following categories, without interposing objections on the basis of the attorney-client privilege or the work product doctrine: (1) all communications created prior to May 22, 2006 with or involving the Company's inside and outside attorneys relating to KLA's option granting and accounting practices; (2) the original notes of witness interviews and all drafts and versions of witness interview memoranda created in connection with the investigation of the Special Committee of KLA's Board of Directors concerning stock option granting and accounting practices; (3) all documents and communications concerning stock option granting and accounting practices disclosed to government agencies and/or the NASD, including documents orally referenced in discussions with government agencies and/or the NASD, but not left with them; (4) all other documents or communications concerning or relating to the Special Committee investigation; and (5) all documents and communications shared with KLA's outside auditors relating to KLA's option granting and accounting practices and the Special Committee investigation.

IT IS SO ORDERED.

DATED: _____, 2008.

The Honorable Howard R. Lloyd
United States Magistrate Judge

[PROPOSED] ORDER GRANTING KENNETH L. SCHROEDER'S MOTION TO COMPEL
NO. C 07 3798 JW

DLA PIPER US LLP

Presented By:

DLA PIPER US LLP

By:   */s/ Jeffrey B. Coopersmith*
SHIRLI FABBRI WEISS (Bar No. 079225)
DAVID PRIEBE (Bar No. 148679)
JEFFREY B. COOPERSMITH (Bar No. 252819)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001
Email: shirli.weiss@dlapiper.com
Email: david.priebe@dlapiper.com
Email: jeff.coopersmith@dlapiper.com

STUART L. GASNER (Bar No. 164675)
ELLIOT R. PETERS (Bar No. 158708)
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188
E-mail: EPeters@KVN.com
E-mail: SGasner@KVN.com

Attorneys for Defendant
KENNETH L. SCHROEDER

[PROPOSED] ORDER GRANTING KENNETH L. SCHROEDER'S MOTION TO COMPEL
NO. C 07 3798 JW

DLA PIPER US LLP