**Exhibit 10**

MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
THOMAS R. GREEN (SBN 203480)
COURTNEY L. LANDIS (SBN 238503)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: jhemann@morganlewis.com
        jfloren@morganlewis.com
        tgreen@morganlewis.com
        clandis@morganlewis.com

Attorneys for Third Party KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>KENNETH L. SCHROEDER,<br><br>                    Defendant. | Case No. C-07-3798-JW<br><br>**THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS** |

Pursuant to Federal Rules of Civil Procedure Rule 45, third-party KLA-Tencor

Corporation ("KLA"), by and through its attorneys Morgan, Lewis & Bockius LLP, hereby

submits its amended objections and responses to the Subpoena for Records served by Kenneth L.

Schroeder on October 18, 2007 ("Subpoena"). These objections and responses shall supersede

those previously served by KLA on November 8, 2007.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                    1.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    KLA incorporates by reference each and every General Objection set forth below into

2    each and every specific response. Occasionally a specific response may repeat a General

3    Objection for emphasis or some other reason. The failure to repeat any General Objection in any

4    specific response shall not be interpreted as a waiver of any General Objection to that response.

5

6    **GENERAL OBJECTIONS**

7    1.    <u>AMENDED OBJECTION</u>: KLA objects to the Demands to the extent that they

8    seek production of documents already in Schroeder's possession, custody, or control, or that are

9    equally as accessible to Schroeder as to KLA. This includes, but is not limited to, documents

10    produced to Schroeder by the Securities and Exchange Commission ("SEC") as Initial

11    Disclosures under F.R.C.P. 26(a)(1) ("Initial Disclosures") or in any other document production

12    or disclosure by the SEC or a third party. Based on KLA's review of the SEC's Initial

13    Disclosures to Schroeder, KLA believes that Schroeder has already received from the SEC

14    thousands of pages of documents, which KLA and other parties previously produced to the SEC

15    and other government agencies, that are responsive to this Subpoena. Because such documents

16    are already in Schroeder's possession, custody, or control or are equally as accessible to

17    Schroeder as to KLA, it would be unduly burdensome and an improper use of the discovery

18    process to compel KLA to produce such documents in this case.

19    2.    KLA objects to the Subpoena and the Definitions, Instructions, and Demands

20    contained therein to the extent that they impose obligations that exceed the scope of KLA's

21    obligations under the Federal Rules or the Local Rules for the Northern District of California.

22    3.    KLA objects to the Demands to the extent they are overly broad, unduly

23    burdensome and oppressive (including, without limitation, Demands as to which the burden and

24    expense of locating and producing potentially responsive documents, which (if any exist) may be

25    numerous and in numerous different locations, clearly outweighs the probative value (if any) of

26    such documents), and beyond the proper scope of discovery. Such objections shall be made in

27    the short form "overly broad and unduly burdensome."

28    4.    KLA objects to the Demands to the extent they seek production of documents that

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                            2.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    are neither relevant to the subject matter of this action nor reasonably calculated to lead to the

2    discovery of admissible evidence.

3        5.    AMENDED OBJECTION 5: KLA objects to the Demands to the extent they seek

4    production of documents protected by the attorney-client privilege, work product doctrine, or any

5    other applicable privileges, doctrine, or immunity.  No such privileged documents or information

6    will be produced at any time, and any inadvertent production thereof shall not be deemed a

7    waiver of any privilege with respect to such documents or information or of any work product

8    doctrine which may attach thereto.  KLA further objects to the extent that Schroeder has taken the

9    unreasonable position of insisting that production of any documents protected by the attorney-

10   client privilege or attorney work product would constitute a waiver of said privilege.  KLA

11   additionally objects to Schroeder's insistence that KLA's previous productions to the SEC and

12   other government agencies constituted a waiver of any attorney-client privilege or attorney work

13   product.

14       6.    AMENDED OBJECTION 6: KLA objects to the Demands to the extent they seek

15   confidential, proprietary, or competitively sensitive information, or information protected by

16   rights of privacy of KLA's past and present employees under Article I, Section 1 of the California

17   Constitution and other applicable law.  Absent the entry of a suitable protective order in this case

18   to safeguard the confidentiality of the documents sought, no such documents will be produced.

19   KLA objects to the Demands to the extent that Schroeder has refused to cooperate with KLA

20   regarding a protective order.  KLA further objects to the extent that Schroeder insists on specific

21   designation of the categories of documents produced, which is extremely burdensome given the

22   massive volume of documents sought by these Demands.  KLA objects to the Demands to the

23   extent they seek documents not currently in its possession, custody, or control.

24       7.    KLA objects to the Demands to the extent they are not set forth with sufficient

25   particularity, and/or are vague, ambiguous, duplicative, and unlimited in scope.

26       8.    KLA objects to the Demands to the extent they seek documents not currently in its

27   possession, custody, or control.

28       9.    KLA objects to the Demands to the extent they seek documents that are no longer

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    3.

1  readily accessible to KLA but might exist only in electronic archives or back-up files. KLA will

2  not rebuild these electronic archives and back-up files in order to search for documents that may

3  be responsive to the Demands.

4      10.    KLA objects to the Demands to the extent they seek to impose on KLA an

5  obligation to investigate or discover information or materials from third parties or sources that are

6  equally accessible to Defendant.

7      11.    KLA objects to the Demands to the extent they seek documents or information

8  regarding third parties. The SEC has alleged that Defendant "violated the antifraud provisions of

9  the federal securities laws, made or caused to be made materially false or misleading statements

10  to KLA's auditors, falsified books and records, and caused KLA to falsely report its financial

11  results." *See* Complaint, ¶ 4. Thus, the conduct of or information or documents regarding any

12  party other than Schroeder are not relevant to the subject matter of this action and are beyond the

13  scope of permissible discovery.

14      12.    KLA objects to the Demands to the extent they seek documents during the time

15  frame January 1, 1991 to December 31, 1996 as overly broad and unduly burdensome, as well as

16  irrelevant. The time frame at issue in this action is mid-1999 to mid-2002 "and once again in

17  2005." *See* Complaint, ¶ 1. Moreover, the Subpoena largely seeks documents that KLA

18  previously produced to the SEC and the Department of Justice as part of the various

19  governmental investigations pertaining to KLA and Defendant; those documents and

20  investigations focused upon the timeframe in 1997 and after.

21      13.    KLA objects to the Demands as overly broad, unduly burdensome, oppressive, and

22  beyond the proper scope of discovery to the extent they seek documents and information

23  available to Defendant from Plaintiff or from other non-parties. KLA, a non-party to this action,

24  should not be put to the time and expense to produce such documents and information.

25      14.    <u>AMENDED OBJECTION 14</u>: By representing that it will produce documents,

26  KLA does not represent that such documents exist, but only that a reasonable, good faith search

27  for such documents will be made and, to the extent that any such responsive nonprivileged

28  documents exist and are not already in Schroeder's possession, those documents will be produced

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3           4.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    subject to the objection(s) stated provided that an adequate protective order is entered that will

2    protect disclosure of KLA and KLA current and former employees' confidential, proprietary,

3    and/or private information.

4          15.    KLA's objections, responses, and production of documents are based upon

5    information and writings available to and located by KLA and its undersigned attorneys as of

6    service of these responses.  KLA has not completed its investigation of the facts relating to this

7    Subpoena, and all of the information supplied and documents and things produced are based only

8    on such information and documents which are reasonably available and specifically known to

9    KLA and its attorneys as of the date of service of its response.  Therefore, KLA's objections,

10   responses, and production of documents are without prejudice to its right to supplement and/or

11   amend its objections, responses, and production of documents.

12         16.    If multiple, identical copies of any document are responsive to any Demands

13   herein, only one representative copy will be produced.  Producing more than one identical copy is

14   unduly burdensome and oppressive.

15         17.    KLA objects to the use of the terms "YOU," "YOUR," and "THE COMPANY" on

16   the ground that these terms render the Demands in which they appear vague and ambiguous,

17   overly broad, unduly burdensome, oppressive, and beyond the scope of permissible discovery to

18   the extent such definitions expand the scope of inquiry beyond the directors, officers, employees,

19   members of the Special Committee, and members of the Special Litigation Committee of KLA.

20         18.    KLA objects to the term "COMMUNICATION(S)" as used in the Subpoena, to

21   the extent this definition is broader than and deviates from the commonly understood definition of

22   the term, on the ground that it renders the Demands in which it appears vague, ambiguous, and

23   overly broad and unduly burdensome.

24         19.    KLA objects to the term "DOCUMENT(S)" as used the Subpoena, to the extent

25   this definition is broader than and deviates from the commonly understood definition of the term,

26   on the ground that it renders the Demands in which it appears vague, ambiguous, and overly

27   broad and unduly burdensome.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                  5.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

## SPECIFIC OBJECTIONS AND RESPONSES TO DEFENDANT'S PRODUCTION DEMANDS NO. 1-60

### PRODUCTION DEMAND NO. 1

All DOCUMENTS CONCERNING the SPECIAL COMMITTEE INVESTIGATION or the RESTATEMENT which YOU transmitted to, read to (in whole or in part), summarized to, presented to or received from, the SEC.

### AMENDED RESPONSE TO PRODUCTION DEMAND NO. 1

KLA reasserts and incorporates each of the General Objections set forth above. KLA objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects to this Demand to the extent that it is vague and ambiguous, compound, and improper in form. KLA further objects to this Demand to the extent it seeks production of documents which are neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents protected by the attorney-client privilege, work product doctrine, or other applicable privilege. No such privileged documents will be produced. KLA objects to this Demand to the extent it seeks confidential, proprietary, or highly sensitive information or information that is protected by the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this Demand to the extent it contains duplicative requests, in whole or in part.

Based on KLA's review of the SEC's Initial Disclosures, KLA believes the SEC has already produced substantially all of the documents responsive to this Demand to Schroeder. Because these documents are already in Schroeder's possession, custody, or control, it would be unduly burdensome and an improper use of the discovery process to compel KLA to produce such documents in this case. Accordingly, KLA will not produce any documents responsive to this Demand which the SEC has already produced to Schroeder, as such documents are already in Schroeder's possession, custody, or control, and therefore are equally accessible to Schroeder as to KLA. KLA also refuses to produce many of these responsive documents on the additional ground that they are protected by the attorney client privilege, the work product doctrine, and/or

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                6.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    other applicable privileges.  To the extent Schroeder is concerned that the set of documents he

2    received from the SEC is incomplete, KLA is willing to meet and confer with Schroeder to

3·   compare the documents he has received from the SEC with the non-privileged, non-attorney work

4    product documents KLA already produced to the SEC.

5        To the extent that KLA has any responsive documents that the SEC has not produced to

6    Schroeder and that are not protected by the attorney-client privilege, the work product doctrine, or

7    some other applicable privilege, KLA will produce such documents to Schroeder to the extent

8    they do not contain any trade secrets or confidential or completely sensitive business information

9    and subject to the entry by the court of a protective order prohibiting the parties from disclosing

10   such documents or information to third parties or using them for purposes unrelated to this

11   litigation.  However, KLA currently believes that all non-privileged responsive documents that

12   were produced to the SEC have already been produced to Schroeder pursuant to the SEC's Initial

13   Disclosures.

14   **PRODUCTION DEMAND NO. 2**

15       All DOCUMENTS CONCERNING the SPECIAL COMMITTEE INVESTIGATION or

16   the RESTATEMENT which YOU transmitted to, read to (in whole or in part), summarized to,

17   presented to or received from, the DOJ.

18   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 2**

19       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

20   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

21   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

22   KLA further objects to this Demand to the extent it seeks production of documents which are

23   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

24   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

25   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

26   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

27   seeks confidential, proprietary, or highly sensitive information or information that is protected by

28   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                              7.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  Demand to the extent it contains duplicative requests, in whole or in part.

2      Based on KLA's review of the SEC's Initial Disclosures, KLA believes the SEC has

3  already produced substantially all of the documents responsive to this Demand to Schroeder.

4  Because these documents are already in Schroeder's possession, custody, or control, it would be

5  unduly burdensome and an improper use of the discovery process to compel KLA to produce

6  such documents in this case. Accordingly, KLA will not produce any documents responsive to

7  this Demand which the SEC has already produced to Schroeder, as such documents are already in

8  Schroeder's possession, custody, or control, and therefore are equally accessible to Schroeder as

9  to KLA. KLA also refuses to produce many of these responsive documents on the additional

10 ground that they are protected by the attorney client privilege, the work product doctrine, and/or

11 other applicable privileges. To the extent Schroeder is concerned that the set of documents he

12 received from the SEC is incomplete, KLA is willing to meet and confer with Schroeder to

13 compare the documents he has received from the SEC with the non-privileged, non-attorney work

14 product documents KLA already produced to the DOJ.

15     To the extent that KLA has any responsive documents that the SEC has not produced to

16 Schroeder and that are not protected by the attorney-client privilege, the work product doctrine, or

17 some other applicable privilege, KLA will produce such documents to Schroeder to the extent

18 they do not contain any trade secrets or confidential or completely sensitive business information

19 and subject to the entry by the court of a protective order prohibiting the parties from disclosing

20 such documents or information to third parties or using them for purposes unrelated to this

21 litigation. However, KLA currently believes that all non-privileged responsive documents that

22 were produced to the DOJ have already been produced to Schroeder pursuant to the SEC's Initial

23 Disclosures.

24 **PRODUCTION DEMAND NO. 3**

25     All DOCUMENTS CONCERNING the SPECIAL COMMITTEE INVESTIGATION or

26 the RESTATEMENT which YOU transmitted to, read to (in whole or in part), summarized to,

27 presented to or received from, the NASDAQ.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                8.

1  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 3**

2      KLA reasserts and incorporates each of the General Objections set forth above. KLA

3  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

4  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

5  KLA further objects to this Demand to the extent it seeks production of documents which are

6  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

7  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

8  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

9  No such privileged documents will be produced. KLA objects to this Demand to the extent it

10  seeks confidential, proprietary, or highly sensitive information or information that is protected by

11  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

12  Demand to the extent it contains duplicative requests, in whole or in part.

13      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

14  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

15  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

16  No such documents will be produced by KLA.

17      Subject to and without waiving the foregoing limitations and General and Specific

18  Objections, KLA will produce relevant, non-privileged documents that are responsive to this

19  Demand provided that an adequate protective order is entered that will protect disclosure of KLA

20  and KLA current and former employees' confidential, proprietary, and/or private information.

21  **PRODUCTION DEMAND NO. 4**

22      All DOCUMENTS CONCERNING the SPECIAL COMMITTEE INVESTIGATION

23  and/or RESTATEMENT which YOU transmitted to, read to (in whole or in part), summarized to,

24  presented to or received from, PWC.

25  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 4**

26      KLA reasserts and incorporates each of the General Objections set forth above. KLA

27  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

28  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                                9.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  KLA further objects to this Demand to the extent it seeks production of documents which are

2  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

3  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

4  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

5  No such privileged documents will be produced. KLA objects to this Demand to the extent it

6  seeks confidential, proprietary, or highly sensitive information or information that is protected by

7  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

8  Demand to the extent it contains duplicative requests, in whole or in part.

9      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

10  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

11  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

12  No such documents will be produced by KLA.

13      Subject to and without waiving the foregoing limitations and General and Specific

14  Objections, KLA will produce relevant, non-privileged documents that are responsive to this

15  Demand provided that an adequate protective order is entered that will protect disclosure of KLA

16  and KLA current and former employees' confidential, proprietary, and/or private information.

17  **PRODUCTION DEMAND NO. 5**

18      All DOCUMENTS CONCERNING the SPECIAL COMMITTEE INVESTIGATION

19  and/or RESTATEMENT which YOU transmitted to, read to (in whole or in part), summarized to,

20  presented to or received from LECG.

21  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 5**

22      KLA reasserts and incorporates each of the General Objections set forth above. KLA

23  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

24  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

25  KLA further objects to this Demand to the extent it seeks production of documents which are

26  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

27  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

28  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    10.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

2  seeks confidential, proprietary, or highly sensitive information or information that is protected by

3  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

4  Demand to the extent it contains duplicative requests, in whole or in part.

5       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

6  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

7  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

8  No such documents will be produced by KLA.

9  **PRODUCTION DEMAND NO. 6**

10      All DOCUMENTS which you reviewed as part of the SPECIAL COMMITTEE

11  INVESTIGATION and/or RESTATEMENT.

12  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 6**

13      KLA reasserts and incorporates each of the General Objections set forth above.  KLA

14  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

15  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

16  KLA further objects to this Demand to the extent it seeks production of documents which are

17  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

18  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

19  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

20  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

21  seeks confidential, proprietary, or highly sensitive information or information that is protected by

22  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

23  Demand to the extent it contains duplicative requests, in whole or in part.

24      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

25  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

26  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

27  No such documents will be produced by KLA.

28

1-SF/7643633.3                                    11.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

**PRODUCTION DEMAND NO. 7**

.     All DOCUMENTS which YOU created or prepared in connection with SPECIAL COMMITTEE INVESTIGATION, including all DOCUMENTS concerning interviews of witnesses and summaries of option grants, including all drafts.

**AMENDED RESPONSE TO PRODUCTION DEMAND NO. 7**

KLA reasserts and incorporates each of the General Objections set forth above.  KLA objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects to this Demand to the extent that it is vague and ambiguous, compound and improper in form. KLA further objects to this Demand to the extent it seeks production of documents which are neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents protected by the attorney-client privilege, work product doctrine, or other applicable privilege. No such privileged documents will be produced.  KLA objects to this Demand to the extent it seeks confidential, proprietary, or highly sensitive information or information that is protected by the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this Demand to the extent it contains duplicative requests, in whole or in part.

KLA objects to this demand to the extent it seeks documents that Schroeder already has in his possession, custody or control or are as accessible to Schroeder as they are to KLA, including, but not limited to, documents that Schroeder already has obtained from the SEC in this action. No such documents will be produced by KLA.

**PRODUCTION DEMAND NO. 8**

All DOCUMENTS which YOU created or prepared in connection with SLC INVESTIGATION, including all DOCUMENTS concerning interviews of witnesses, including all drafts.

**AMENDED RESPONSE TO PRODUCTION DEMAND NO. 8**

KLA reasserts and incorporates each of the General Objections set forth above.  KLA objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects to this Demand to the extent that it is vague and ambiguous, compound and improper in form.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                      12.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  KLA further objects to this Demand to the extent it seeks production of documents which are

2  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

3  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

4  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

5  No such privileged documents will be produced. KLA objects to this Demand to the extent it

6  seeks confidential, proprietary, or highly sensitive information or information that is protected by

7  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

8  Demand to the extent it contains duplicative requests, in whole or in part.

9         KLA further objects to this Demand to the extent that Schroeder's counsel agreed, during

10  a meet and confer dated November 20, 2007, that Schroeder would wait to pursue documents

11  responsive to this Demand.

12         KLA objects to this demand to the extent it seeks documents that Schroeder already has in

13  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

14  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

15  No such documents will be produced by KLA.

16  **PRODUCTION DEMAND NO. 9**

17         All DOCUMENTS memorializing any interactions which you attended with

18  representatives of the SEC, DOJ and/or NASDAQ CONCERNING the SPECIAL COMMITTEE

19  INVESTIGATION and/or RESTATEMENT.

20  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 9**

21         KLA reasserts and incorporates each of the General Objections set forth above. KLA

22  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

23  to this Demand to the extent that it is vague and ambiguous, compound and improper in form.

24  KLA further objects to this Demand to the extent it seeks production of documents which are

25  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

26  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

27  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

28  No such privileged documents will be produced. KLA objects to this Demand to the extent it

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
1-SF/7643633.3                                          13.
THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  seeks confidential, proprietary, or highly sensitive information or information that is protected by

2  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

3  Demand to the extent it contains duplicative requests, in whole or in part.

4      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

5  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

6  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

7  No such documents will be produced by KLA.

8  **PRODUCTION DEMAND NO. 10**

9      All DOCUMENTS CONCERNING the SPECIAL COMMITTEE INVESTIGATION

10  and/or RESTATEMENT which YOU transmitted to, read to (in whole or in part), summarized to

11  presented to or received from, members of the press or other news media.

12  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 10**

13      KLA reasserts and incorporates each of the General Objections set forth above.  KLA

14  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

15  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

16  KLA further objects to this Demand to the extent it seeks production of documents which are

17  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

18  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

19  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

20  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

21  seeks confidential, proprietary, or highly sensitive information or information that is protected by

22  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

23  Demand to the extent it contains duplicative requests, in whole or in part.

24      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

25  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

26  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

27  No such documents will be produced by KLA.

28      Subject to and without waiving the foregoing limitations and General and Specific

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                    14.

1  Objections, KLA will produce relevant, non-privileged documents that are responsive to this

2  Demand provided that an adequate protective order is entered that will protect disclosure of KLA

3  and KLA current and former employees' confidential, proprietary, and/or private information.

4  **PRODUCTION DEMAND NO. 11**

5       All DOCUMENTS CONCERNING the COMPANY'S SEC filings that refer to or discuss

6  the SPECIAL COMMITTEE INVESTIGATION and/or RESTATEMENT, including drafts

7  which YOU prepared or edited.

8  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 11**

9       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

10  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

11  to this Demand to the extent that it is vague and ambiguous, compound and improper in form.

12  KLA further objects to this Demand to the extent it seeks production of documents which are

13  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

14  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

15  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

16  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

17  seeks confidential, proprietary, or highly sensitive information or information that is protected by

18  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

19  Demand to the extent it contains duplicative requests, in whole or in part.

20       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

21  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

22  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

23  No such documents will be produced by KLA.

24  **PRODUCTION DEMAND NO. 12**

25       All DOCUMENTS CONCERNING the SLC INVESTIGATION which YOU transmitted

26  to, read to (in whole or in part), summarized to, presented to or received from, the SEC.

27  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 12**

28       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3    15.

1   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

2   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

3   KLA further objects to this Demand to the extent it seeks production of documents which are

4   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

5   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

6   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

7   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

8   seeks confidential, proprietary, or highly sensitive information or information that is protected by

9   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

10   Demand to the extent it contains duplicative requests, in whole or in part.

11       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

12   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

13   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

14   No such documents will be produced by KLA.

15       Subject to and without waiving the foregoing limitations and General and Specific

16   Objections, KLA will produce relevant, non-privileged documents that are responsive to this

17   Demand provided that an adequate protective order is entered that will protect disclosure of KLA

18   and KLA current and former employees' confidential, proprietary, and/or private information.

19   **PRODUCTION DEMAND NO. 13**

20       All DOCUMENTS CONCERNING the SLC INVESTIGATION which YOU transmitted

21   to, read to (in whole or in part), summarized to, presented to or received from, the DOJ.

22   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 13**

23       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

24   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

25   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

26   KLA further objects to this Demand to the extent it seeks production of documents which are

27   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

28   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3        16.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

2  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

3  seeks confidential, proprietary, or highly sensitive information or information that is protected by

4  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

5  Demand to the extent it contains duplicative requests, in whole or in part.

6      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

7  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

8  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

9  No such documents will be produced by KLA.

10 **PRODUCTION DEMAND NO. 14**

11     All DOCUMENTS CONCERNING the SLC INVESTIGATION which YOU transmitted

12 to, read to (in whole or in part), summarized to, presented to or received from, the NASDAQ, in

13 any interaction with it in YOUR capacity as counsel for KLA-TENCOR or as counsel for any

14 individual director or employee of KLA-TENCOR.

15 **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 14**

16     KLA reasserts and incorporates each of the General Objections set forth above.  KLA

17 objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

18 to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

19 KLA further objects to this Demand to the extent it seeks production of documents which are

20 neither relevant to the subject matter of this action nor reasonably calculated to lead to the

21 discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

22 protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

23 No such privileged documents will be produced.  KLA objects to this Demand to the extent it

24 seeks confidential, proprietary, or highly sensitive information or information that is protected by

25 the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

26 Demand to the extent it contains duplicative requests, in whole or in part.

27     KLA objects to this demand to the extent it seeks documents that Schroeder already has in

28 his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
1-SF/7643633.3                                17.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

2    No such documents will be produced by KLA.

3    **PRODUCTION DEMAND NO. 15**

4    　　All DOCUMENTS CONCERNING the SLC INVESTIGATION which YOU transmitted

5    to, read to (in whole or in part), summarized to, presented to or received from, PWC.

6    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 15**

7    　　KLA reasserts and incorporates each of the General Objections set forth above. KLA

8    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

9    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

10    KLA further objects to this Demand to the extent it seeks production of documents which are

11    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

12    discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

13    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

14    No such privileged documents will be produced. KLA objects to this Demand to the extent it

15    seeks confidential, proprietary, or highly sensitive information or information that is protected by

16    the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

17    Demand to the extent it contains duplicative requests, in whole or in part.

18    　　KLA objects to this demand to the extent it seeks documents that Schroeder already has in

19    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

20    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

21    No such documents will be produced by KLA.

22    **PRODUCTION DEMAND NO. 16**

23    　　All calendars, notebooks or diaries memorializing dates for telephone calls and/or

24    meetings of Kenneth Levy, Jon Tompkins, Gary Dickerson, Joy Nyberg, Lisa Berry, Stuart

25    Nichols, John Kispert, Maureen Lamb, Barbara Stebbins and Mark Nordstrom CONCERNING

26    compensation of employees, accounting for employee compensation, stock option grants and/or

27    corporate governance issues.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                18.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 16**

2    KLA reasserts and incorporates each of the General Objections set forth above. KLA

3    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

4    to this Demand to the extent that it is vague and ambiguous, compound and improper in form.

5    KLA further objects to this Demand to the extent it seeks production of documents which are

6    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

7    discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

8    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

9    No such privileged documents will be produced. KLA objects to this Demand to the extent it

10    seeks confidential, proprietary, or highly sensitive information or information that is protected by

11    the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

12    Demand to the extent it contains duplicative requests, in whole or in part.

13    KLA objects to this demand to the extent it seeks documents that Schroeder already has in

14    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

15    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

16    No such documents will be produced by KLA.

17    **PRODUCTION DEMAND NO. 17**

18    All DOCUMENTS CONCERNING the dates, times, participants and length of meetings

19    and/or telephone calls which YOU had with the SEC, DOJ and/or NASDAQ CONCERNING the

20    SPECIAL COMMITTEE INVESTIGATION and/or SLC INVESTIGATION, including attorney

21    billing records and calendar entries.

22    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 17**

23    KLA reasserts and incorporates each of the General Objections set forth above. KLA

24    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

25    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

26    KLA further objects to this Demand to the extent it seeks production of documents which are

27    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

28    discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                                                    19.

1  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

2  No such privileged documents will be produced. KLA objects to this Demand to the extent it

3  seeks confidential, proprietary, or highly sensitive information or information that is protected by

4  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

5  Demand to the extent it contains duplicative requests, in whole or in part.

6      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

7  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

8  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

9  No such documents will be produced by KLA.

10  **PRODUCTION DEMAND NO. 18**

11      All DOCUMENTS CONCERNING meetings and/or telephone calls which YOU had with

12  representatives of the press or other news media CONCERNING SCHROEDER, LEVY, the

13  SPECIAL COMMITTEE INVESTIGATION and/or the SLC INVESTIGATION, including

14  attorney billing records and calendar entries.

15  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 18**

16      KLA reasserts and incorporates each of the General Objections set forth above. KLA

17  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

18  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

19  KLA further objects to this Demand to the extent it seeks production of documents which are

20  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

21  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

22  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

23  No such privileged documents will be produced. KLA objects to this Demand to the extent it

24  seeks confidential, proprietary, or highly sensitive information or information that is protected by

25  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

26  Demand to the extent it contains duplicative requests, in whole or in part.

27      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

28  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3        20.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

2  No such documents will be produced by KLA.

3  **PRODUCTION DEMAND NO. 19**

4      All DOCUMENTS CONCERNING the SLC INVESTIGATION which YOU transmitted

5  to, read to (in whole or in part), summarized to, presented to or received from the press.

6  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 19**

7      KLA reasserts and incorporates each of the General Objections set forth above.  KLA

8  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

9  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

10  KLA further objects to this Demand to the extent it seeks production of documents which are

11  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

12  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

13  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

14  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

15  seeks confidential, proprietary, or highly sensitive information or information that is protected by

16  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

17  Demand to the extent it contains duplicative requests, in whole or in part.

18      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

19  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

20  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

21  No such documents will be produced by KLA.

22      Subject to and without waiving the foregoing limitations and General and Specific

23  Objections, KLA will produce relevant, non-privileged documents that are responsive to this

24  Demand provided that an adequate protective order is entered that will protect disclosure of KLA

25  and KLA current and former employees' confidential, proprietary, and/or private information.

26  **PRODUCTION DEMAND NO. 20**

27      All lists of search words, terms, or phrases that you used to search through DOCUMENTS

28  in connection with the SPECIAL COMMITTEE INVESTIGATION OR SPECIAL

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                21.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  LITIGATION COMMITTEE INVESTIGATION.

2  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 20**

3       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

4  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

5  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

6  KLA further objects to this Demand to the extent it seeks production of documents which are

7  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

8  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

9  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

10  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

11  seeks confidential, proprietary, or highly sensitive information or information that is protected by

12  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

13  Demand to the extent it contains duplicative requests, in whole or in part.

14       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

15  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

16  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

17  No such documents will be produced by KLA.

18  **PRODUCTION DEMAND NO. 21**

19       All DOCUMENTS CONCERNING the RESTATEMENT.

20  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 21**

21       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

22  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

23  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

24  KLA further objects to this Demand to the extent it seeks production of documents which are

25  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

26  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

27  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

28  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                                          22.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    seeks confidential, proprietary, or highly sensitive information or information that is protected by

2    the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

3    Demand to the extent it contains duplicative requests, in whole or in part.

4        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

5    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

6    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

7    No such documents will be produced by KLA.

8    **PRODUCTION DEMAND NO. 22**

9        All DOCUMENTS CONCERNING KLA-TENCOR's SPECIAL COMMITTEE

10    INVESTIGATION which the law firms of Skadden Arps Slate Meagher & Flom LLP on behalf

11    of the SPECIAL COMMITTEE or Morgan Lewis, on behalf of the COMPANY transmitted to

12    read to (in whole or in part), summarized to, presented to or received from any government

13    agency or the NASDAQ.

14    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 22**

15        KLA reasserts and incorporates each of the General Objections set forth above. KLA

16    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

17    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

18    KLA further objects to this Demand to the extent it seeks production of documents which are

19    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

20    discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

21    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

22    No such privileged documents will be produced. KLA objects to this Demand to the extent it

23    seeks confidential, proprietary, or highly sensitive information or information that is protected by

24    the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

25    Demand to the extent it contains duplicative requests, in whole or in part.

26        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

27    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

28    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7643633.3                                    23.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    No such documents will be produced by KLA.

2    **PRODUCTION DEMAND NO. 23**

3        All DOCUMENTS CONCERNING KLA-TENCOR's stock option grants to directors and

4    any other non-employee of the COMPANY.

5    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 23** .

6        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

7    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

8    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

9    KLA further objects to this Demand to the extent it seeks production of documents which are

10   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

11   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

12   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

13   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

14   seeks confidential, proprietary, or highly sensitive information or information that is protected by

15   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

16   Demand to the extent it contains duplicative requests, in whole or in part.

17       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

18   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

19   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

20   No such documents will be produced by KLA.

21   **PRODUCTION DEMAND NO. 24**

22       All DOCUMENTS CONCERNING KLA-TENCOR's accounting for stock option grants,

23   both before and after the SPECIAL COMMITTEE INVESTIGATION, including all

24   DOCUMENTS transmitted to and received from PWC or LECG in connection with the

25   RESTATEMENT.

26   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 24**

27       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

28   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3

24.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

2    KLA further objects to this Demand to the extent it seeks production of documents which are

3    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

4    discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

5    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

6    No such privileged documents will be produced.  KLA objects to this Demand to the extent it

7    seeks confidential, proprietary, or highly sensitive information or information that is protected by

8    the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

9    Demand to the extent it contains duplicative requests, in whole or in part.

10        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

11    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

12    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

13    No such documents will be produced by KLA.

14    **PRODUCTION DEMAND NO. 25**

15        All DOCUMENTS CONCERNING action or remedial measures that YOU took as a

16    result of the SPECIAL COMMITTEE INVESTIGATION, including documents CONCERNING

17    resignations of directors from YOUR board of directors, terminations of officers and/or

18    employees, cancellations of options, re-pricing of options and payment of bonuses on account of

19    re-priced options.

20    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 25**

21        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

22    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

23    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

24    KLA further objects to this Demand to the extent it seeks production of documents which are

25    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

26    discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

27    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

28    No such privileged documents will be produced.  KLA objects to this Demand to the extent it

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
1-SF/7643633.3                                    25.
THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  seeks confidential, proprietary, or highly sensitive information or information that is protected by

2  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

3  Demand to the extent it contains duplicative requests, in whole or in part.

4       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

5  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

6  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

7  No such documents will be produced by KLA.

8  **PRODUCTION DEMAND NO. 26**

9       All DOCUMENTS CONCERNING interviews of KLA-TENCOR current and former

10  directors, officers, attorneys, employees, auditors, and consultants in whatever form (including

11  memoranda, reports, handwritten notes, e-mails, dictation and summaries) that were conducted as

12  part of the SPECIAL LITIGATION COMMITTEE INVESTIGATION.

13  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 26**

14       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

15  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

16  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

17  KLA further objects to this Demand to the extent it seeks production of documents which are

18  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

19  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

20  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

21  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

22  seeks confidential, proprietary, or highly sensitive information or information that is protected by

23  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

24  Demand to the extent it contains duplicative requests, in whole or in part.

25       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

26  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

27  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

28  No such documents will be produced by KLA.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                   26.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1

**PRODUCTION DEMAND NO. 27**

2    All DOCUMENTS evidencing the Board and/or the Compensation Committee's intention

3    that officer grants be dated the same day as employee grants.

4    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 27**

5    KLA reasserts and incorporates each of the General Objections set forth above. KLA

6    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

7    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

8    KLA further objects to this Demand to the extent it seeks production of documents which are

9    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

10    discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

11    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

12    No such privileged documents will be produced. KLA objects to this Demand to the extent it

13    seeks confidential, proprietary, or highly sensitive information or information that is protected by

14    the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

15    Demand to the extent it contains duplicative requests, in whole or in part.

16    KLA objects to this demand to the extent it seeks documents that Schroeder already has in

17    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

18    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

19    No such documents will be produced by KLA.

20    **PRODUCTION DEMAND NO. 28**

21    All DOCUMENTS concerning the Board of Directors' granting of options to Section 16b

22    officers including all DOCUMENTS evidencing any follow-up to assure that the Secretary,

23    General Counsel, or Human Resources had properly documented its grants.

24    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 28**

25    KLA reasserts and incorporates each of the General Objections set forth above. KLA

26    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

27    to this Demand to the extent that it is vague and ambiguous, compound, argumentative, lacks

28    foundation, and is improper in form. KLA further objects to this Demand to the extent it seeks

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                27.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1   production of documents which are neither relevant to the subject matter of this action nor

2   reasonably calculated to lead to the discovery of admissible evidence.  KLA objects to this

3   Demand to the extent it seeks documents protected by the attorney-client privilege, work product

4   doctrine, or other applicable privilege.  No such privileged documents will be produced.  KLA

5   objects to this Demand to the extent it seeks confidential, proprietary, or highly sensitive

6   information or information that is protected by the right to privacy of any third party that KLA is

7   obligated to safeguard.  KLA objects to this Demand to the extent it contains duplicative requests,

8   in whole or in part.

9        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

10  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

11  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

12  No such documents will be produced by KLA.

13  **PRODUCTION DEMAND NO. 29**

14       All DOCUMENTS CONCERNING the number and dates of options granted by the

15  Company to each of its directors and officers.

16  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 29**

17       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

18  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

19  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

20  KLA further objects to this Demand to the extent it seeks production of documents which are

21  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

22  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

23  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

24  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

25  seeks confidential, proprietary, or highly sensitive information or information that is protected by

26  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

27  Demand to the extent it contains duplicative requests, in whole or in part.

28       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    28.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

2  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

3  No such documents will be produced by KLA.

4        Subject to and without waiving the foregoing limitations and General and Specific

5  Objections, KLA will produce relevant, non-privileged documents that are responsive to this

6  Demand provided that an adequate protective order is entered that will protect disclosure of KLA

7  and KLA current and former employees' confidential, proprietary, and/or private information.

8  **PRODUCTION DEMAND NO. 30**

9        All DOCUMENTS concerning the Compensation Committee's granting of options to

10  Section 16b officers including all DOCUMENTS evidencing any follow-up to assure that the

11  Secretary, General Counsel, or Human Resources had properly documented its grants.

12  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 30**

13        KLA reasserts and incorporates each of the General Objections set forth above. KLA

14  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

15  to this Demand to the extent that it is vague and ambiguous, compound, argumentative, lacks

16  foundation, and is improper in form. KLA further objects to this Demand to the extent it seeks

17  production of documents which are neither relevant to the subject matter of this action nor

18  reasonably calculated to lead to the discovery of admissible evidence. KLA objects to this

19  Demand to the extent it seeks documents protected by the attorney-client privilege, work product

20  doctrine, or other applicable privilege. No such privileged documents will be produced. KLA

21  objects to this Demand to the extent it seeks confidential, proprietary, or highly sensitive

22  information or information that is protected by the right to privacy of any third party that KLA is

23  obligated to safeguard. KLA objects to this Demand to the extent it contains duplicative requests,

24  in whole or in part.

25        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

26  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

27  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

28  No such documents will be produced by KLA.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                        29.

1    **PRODUCTION DEMAND NO. 31**

2          All DOCUMENTS CONCERNING Part I, Item 3 (Legal Proceedings) and Part II, Item 7

3    (Management Discussion & Analysis) of THE COMPANY'S Form 10-K filed on January 29,

4    2007, including all drafts of these items.

5    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 31**

6          KLA reasserts and incorporates each of the General Objections set forth above.  KLA

7    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

8    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

9    KLA further objects to this Demand to the extent it seeks production of documents which are

10   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

11   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

12   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

13   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

14   seeks confidential, proprietary, or highly sensitive information or information that is protected by

15   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

16   Demand to the extent it contains duplicative requests, in whole or in part.

17         KLA objects to this demand to the extent it seeks documents that Schroeder already has in

18   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

19   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

20   No such documents will be produced by KLA.

21   **PRODUCTION DEMAND NO. 32**

22         All DOCUMENTS CONCERNING the conclusions of the SPECIAL COMMITTEE set

23   forth on pages 24 and 34 of THE COMPANY'S Form 10-K filed January 29, 2007, including all

24   drafts these items.

25   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 32**

26         KLA reasserts and incorporates each of the General Objections set forth above.  KLA

27   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

28   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                                          30.

1  KLA further objects to this Demand to the extent it seeks production of documents which are

2  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

3  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

4  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

5  No such privileged documents will be produced. KLA objects to this Demand to the extent it

6  seeks confidential, proprietary, or highly sensitive information or information that is protected by

7  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

8  Demand to the extent it contains duplicative requests, in whole or in part.

9      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

10  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

11  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

12  No such documents will be produced by KLA.

13  **PRODUCTION DEMAND NO. 33**

14      All DOCUMENTS CONCERNING measurement dates for option grants applied before

15  and as a result of the RESTATEMENT.

16  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 33**

17      KLA reasserts and incorporates each of the General Objections set forth above. KLA

18  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

19  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

20  KLA further objects to this Demand to the extent it seeks production of documents which are

21  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

22  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

23  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

24  No such privileged documents will be produced. KLA objects to this Demand to the extent it

25  seeks confidential, proprietary, or highly sensitive information or information that is protected by

26  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

27  Demand to the extent it contains duplicative requests, in whole or in part.

28      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

1  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

2  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

3  No such documents will be produced by KLA.

4  **PRODUCTION DEMAND NO. 34**

5       All DOCUMENTS CONCERNING interviews of KLA-TENCOR current and former

6  directors, officers, employees, auditors, and consultants in whatever form (including memoranda,

7  typed reports, handwritten notes, and summaries) that were conducted in connection with the SLC

8  INVESTIGATION.

9  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 34**

10      KLA reasserts and incorporates each of the General Objections set forth above.  KLA

11  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

12  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

13  KLA further objects to this Demand to the extent it seeks production of documents which are

14  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

15  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

16  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

17  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

18  seeks confidential, proprietary, or highly sensitive information or information that is protected by

19  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

20  Demand to the extent it contains duplicative requests, in whole or in part.

21      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

22  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

23  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

24  No such documents will be produced by KLA.

25  **PRODUCTION DEMAND NO. 35**

26      All DOCUMENTS transmitted to or received from PWC CONCERNING the SLC

27  INVESTIGATION, including all COMMUNICATIONS, binders, and document compilations.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    __AMENDED RESPONSE TO PRODUCTION DEMAND NO. 35__

2          KLA reasserts and incorporates each of the General Objections set forth above.  KLA

3    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

4    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

5    KLA further objects to this Demand to the extent it seeks production of documents which are

6    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

7    discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

8    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

9    No such privileged documents will be produced.  KLA objects to this Demand to the extent it

10   seeks confidential, proprietary, or highly sensitive information or information that is protected by

11   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

12   Demand to the extent it contains duplicative requests, in whole or in part.

13          KLA objects to this demand to the extent it seeks documents that Schroeder already has in

14   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

15   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

16   No such documents will be produced by KLA.

17   __PRODUCTION DEMAND NO. 36__

18          All DOCUMENTS provided to or received from LECG CONCERNING the SLC

19   INVESTIGATION, including all COMMUNICATIONS, binders, and document compilations.

20   __AMENDED RESPONSE TO PRODUCTION DEMAND NO. 36__

21          KLA reasserts and incorporates each of the General Objections set forth above.  KLA

22   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

23   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

24   KLA further objects to this Demand to the extent it seeks production of documents which are

25   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

26   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

27   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

28   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                                              33.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    seeks confidential, proprietary, or highly sensitive information or information that is protected by

2    the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

3    Demand to the extent it contains duplicative requests, in whole or in part.

4         KLA objects to this demand to the extent it seeks documents that Schroeder already has in

5    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

6    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

7    No such documents will be produced by KLA.

8    **PRODUCTION DEMAND NO. 37**

9         All DOCUMENTS provided to or received from Skadden Arps Slate Meagher & Flom

10   LLP CONCERNING the SPECIAL INVESTIGATION.

11   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 37**

12        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

13   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

14   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

15   KLA objects to this Demand on the grounds that it is unintelligible; the Subpoena contains no

16   definition for the term "Special Investigation."  KLA further objects to this Demand to the extent

17   it seeks production of documents which are neither relevant to the subject matter of this action

18   nor reasonably calculated to lead to the discovery of admissible evidence.  KLA objects to this

19   Demand to the extent it seeks documents protected by the attorney-client privilege, work product

20   doctrine, or other applicable privilege.  No such privileged documents will be produced.  KLA

21   objects to this Demand to the extent it seeks confidential, proprietary, or highly sensitive

22   information or information that is protected by the right to privacy of any third party that KLA is

23   obligated to safeguard.  KLA objects to this Demand to the extent it contains duplicative requests,

24   in whole or in part.

25        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

26   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

27   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

28   No such documents will be produced by KLA.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    34.

1    **PRODUCTION DEMAND NO. 38**

2        All DOCUMENTS provided to or received from Morgan, Lewis & Bockius LLP

3    CONCERNING the SPECIAL INVESTIGATION.

4    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 38**

5        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

6    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

7    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

8    KLA objects to this Demand on the grounds that it is unintelligible; the Subpoena contains no

9    definition for the term "Special Investigation."  KLA further objects to this Demand to the extent

10    it seeks production of documents which are neither relevant to the subject matter of this action

11    nor reasonably calculated to lead to the discovery of admissible evidence.  KLA objects to this

12    Demand to the extent it seeks documents protected by the attorney-client privilege, work product

13    doctrine, or other applicable privilege.  No such privileged documents will be produced.  KLA

14    objects to this Demand to the extent it seeks confidential, proprietary, or highly sensitive

15    information or information that is protected by the right to privacy of any third party that KLA is

16    obligated to safeguard.  KLA objects to this Demand to the extent it contains duplicative requests,

17    in whole or in part.

18        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

19    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

20    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

21    No such documents will be produced by KLA.

22    **PRODUCTION DEMAND NO. 39**

23        All minutes of the meetings of THE COMPANY's Board of Directors.

24    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 39**

25        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

26    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

27    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

28    KLA further objects to this Demand to the extent it seeks production of documents which are

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3        35.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1 neither relevant to the subject matter of this action nor reasonably calculated to lead to the

2 discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

3 protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

4 No such privileged documents will be produced. KLA objects to this Demand to the extent it

5 seeks confidential, proprietary, or highly sensitive information or information that is protected by

6 the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

7 Demand to the extent it contains duplicative requests, in whole or in part.

8         KLA objects to this demand to the extent it seeks documents that Schroeder already has in

9 his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

10 but not limited to, documents that Schroeder already has obtained from the SEC in this action.

11 No such documents will be produced by KLA.

12 **PRODUCTION DEMAND NO. 40**

13         All minutes of the meetings of THE COMPANY'S Audit Committee.

14 **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 40**

15         KLA reasserts and incorporates each of the General Objections set forth above. KLA

16 objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

17 to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

18 KLA further objects to this Demand to the extent it seeks production of documents which are

19 neither relevant to the subject matter of this action nor reasonably calculated to lead to the

20 discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

21 protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

22 No such privileged documents will be produced. KLA objects to this Demand to the extent it

23 seeks confidential, proprietary, or highly sensitive information or information that is protected by

24 the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

25 Demand to the extent it contains duplicative requests, in whole or in part.

26         KLA objects to this demand to the extent it seeks documents that Schroeder already has in

27 his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

28 but not limited to, documents that Schroeder already has obtained from the SEC in this action.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                        36.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  No such documents will be produced by KLA.

2  **PRODUCTION DEMAND NO. 41**

3      All minutes of the meetings of THE COMPANY's Compensation Committee.

4  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 41**

5      KLA reasserts and incorporates each of the General Objections set forth above.  KLA

6  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

7  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

8  KLA further objects to this Demand to the extent it seeks production of documents which are

9  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

10  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

11  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

12  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

13  seeks confidential, proprietary, or highly sensitive information or information that is protected by

14  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

15  Demand to the extent it contains duplicative requests, in whole or in part.

16      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

17  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

18  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

19  No such documents will be produced by KLA.

20  **PRODUCTION DEMAND NO. 42**

21      All DOCUMENTS CONCERNING KLA-TENCOR's unanimous written consents

22  granting stock options.

23  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 42**

24      KLA reasserts and incorporates each of the General Objections set forth above.  KLA

25  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

26  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

27  KLA further objects to this Demand to the extent it seeks production of documents which are

28  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    37.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

2    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

3    No such privileged documents will be produced. KLA objects to this Demand to the extent it

4    seeks confidential, proprietary, or highly sensitive information or information that is protected by

5    the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

6    Demand to the extent it contains duplicative requests, in whole or in part.

7         KLA objects to this demand to the extent it seeks documents that Schroeder already has in

8    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

9    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

10   No such documents will be produced by KLA.

11        Subject to and without waiving the foregoing limitations and General and Specific

12   Objections, KLA will produce relevant, non-privileged documents that are responsive to this

13   Demand provided that an adequate protective order is entered that will protect disclosure of KLA

14   and KLA current and former employees' confidential, proprietary, and/or private information.

15   **PRODUCTION DEMAND NO. 43**

16        All DOCUMENTS CONCERNING THE COMPANY'S decision to pay its CEO,

17   Wallace, and any other officers or employees, a bonus to make up for re-pricing any of their

18   misdated options.

19   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 43**

20        KLA reasserts and incorporates each of the General Objections set forth above. KLA

21   objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

22   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

23   KLA further objects to this Demand to the extent it seeks production of documents which are

24   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

25   discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

26   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

27   No such privileged documents will be produced. KLA objects to this Demand to the extent it

28   seeks confidential, proprietary, or highly sensitive information or information that is protected by

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                38.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

2    Demand to the extent it contains duplicative requests, in whole or in part.

3    　　　　KLA objects to this demand to the extent it seeks documents that Schroeder already has in

4    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

5    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

6    No such documents will be produced by KLA.

7    **PRODUCTION DEMAND NO. 44**

8    　　　　All DOCUMENTS CONCERNING COMMUNICATIONS between Lisa Berry and

9    anyone CONCERNING stock options, accounting for stock options, stock option procedures,

10   selection of stock option grant dates and all DOCUMENTS found on her computer relating to the

11   same subjects.

12   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 44**

13   　　　　KLA reasserts and incorporates each of the General Objections set forth above.  KLA

14   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

15   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

16   KLA further objects to this Demand to the extent it seeks production of documents which are

17   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

18   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

19   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

20   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

21   seeks confidential, proprietary, or highly sensitive information or information that is protected by

22   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

23   Demand to the extent it contains duplicative requests, in whole or in part.

24   　　　　KLA objects to this demand to the extent it seeks documents that Schroeder already has in

25   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

26   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

27   No such documents will be produced by KLA.

28

1-SF/7643633.3                                           39.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    **PRODUCTION DEMAND NO. 45**

2         All DOCUMENTS CONCERNING the SLC INVESTIGATION that were shared, in

3    whole or in part, by oral reference or otherwise with any government agency or stock exchange,

4    including the SEC, the DOJ, or NASDAQ.

5    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 45**

6         KLA reasserts and incorporates each of the General Objections set forth above.  KLA

7    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

8    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

9    KLA further objects to this Demand to the extent it seeks production of documents which are

10   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

11   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

12   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

13   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

14   seeks confidential, proprietary, or highly sensitive information or information that is protected by

15   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

16   Demand to the extent it contains duplicative requests, in whole or in part.

17        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

18   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

19   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

20   No such documents will be produced by KLA.

21   **PRODUCTION DEMAND NO. 46**

22        ALL DOCUMENTS CONCERNING any KLA-TENCOR stock option committee.

23   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 46**

24        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

25   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

26   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

27   KLA further objects to this Demand to the extent it seeks production of documents which are

28   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                                                                    40.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

2   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

3   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

4   seeks confidential, proprietary, or highly sensitive information or information that is protected by

5   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

6   Demand to the extent it contains duplicative requests, in whole or in part.

7       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

8   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

9   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

10  No such documents will be produced by KLA.

11  **PRODUCTION DEMAND NO. 47**

12       All DOCUMENTS created by, sent by or to, or received by or from any current or former

13  employee of THE COMPANY'S Human Resources Department, Finance Department, Legal

14  Department, or stock option committee CONCERNING THE COMPANY'S stock option grants,

15  which grants were dated on or as of the following dates:

16       1.    November 14, 1991

17       2.    September 14, 1992

18       3.    July 26, 1994

19       4.    April 18, 1995

20       5.    January 15, 1996

21       6.    September 17, 1996

22       7.    October 8, 1996

23       8.    April 30, 1997

24       9.    July 21, 1997

25       10.   July 31, 1997

26       11.   October 30, 1997

27       12.   November 24, 1997

28       13.   January 20, 1998

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    41.
THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

| | | |
|---|---|---|
| 1 | 14. | March 18, 1998 |
| 2 | 15. | April 27, 1998 |
| 3 | 16. | June 3, 1998 |
| 4 | 17. | June 22, 1998 |
| 5 | 18. | August 5, 1998 |
| 6 | 19. | August 3 1, 1998 |
| 7 | 20. | September 10, 1997 |
| 8 | 21. | October 19. 1998 |
| 9 | 22. | October 23, 1998 |
| 10 | 23. | November 3, 1998 |
| 11 | 24. | November 30, 1998 |
| 12 | 25. | December 16, 1998 |
| 13 | 26. | January 22, 1999 |
| 14 | 27. | February 26, 1999 |
| 15 | 28. | March 24. 1999 |
| 16 | 29. | April 19, 1999 |
| 17 | 30. | May 26, 1999 |
| 18 | 31. | June 15, 1999 |
| 19 | 32. | July 26, 1999 |
| 20 | 33. | August 20, 1999 |
| 21 | 34. | November 30, 1999 |
| 22 | 35. | December 16, 1999 |
| 23 | 36. | January 28, 2000 |
| 24 | 37. | February 18, 2000 |
| 25 | 38. | April 14, 2000 |
| 26 | 39. | May 25, 2000 |
| 27 | 40. | July 5, 2000 |
| 28 | 41. | August 13,2000 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                     42.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

| | | |
|---|---|---|
| 1 | 42. | October 17, 2000 |
| 2 | 43. | November 10, 2000 |
| 3 | 44. | December 22, 2000 |
| 4 | 45. | February 9, 2001 |
| 5 | 46. | April 4, 2001 |
| 6 | 47. | May 30, 2001 |
| 7 | 48. | July 10, 2001 |
| 8 | 49. | October 2, 2001 |
| 9 | 50. | November 20, 2001 |
| 10 | 51. | January 18, 2002 |
| 11 | 52. | February 28, 2002 |
| 12 | 53. | January 24, 2005 |

**AMENDED RESPONSE TO PRODUCTION DEMAND NO. 47**

KLA reasserts and incorporates each of the General Objections set forth above. KLA objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects to this Demand to the extent that it is vague and ambiguous, compound, and improper in form. KLA further objects to this Demand to the extent it seeks production of documents which are neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents protected by the attorney-client privilege, work product doctrine, or other applicable privilege. No such privileged documents will be produced. KLA objects to this Demand to the extent it seeks confidential, proprietary, or highly sensitive information or information that is protected by the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this Demand to the extent it contains duplicative requests, in whole or in part. KLA objects to the production of documents pertaining to stock option grants before 1997.

KLA objects to this demand to the extent it seeks documents that Schroeder already has in his possession, custody or control or are as accessible to Schroeder as they are to KLA, including, but not limited to, documents that Schroeder already has obtained from the SEC in this action.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                                43.

1    No such documents will be produced by KLA.

2        Subject to and without waiving the foregoing limitations and General and Specific

3    Objections, KLA will produce relevant, non-privileged documents that are responsive to this

4    Demand provided that an adequate protective order is entered that will protect disclosure of KLA

5    and KLA current and former employees' confidential, proprietary, and/or private information.

6    **PRODUCTION DEMAND NO. 48**

7        All DOCUMENTS CONCERNING COMMUNICATIONS sent by or received by Stuart

8    J. Nichols CONCERNING stock options, the authority to grant or price stock options, Board

9    ratification of stock option grants, including but not limited to, all drafts of the memorandum sent

10    by Nichols dated March 19, 2001, and all COMMUNICATIONS with Wilson Sonsini Goodrich

11    & Rosati CONCERNING stock options.

12    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 48**

13        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

14    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

15    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

16    KLA further objects to this Demand to the extent it seeks production of documents which are

17    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

18    discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

19    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

20    No such privileged documents will be produced.  KLA objects to this Demand to the extent it

21    seeks confidential, proprietary, or highly sensitive information or information that is protected by

22    the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

23    Demand to the extent it contains duplicative requests, in whole or in part.

24        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

25    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

26    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

27    No such documents will be produced by KLA.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   **PRODUCTION DEMAND NO. 49**

2       All DOCUMENTS CONCERNING COMMUNICATIONS sent by or received by John

3   Kispert or Mark Nordstrom CONCERNING stock options, accounting for stock options, other

4   employee compensation, the making of forgivable loans to officers or employees, SCHROEDER,

5   Kenneth Levy, Jon Tompkins, Rick Wallace, Gary Dickerson, Lisa Berry, Stuart Nichols, the

6   Compensation Committee or the Audit Committee.

7   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 49**

8       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

9   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

10   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

11   KLA further objects to this Demand to the extent it seeks production of documents which are

12   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

13   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

14   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

15   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

16   seeks confidential, proprietary, or highly sensitive information or information that is protected by

17   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

18   Demand to the extent it contains duplicative requests, in whole or in part.

19       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

20   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

21   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

22   No such documents will be produced by KLA.

23   **PRODUCTION DEMAND NO. 50**

24       All DOCUMENTS CONCERNING internal controls existing prior to the SPECIAL

25   COMMITTEE INVESTIGATION to assure that the granting of stock options were properly

26   accounted for, and all DOCUMENTS relating to the training of Human Resource [sic], stock

27   administration departments and members of the stock option committee were trained in proper

28   procedures for granting and accounting for option grants.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                45.

1    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 50**

2    KLA reasserts and incorporates each of the General Objections set forth above. KLA

3    objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

4    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

5    KLA further objects to this Demand to the extent it seeks production of documents which are

6    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

7    discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

8    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

9    No such privileged documents will be produced. KLA objects to this Demand to the extent it

10   seeks confidential, proprietary, or highly sensitive information or information that is protected by

11   the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

12   Demand to the extent it contains duplicative requests, in whole or in part.

13   KLA objects to this demand to the extent it seeks documents that Schroeder already has in

14   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

15   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

16   No such documents will be produced by KLA.

17   **PRODUCTION DEMAND NO. 51**

18   Any and all stock charts or graphs reflecting historical prices of THE COMPANY'S stock

19   prepared for or by, sent to or by, or received by or from any employee or officer of THE

20   COMPANY'S Human Resources Department or any member of any of THE COMPANY'S stock

21   option committees.

22   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 51**

23   KLA reasserts and incorporates each of the General Objections set forth above. KLA

24   objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

25   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

26   KLA further objects to this Demand to the extent it seeks production of documents which are

27   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

28   discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                          46.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1     protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

2     No such privileged documents will be produced.  KLA objects to this Demand to the extent it

3     seeks confidential, proprietary, or highly sensitive information or information that is protected by

4     the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

5     Demand to the extent it contains duplicative requests, in whole or in part.

6         KLA objects to this demand to the extent it seeks documents that Schroeder already has in

7     his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

8     but not limited to, documents that Schroeder already has obtained from the SEC in this action.

9     No such documents will be produced by KLA.

10    **PRODUCTION DEMAND NO. 52**

11        All documents CONCERNING the November 14, 1998 COMMUNICATION from Lisa

12    Berry to Larry Sonsini of Wilson Sonsini Goodrich & Rosati.

13    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 52**

14        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

15    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

16    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

17    KLA further objects to this Demand to the extent it seeks production of documents which are

18    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

19    discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

20    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

21    No such privileged documents will be produced.  KLA objects to this Demand to the extent it

22    seeks confidential, proprietary, or highly sensitive information or information that is protected by

23    the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

24    Demand to the extent it contains duplicative requests, in whole or in part.

25        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

26    his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

27    but not limited to, documents that Schroeder already has obtained from the SEC in this action.

28    No such documents will be produced by KLA.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3

47.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  **PRODUCTION DEMAND NO. 53**

2      All documents CONCERNING any meeting held on April 4, 2001 at THE COMPANY,

3  including the "Stock Option Pricing" meeting scheduled by the assistant for Maureen Lamb.

4  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 53**

5      KLA reasserts and incorporates each of the General Objections set forth above.  KLA

6  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

7  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

8  KLA further objects to this Demand to the extent it seeks production of documents which are

9  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

10  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

11  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

12  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

13  seeks confidential, proprietary, or highly sensitive information or information that is protected by

14  the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

15  Demand to the extent it contains duplicative requests, in whole or in part.

16      KLA objects to this demand to the extent it seeks documents that Schroeder already has in

17  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

18  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

19  No such documents will be produced by KLA.

20      Subject to and without waiving the foregoing limitations and General and Specific

21  Objections, KLA will produce relevant, non-privileged documents that are responsive to this

22  Demand provided that an adequate protective order is entered that will protect disclosure of KLA

23  and KLA current and former employees' confidential, proprietary, and/or private information.

24  **PRODUCTION DEMAND NO. 54**

25      All calendars, diaries, or notes CONCERNING any witness or potential witness contacted

26  during the SPECIAL COMMITTEE INVESTIGATION, including DOCUMENTS

27  CONCERNING Kenneth Levy, Gary Dickerson, Jon Tompkins, John Kispert, Lisa Berry, Stuart

28  Nichols, Maureen Lamb, Joy Nyberg, and Mark Nordstrom and all of the COMPANY'S vice

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                48.

1    presidents of Human Resources.

2    **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 54**

3        KLA reasserts and incorporates each of the General Objections set forth above.  KLA

4    objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

5    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

6    KLA further objects to this Demand to the extent it seeks production of documents which are

7    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

8    discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

9    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

10   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

11   seeks confidential, proprietary, or highly sensitive information or information that is protected by

12   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

13   Demand to the extent it contains duplicative requests, in whole or in part.

14       KLA objects to this demand to the extent it seeks documents that Schroeder already has in

15   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

16   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

17   No such documents will be produced by KLA.

18   **PRODUCTION DEMAND NO. 55**

19       All DOCUMENTS CONCERNING stock options discussed and/or granted or issued by

20   THE COMPANY to prepare for a potential change-in-control of THE COMPANY.

21   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 55**

22       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

23   objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

24   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

25   KLA further objects to this Demand to the extent it seeks production of documents which are

26   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

27   discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

28   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco
1-SF/7643633.3
49.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1   No such privileged documents will be produced.  KLA objects to this Demand to the extent it

2   seeks confidential, proprietary, or highly sensitive information or information that is protected by

3   the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

4   Demand to the extent it contains duplicative requests, in whole or in part.

5        KLA objects to this demand to the extent it seeks documents that Schroeder already has in

6   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

7   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

8   No such documents will be produced by KLA.

9        Subject to and without waiving the foregoing limitations and General and Specific

10  Objections, KLA will produce relevant, non-privileged documents that are responsive to this

11  Demand provided that an adequate protective order is entered that will protect disclosure of KLA

12  and KLA current and former employees' confidential, proprietary, and/or private information.

13  **PRODUCTION DEMAND NO. 56**

14       All DOCUMENTS CONCERNING any request by counsel for Gregory Reyes in *United*

15  *States v Reyes*, Case No. CR 06-4435 CRB (Northern District of California), to YOU for

16  permission to use in that case YOUR information or DOCUMENTS that CONCERNED YOUR

17  stock option practices, including but not limited to all COMMUNICATIONS CONCERNING

18  such request(s) for permission to use DOCUMENTS or information CONCERNING Stephen

19  Beyer.

20  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 56**

21       KLA reasserts and incorporates each of the General Objections set forth above.  KLA

22  objects to this Demand to the extent that it is overly broad and unduly burdensome.  KLA objects

23  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

24  KLA further objects to this Demand to the extent it seeks production of documents which are

25  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

26  discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

27  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

28  No such privileged documents will be produced.  KLA objects to this Demand to the extent it

MORGAN, LEWIS &
BOCKIUS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    50.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  seeks confidential, proprietary, or highly sensitive information or information that is protected by

2  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

3  Demand to the extent it contains duplicative requests, in whole or in part.

4    KLA objects to this demand to the extent it seeks documents that Schroeder already has in

5  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

6  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

7  No such documents will be produced by KLA.

8  **PRODUCTION DEMAND NO. 57**

9    All COMMUNICATIONS CONCERNING stock options or accounting for stock options

10  sent or received by Ken Levy, Ken Schroeder, Gary Dickerson, Jon Tompkins, John Kispert, Lisa

11  Berry, Mark Nordstom, Stuart Nichols, Maureen Lamb, and any officer or employee of KLA-

12  TENCOR's human resources, finance, stock administration, and legal departments.

13  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 57**

14    KLA reasserts and incorporates each of the General Objections set forth above. KLA

15  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

16  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

17  KLA further objects to this Demand to the extent it seeks production of documents which are

18  neither relevant to the subject matter of this action nor reasonably calculated to lead to the

19  discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

20  protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

21  No such privileged documents will be produced. KLA objects to this Demand to the extent it

22  seeks confidential, proprietary, or highly sensitive information or information that is protected by

23  the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

24  Demand to the extent it contains duplicative requests, in whole or in part.

25    KLA objects to this demand to the extent it seeks documents that Schroeder already has in

26  his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

27  but not limited to, documents that Schroeder already has obtained from the SEC in this action.

28  No such documents will be produced by KLA.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                            51.

1    Subject to and without waiving the foregoing limitations and General and Specific

2    Objections, KLA will produce relevant, non-privileged documents that are responsive to this

3    Demand provided that an adequate protective order is entered that will protect disclosure of KLA

4    and KLA current and former employees' confidential, proprietary, and/or private information.

5    **PRODUCTION DEMAND NO. 58**

6    All DOCUMENTS CONCERNING KENNETH SCHROEDER including all

7    DOCUMENTS concerning his employment, responsibilities at THE COMPANY, option grants,

8    and any action taken with respect to him based on the SPECIAL COMMITTEE

9    INVESTIGATION OR SPECIAL LITIGATION COMMITTEE INVESTIGATION.

10   **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 58**

11   KLA reasserts and incorporates each of the General Objections set forth above. KLA

12   objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

13   to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

14   KLA further objects to this Demand to the extent it seeks production of documents which are

15   neither relevant to the subject matter of this action nor reasonably calculated to lead to the

16   discovery of admissible evidence. KLA objects to this Demand to the extent it seeks documents

17   protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

18   No such privileged documents will be produced. KLA objects to this Demand to the extent it

19   seeks confidential, proprietary, or highly sensitive information or information that is protected by

20   the right to privacy of any third party that KLA is obligated to safeguard. KLA objects to this

21   Demand to the extent it contains duplicative requests, in whole or in part.

22   KLA objects to this demand to the extent it seeks documents that Schroeder already has in

23   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

24   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

25   No such documents will be produced by KLA.

26   **PRODUCTION DEMAND NO. 59**

27   All DOCUMENTS CONCERNING internal controls that THE COMPANY put into place

28   on the basis of the results of the SPECIAL INVESTIGATION to assure proper granting and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    52.
THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1  accounting for its stock options and education of its personnel and directors regarding stock

2  option grants.

3  **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 59**

4  　　　　KLA reasserts and incorporates each of the General Objections set forth above. KLA

5  objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

6  to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

7  KLA objects to this Demand on the grounds that it is unintelligible; the Subpoena contains no

8  definition for the term "Special Investigation." KLA further objects to this Demand to the extent

9  it seeks production of documents which are neither relevant to the subject matter of this action

10 nor reasonably calculated to lead to the discovery of admissible evidence. KLA objects to this

11 Demand to the extent it seeks documents protected by the attorney-client privilege, work product

12 doctrine, or other applicable privilege. No such privileged documents will be produced. KLA

13 objects to this Demand to the extent it seeks confidential, proprietary, or highly sensitive

14 information or information that is protected by the right to privacy of any third party that KLA is

15 obligated to safeguard. KLA objects to this Demand to the extent it contains duplicative requests,

16 in whole or in part.

17 　　　　KLA objects to this demand to the extent it seeks documents that Schroeder already has in

18 his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

19 but not limited to, documents that Schroeder already has obtained from the SEC in this action.

20 No such documents will be produced by KLA.

21 **PRODUCTION DEMAND NO. 60**

22 　　　　All DOCUMENTS CONCERNING any decisions made by the COMPANY

23 CONCERNING any remedial action taken or considered by THE COMPANY based on the

24 SPECIAL COMMITTEE INVESTIGATION, including employment decisions, requests for

25 director resignations and stock option re-pricing decisions and bonus decisions.

26 **AMENDED RESPONSE TO PRODUCTION DEMAND NO. 60**

27 　　　　KLA reasserts and incorporates each of the General Objections set forth above. KLA

28 objects to this Demand to the extent that it is overly broad and unduly burdensome. KLA objects

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                53.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

1    to this Demand to the extent that it is vague and ambiguous, compound, and improper in form.

2    KLA further objects to this Demand to the extent it seeks production of documents which are

3    neither relevant to the subject matter of this action nor reasonably calculated to lead to the

4    discovery of admissible evidence.  KLA objects to this Demand to the extent it seeks documents

5    protected by the attorney-client privilege, work product doctrine, or other applicable privilege.

6    No such privileged documents will be produced.  KLA objects to this Demand to the extent it

7    seeks confidential, proprietary, or highly sensitive information or information that is protected by

8    the right to privacy of any third party that KLA is obligated to safeguard.  KLA objects to this

9    Demand to the extent it contains duplicative requests, in whole or in part.

10            KLA objects to this demand to the extent it seeks documents that Schroeder already has in

11   his possession, custody or control or are as accessible to Schroeder as they are to KLA, including,

12   but not limited to, documents that Schroeder already has obtained from the SEC in this action.

13   No such documents will be produced by KLA.

14   Dated: December 14, 2007                    MORGAN, LEWIS & BOCKIUS LLP

15

16                                        By _____
                                             Thomas R. Green
17                                           Attorneys for Third Party KLA-Tencor
                                             Corporation
18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7643633.3                                    54.

THIRD PARTY KLA-TENCOR CORPORATION'S AMENDED AND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO DEFENDANT'S SUBPOENA FOR RECORDS, CASE NO. C-07-3798-JW

# Exhibit 11

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
www.morganlewis.com

**Morgan Lewis**
COUNSELORS AT LAW

Joseph E. Floren
415.442.1391
jfloren@morganlewis.com

December 14, 2007

**VIA FIRST CLASS MAIL AND EMAIL**

Shirli Fabbri Weiss, Esq.
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101

Re:    *SEC v. Schroeder*

Dear Shirli:

Enclosed please find KLA-Tencor Corporation's ("KLA" or the "Company") Amended Objections and Responses to Defendant's Subpoena for Records dated October 18, 2007. Following our lengthy meet-and-confer discussions on November 20, 2007, the enclosed Objections and Responses supersede KLA's previous response to the subpoena. We have also enclosed a privilege log. For the reasons set forth below, however, KLA is not prepared to produce any additional documents at this time beyond the 6,179 documents already produced.

KLA has learned that Mr. Schroeder *already has in his possession* the vast majority of the documents that he is seeking from KLA by way of the subpoena. KLA conducted an extensive internal investigation in which it collected and produced tens of thousands of documents to the SEC in connection with the SEC's investigation of the Company. We are now advised that the SEC has simply produced those documents to Mr. Schroeder wholesale along with its initial disclosures in its lawsuit against your client. Those initial disclosures comprise more than 75,000 pages of KLA documents and apparently include all of the documents that KLA previously produced to the SEC. Amazingly, it appears that Mr. Schroeder received these documents on or around October 3, 2007, approximately two weeks before he served the subpoena on KLA seeking primarily the same documents he already possessed.

Mr. Schroeder had no basis to resort to subpoena to seek production of documents that were already in his possession. His actions in doing so needlessly caused KLA to incur substantial expense in responding to the subpoena, including grappling with complex privilege, burden, and

Morgan Lewis
COUNSELORS AT LAW

Shirli Fabbri Weiss, Esq.
December 14, 2007
Page 2

relevance questions and preparing documents for review and production. Most surprising is that you engaged me in over three hours of telephonic meet-and-confer sessions, the great majority of which was spent reviewing Mr. Schroeder's requests for these very same documents, without ever disclosing that your client already possessed them and the bulk of the documents subject to the subpoena. KLA is not a party to this litigation, and Mr. Schroeder's tactics appear designed to place an immense and undue burden on KLA. He has succeeded in doing so. Moreover, based on our other conversations and correspondence, it is clear that Mr. Schroeder's subpoena to KLA has more to do with his attempt to build his own purported case against KLA than it does with the defense of this action. Your client's future intended legal action against KLA is not a proper basis for a subpoena in this action.

KLA does not intend to devote any more resources to the production of the documents that Mr. Schroeder already has. If your concern is that you have an incomplete set of documents from the SEC, we are more than happy to meet and confer with you and to take appropriate steps to provide confirmation that the documents your client already has are in fact complete and genuine copies of the KLA documents sought by the subpoena.

We believe that there may be some additional documents responsive to the subpoena that were not produced to the SEC, but that all such documents are of a highly confidential and/or personal nature. Such documents, as you are well aware, are permeated with private and confidential personnel, compensation, and salary information of KLA officers and employees, as well as copious material non-public information related to the Company's restatement, financial accounting judgments applied, and personnel actions taken in connection therewith. As we have discussed, KLA will not compromise either its own confidential and proprietary documents or documents containing personal confidential information of its current and former employees. Until Mr. Schroeder changes his position regarding a protective order, KLA will not produce any of these personal and confidential documents. KLA reserves all other objections interposed as to these requests.

As stated during our meet-and-confer discussions on November 20, 2007, KLA does not intend to produce documents regarding the Special Litigation Committee ("SLC"), which is effectively Mr. Schroeder's litigation opponent. During that same call, you stated that Mr. Schroeder will wait to pursue issues related to the SLC. We trust that your position has not changed.

We also discussed at length, both before and after issuance of the subpoena, the fact that your client seeks production of many documents that are privileged and/or constitute protected work product. With regard to documents created while Mr. Schroeder was CEO or an employee of KLA, or which were shown to him during that period, KLA was willing to entertain the possibility of producing such documents to Mr. Schroeder subject to an express agreement by all parties that such production would not constitute a waiver of the attorney-client privilege or attorney work product doctrine. After initially offering to so stipulate in order to smooth the way for document production, Mr. Schroeder changed position during our call on November 20 and

**Morgan Lewis**
COUNSELORS AT LAW

Shirli Fabbri Weiss, Esq.
December 14, 2007
Page 3

made clear he will *not* agree to any such stipulation and instead will reserve the right to contend that any such production by KLA would waive all privileges for all purposes. This continues to complicate matters for KLA in responding to the subpoena. Mr. Schroeder's claim that KLA waived all attorney-client privilege and attorney work product when it produced documents to the SEC pursuant to a confidentiality agreement is simply wrong. I have enclosed a privilege log of KLA documents subject to attorney client and/or work product protection.

We hope to reach a reasonable compromise on these issues and look forward to speaking with you further.

Very truly yours,

Joseph E. Floren

*Securities and Exchange Commission v. Kenneth L. Schroeder*
**KLA-Tencor Corporation's Log of Privileged Documents**

| DOC NUMBER |
| --- |
| KT ACWP-PRIV 0001-0226 |
| KT ACWP-PRIV 0227-0228 |
| KT ACWP-PRIV 00000227-1165 |
| KT ACWP-PRIV 00001168-1172 |
| KT ACWP-PRIV 00001173-1308 |
| KT ACWP-PRIV 00001309-1324 |
| KT ACWP-PRIV 0001325-1330 |
| KT ACWP-PRIV 00001331 |
| KT ACWP-PRIV 00001736-1741 |
| KT ACWP-PRIV 00001742-1874 |
| KT ACWP-PRIV 00001875-1898 |
| KT ACWP-PRIV 00001899-1976 |
| KT ACWP-PRIV 00001977-1986 |
| KT ACWP-PRIV 00001987-2050 |
| KT ACWP-PRIV 00002051-2346 |
| KT ACWP-PRIV 00002347-3855 |
| KT ACWP-PRIV 00001331-1735 |
| KT ACWP-PRIV 00003856-3972 |
| KT ACWP-PRIV 00003973-3986 |
| KT ACWP-PRIV 00003987-4047 |
| KT ACWP-PRIV 0004048-4107 |
| KT ACWP-PRIV 00004108-5186 |
| KT ACWP-PRIV 00005187-5202 |
| KT ACWP-00005203-5209 |
| KT ACWP-PRIV 00005210-5220 |