1  SHIRLI FABBRI WEISS (Bar No. 079225)
   DAVID PRIEBE (Bar No. 148679)
2  JEFFREY B. COOPERSMITH (Bar. No. 252819)
   **DLA PIPER US LLP**
3  2000 University Avenue
   East Palo Alto, CA 94303-2248
4  Tel: (650) 833-2000
   Fax: (650) 833-2001
5  Email: shirli.weiss@dlapiper.com
   Email: david.priebe@dlapiper.com
6  Email: jeff.coopersmith@dlapiper.com
   Email: stanley.panikowski@dlapiper.com
7
   ELLIOT R. PETERS (Bar No. 158708)
8  STUART L. GASNER (Bar No. 164675)
   **KEKER & VAN NEST LLP**
9  710 Sansome Street
   San Francisco, CA 94111
10 Tel: (415) 391-5400
   Fax: (415) 397-7188
11 E-mail: EPeters@KVN.com
   E-mail: SGasner@KVN.com
12
   Attorneys for Defendant
13 KENNETH L. SCHROEDER

14                UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17 SECURITIES AND EXCHANGE          No. C 07 3798 JW
   COMMISSION,
18                                  **PROOF OF SERVICE**
              *Plaintiff,*
19
         v.
20
   KENNETH L. SCHROEDER,
21
              *Defendant.*
22

Page 1

WEST\21438414.1

# PROOF OF SERVICE

I am employed in the city of Seattle, the county of King and the State of Washington in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within-entitled action. My business address is DLA Piper US LLP, 701 Fifth Avenue, Suite 7000, Seattle, WA 98104.

On June 9, 2008, I electronically filed with the court via the ECF system the following document(s), which will automatically send a copy to the parties below at the email addresses listed and to Non-Parties Skadden, Arps, Slate, Meagher & Flom LLP and KLA-Tencor:

- Motion of Kenneth L. Schroeder to Compel Further Responses to Discovery Requests (Testimony and Documents) by (1) KLA-Tencor Corporation and (2) Skadden, Arps, Slate, Meagher & Flom LLP, Attorneys for the Special Committee of KLA's Board of Directors;

- Certification - Federal Rule of Civil Procedure 37(a)(1); Civil L.R. 37-1;

- Proposed Order;

- Declaration of Jeffrey B. Coopersmith;

- Statement in Compliance with Civil Local Rule 37-2 Regarding Documents Sought From KLA-Tencor Corporation; and

- Statement in Compliance with Civil Local Rule 37-2 Regarding Documents Sought From Skadden, Arps, Slate, Meagher & Flom LLP and its Individual Attorneys.

| | |
|---|---|
| Susan F. La Marca<br>Mark P. Fickes<br>Elena Ro<br>Securities and Exchange Commission<br>44 Montgomery Street, Suite 2600<br>San Francisco, CA 94101<br>lamarcas@sec.gov<br>fickesm@sec.gov<br>roe@sec.gov | James E. Lyons<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Embarcadero Center, Suite 3800<br>San Francisco, California 94111<br>jlyons@skadden.com<br><br>Thomas Green<br>Morgan Lewis & Bockius LLP<br>One Market - Spear Street Tower<br>San Francisco, CA 94105<br>jhemann@morganlewis.com<br>jfloren@morganlewis.com |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 9, 2008, at Seattle, WA.

*Stephanie Tucker* (signature)

Stephanie Tucker

DLA PIPER US LLP

Page 3

WEST\21438414.1

PROOF OF SERVICE
NO. C 07 3798 JW