1  SHIRLI FABBRI WEISS (Bar No. 079225)
   DAVID PRIEBE (Bar No. 148679)
2  JEFFREY B. COOPERSMITH (Bar No. 252819)
   **DLA PIPER US LLP**
3  2000 University Avenue
   East Palo Alto, CA 94303-2248
4  Tel:  (650) 833-2000
   Fax:  (650) 833-2001
5  Email:  shirli.weiss@dlapiper.com
   Email:  david.priebe@dlapiper.com
6  Email:  jeff.coopersmith@dlapiper.com

7  ELLIOT R. PETERS (Bar No. 158708)
   STUART L. GASNER (Bar No. 164675)
8  **KEKER & VAN NEST LLP**
   710 Sansome Street
9  San Francisco, CA  94111
   Tel:  (415) 391-5400
10 Fax:  (415) 397-7188
   E-mail:  EPeters@KVN.com
11 E-mail:  SGasner@KVN.com

12 Attorneys for Defendant
   KENNETH L. SCHROEDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>KENNETH L. SCHROEDER,<br><br>*Defendant*. | No. C 07 3798 JW<br><br>**NOTICE OF AMENDED HEARING DATE FOR MOTION OF KENNETH L. SCHROEDER TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS (TESTIMONY AND DOCUMENTS) BY (1) KLA-TENCOR CORPORATION AND (2) SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, ATTORNEYS FOR THE SPECIAL COMMITTEE OF KLA'S BOARD OF DIRECTORS**<br><br>Prior hearing date and time:<br>Date:     July 15, 2008<br>Time:     10:00 A.M.<br><br>New hearing date and time:<br>Date:     August 26, 2008<br>Time:     10:00 A.M.<br><br>Courtroom:  8<br>Magistrate Judge Howard R. Lloyd |

1  PLEASE TAKE NOTICE that the Motion Of Kenneth L. Schroeder To Compel Further
2  Responses To Discovery Requests (Testimony And Documents) By (1) KLA-Tencor Corporation
3  And (2) Skadden, Arps, Slate, Meagher & Flom LLP, Attorneys For The Special Committee Of
4  KLA's Board Of Directors (filed June 9, 2008), previously noticed for hearing on **July 15, 2008**,
5  at 10:00 a.m. in the Court of the Honorable Judge Howard R. Lloyd; is hereby re-noticed for
6  hearing on **August 26, 2008**, at 10:00 a.m. in the same Court.

7  Respectfully submitted,

9  Dated:  June 23, 2008                DLA PIPER US LLP

11  By:  /s/ David Priebe
     DAVID PRIEBE

12  Attorneys for Defendant KENNETH L. SCHROEDER