1  SHIRLI FABBRI WEISS (Bar No. 079225)
   DAVID PRIEBE (Bar No. 148679)
2  JEFFREY B. COOPERSMITH (Bar No. 252819)
   **DLA PIPER US LLP**
3  2000 University Avenue
   East Palo Alto, CA 94303-2248
4  Tel:  (650) 833-2000
   Fax:  (650) 833-2001
5  Email:  shirli.weiss@dlapiper.com
   Email:  david.priebe@dlapiper.com
6  Email:  jeff.coopersmith@dlapiper.com

7  ELLIOT R. PETERS (Bar No. 158708)
   STUART L. GASNER (Bar No. 164675)
8  **KEKER & VAN NEST LLP**
   710 Sansome Street
9  San Francisco, CA  94111
   Tel:  (415) 391-5400
10 Fax:  (415) 397-7188
   E-mail:  EPeters@KVN.com
11 E-mail:  SGasner@KVN.com

12 Attorneys for Defendant
   KENNETH L. SCHROEDER

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17 SECURITIES AND EXCHANGE           No. C 07 3798 JW
   COMMISSION,

18        *Plaintiff*,                **STIPULATION AND [PROPOSED] ORDER
                                      TO CONTINUE THE HEARING, SET THE
19        v.                          BRIEFING SCHEDULE AND SET THE
                                      BRIEFING FORMAT** ON THE MOTION
20 KENNETH L. SCHROEDER,              **OF KENNETH L. SCHROEDER TO
                                      COMPEL FURTHER RESPONSES TO
21        *Defendant*.                DISCOVERY REQUESTS (TESTIMONY
                                      AND DOCUMENTS) BY (1) KLA-TENCOR
22                                    CORPORATION AND (2) SKADDEN,
                                      ARPS, SLATE, MEAGHER & FLOM LLP,
23                                    ATTORNEYS FOR THE SPECIAL
                                      COMMITTEE OF KLA'S BOARD OF
                                      DIRECTORS**
24
                                      Date:        August 26, 2008
25                                    Time:        10:00 A.M.

26                                    Courtroom:  8
                                      Magistrate Judge Howard R. Lloyd
27

28

DLA PIPER US LLP    SEC v. Schroeder          STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE
                    No. 07 3798 JW                            FOR SCHROEDER MOTION TO COMPEL
                    Page 1

1    Defendant Kenneth L. Schroeder and non-parties KLA-Tencor Corporation ("KLA") and

2    Skadden, Arps, Slate, Meagher & Flom LLP, by and through their respective counsel, hereby

3    submit, pursuant to Civil L.R. 6-1(b), 6-2, 7-7 and 7-12, this stipulated and agreed request that the

4    Court continue the hearing date and approve a briefing schedule and briefing format for the

5    Motion Of Kenneth L. Schroeder To Compel Further Responses To Discovery Requests

6    (Testimony And Documents) By (1) KLA-Tencor Corporation and (2) Skadden, Arps, Slate,

7    Meagher & Flom LLP, Attorneys For The Special Committee Of KLA's Board Of Directors (the

8    "Motion to Compel").

9    WHEREAS, pursuant to the Court's directive at the January 29, 2008 status conference,

10   Mr. Schroeder filed a single, consolidated 40-page Motion to Compel setting out his arguments

11   concerning both KLA and Skadden, Arps, Slate, Meagher & Flom LLP and several individual

12   Skadden, Arps, Slate, Meagher & Flom attorneys (collectively "Skadden"),[1] in lieu of two or

13   more 25-page motions;

14   WHEREAS Mr. Schroeder filed the Motion to Compel on June 9, 2008 and originally set

15   the Motion to Compel for hearing on July 15, 2008 and later, at the request of KLA and Skadden,

16   continued the hearing to August 26, 2008;

17   WHEREAS KLA and Skadden have requested that the hearing on the Motion to Compel

18   be continued for an additional two weeks, to September 9, 2008, in light of the significance and

19   complexity of the issues raised by the motion and to allow the parties to continue to meet and

20   confer to attempt to reduce the scope of the issues and discovery disputes that the Court would

21   need to consider in connection with Mr. Schroeder's Motion to Compel;

22   WHEREAS, Mr. Schroeder's Motion to Compel addresses separate subpoenas served on

23   KLA and Skadden, and KLA and Skadden believe that it would be both appropriate and efficient

24   (1) for KLA and Skadden to file separate oppositions to the Motion to Compel, with each brief

25   not to exceed 25 pages in length, and (2) for Mr. Schroeder to file, at his election, either two reply

26

27   [1] The individual attorneys served with subpoenas include Elizabeth Harlan, Galen Bellamy, Jack
     DiCanio, Zvi Gabby, Victoria Holstein-Childress, Cale Keable, Morgan Lopez, Richard
28   Marmaro, Thomas McDonald, Lanelle Meidan, Jonah Van Zandt and Sherry Wu.

1  briefs, neither to exceed 15 pages in length, or one consolidated reply brief of no more than 30

2  pages in length;

3      WHEREAS Mr. Schroeder and the Securities and Exchange Commission have no

4  objection to any of the foregoing;

5  **IT IS HEREBY STIPULATED AND AGREED:**

6      Subject to the Court's approval,

7      1.    The hearing on Schroeder's Motion to Compel shall be continued to September 9,

8  2008;

9      2.    KLA and Skadden may file separate opposition briefs to the Motion to Compel,

10  neither of which shall exceed 25 pages in length, no later than August 1, 2008; and

11      3.    Mr. Schroeder may file, at his election, either two separate reply briefs, neither of

12  which shall exceed 15 pages in length, or one consolidated reply brief of no more than 30 pages

13  in length, no later than August 26, 2008.

14  Dated:  July 25, 2008                    DLA PIPER US LLP

15

16                                          By:  /s/ Jeffrey B. Coopersmith
                                            JEFFREY B. COOPERSMITH

17                                          Attorneys for Defendant
18                                          KENNETH L. SCHROEDER

19

20  Dated:  July 25, 2008                    MORGAN, LEWIS & BOCKIUS LLP

21

22                                          By:  /s/ Thomas R. Green
                                            THOMAS R. GREEN

23                                          Attorneys for Non-party
24                                          KLA-TENCOR CORPORATION

25

26

27

28

DLA PIPER US LLP

SEC v. Schroeder                STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE
No. 07 3798 JW                           FOR SCHROEDER MOTION TO COMPEL
Page 3

1

2

Dated:  July 25, 2008                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

3                                               By:  /s/ Timothy Miller

4                                               TIMOTHY MILLER

5
                                                Attorneys for Non-party
6                                               SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP

SEC v. Schroeder                STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE
No. 07 3798 JW                                    FOR SCHROEDER MOTION TO COMPEL
Page 4

1

## **ORDER**

2

### **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3

4

      1.     The hearing on Schroeder's Motion to Compel shall be continued to <u>September 9,</u>

5

<u>2008</u>;

6

      2.     KLA and Skadden shall file separate opposition briefs to the Motion to Compel,

7

neither of which shall exceed 25 pages in length, no later than <u>August 1, 2008</u>; and

8

      3.     Mr. Schroeder may file, at his election, two separate reply briefs in support of the

9

Motion to Compel, neither of which shall exceed 15 pages in length, or one consolidated reply

10

brief of no more than 30 pages in length, no later than <u>August 26, 2008</u>.

11

12

Dated:  July _____, 2008.               _____

13

                         The Honorable Howard R. Lloyd

14

                         United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEC v. Schroeder             STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE
No. 07 3798 JW                      FOR SCHROEDER MOTION TO COMPEL
Page 5