SHIRLI FABBRI WEISS (Bar No. 079225)
DAVID PRIEBE (Bar No. 148679)
JEFFREY B. COOPERSMITH (Bar. No. 252819)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001
Email: shirli.weiss@dlapiper.com
Email: david.priebe@dlapiper.com
Email: jeff.coopersmith@dlapiper.com
Email: stanley.panikowski@dlapiper.com

ELLIOT R. PETERS (Bar No. 158708)
STUART L. GASNER (Bar No. 164675)
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188
E-mail: EPeters@KVN.com
E-mail: SGasner@KVN.com

Attorneys for Defendant
KENNETH L. SCHROEDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>KENNETH L. SCHROEDER,<br><br>*Defendant*. | No. C 07 3798 JW<br><br>**PROOF OF SERVICE** |

SEC v. Schroeder
C-07-3798 (JW)
Page 1

PROOF OF SERVICE
NO. C 07 3798 JW

# PROOF OF SERVICE

I am employed in the city of Seattle, the county of King and the State of Washington in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within-entitled action. My business address is DLA Piper US LLP, 701 Fifth Avenue, Suite 7000, Seattle, WA 98104.

On July 25, 2008, I electronically filed with the court via the ECF system the following document(s), which will automatically send a copy to the parties below at the email addresses listed and to Non-Parties Skadden, Arps, Slate, Meagher & Flom LLP and KLA-Tencor:

- <u>Stipulation And [PROPOSED] Order To Continue The Hearing, Set The Briefing Schedule And Set The Briefing Format</u> On The Motion Of Kenneth L. Schroeder To Compel Further Responses To Discovery Requests (Testimony and Documents) By (1) KLA-Tencor Corporation And (2) Skadden, Arps, Slate, Meagher & Flom LLP, Attorneys For The Special Committee Of KLA's Board Of Directors.

Susan F. La Marca
Mark P. Fickes
Elena Ro
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94101
lamarcas@sec.gov
fickesm@sec.gov
roe@sec.gov

James E. Lyons
Skadden Arps Slate Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
jlyons@skadden.com

Thomas Green
Morgan Lewis & Bockius LLP
One Market - Spear Street Tower
San Francisco, CA 94105
jhemann@morganlewis.com
jfloren@morganlewis.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 25, 2008, at Seattle, WA.

*Stephanie Tuck* (signature)

Stephanie Tucker

WEST\21451005.1

SEC v. Schroeder
C-07-3798 (JW)
Page 2

PROOF OF SERVICE
NO. C 07 3798 JW

DLA PIPER US LLP