SHIRLI FABBRI WEISS (Bar No. 079225)
DAVID PRIEBE (Bar No. 148679)
JEFFREY B. COOPERSMITH (Bar No. 252819)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel:  (650) 833-2000
Fax:  (650) 833-2001
Email:  shirli.weiss@dlapiper.com
Email:  david.priebe@dlapiper.com
Email:  jeff.coopersmith@dlapiper.com

ELLIOT R. PETERS (Bar No. 158708)
STUART L. GASNER (Bar No. 164675)
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA  94111
Tel:  (415) 391-5400
Fax:  (415) 397-7188
E-mail:  EPeters@KVN.com
E-mail:  SGasner@KVN.com

Attorneys for Defendant
KENNETH L. SCHROEDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     *Plaintiff*,<br><br>     v.<br><br>KENNETH L. SCHROEDER,<br><br>     *Defendant*. | No. C 07 3798 JW<br><br>**DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING, SET THE BRIEFING SCHEDULE AND SET THE BRIEFING FORMAT ON THE MOTION OF KENNETH L. SCHROEDER TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS (TESTIMONY AND DOCUMENTS) BY (1) KLA-TENCOR CORPORATION AND (2) SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, ATTORNEYS FOR THE SPECIAL COMMITTEE OF KLA'S BOARD OF DIRECTORS**<br><br>Date:      August 26, 2008<br>Time:     10:00 A.M.<br><br>Courtroom:  8<br>Magistrate Judge Howard R. Lloyd |

1

2      I, Jeffrey B. Coopersmith, declare as follows:

3      1.      I am an attorney licensed to practice law in the State of California and am admitted

4   to practice before this honorable Court.  I am one of the attorneys representing Defendant

5   Kenneth L. Schroeder in this case.

6      2.      On June 9, 2008, Mr. Schroeder filed the Motion Of Kenneth L. Schroeder To

7   Compel Further Responses To Discovery Requests (Testimony And Documents) By (1) KLA-

8   Tencor Corporation And (2) Skadden, Arps, Slate, Meagher & Flom LLP, Attorneys For The

9   Special Committee Of KLA's Board Of Directors (the "Motion to Compel").  Mr. Schroeder

10  originally set the Motion to Compel for hearing July 15, 2008.

11     3.      Pursuant to the Court's directive at the January 29, 2008 status conference,

12  Mr. Schroeder filed a single, consolidated Motion to Compel setting out his arguments

13  concerning both KLA-Tencor Corporation ("KLA") and Skadden, Arps, Slate, Meagher & Flom

14  LLP and several individual Skadden, Arps, Slate, Meagher & Flom attorneys (collectively

15  "Skadden"),[1] in lieu of two or more 25-page motions.

16     4.      At the request of counsel for KLA, on June 23, 2008, Mr. Schroeder continued the

17  hearing date for the Motion to Compel to August 26, 2008.

18     5.      Counsel for KLA and Skadden have requested that the hearing date for Mr.

19  Schroeder's Motion to Compel be continued for an additional two weeks, to September 9, 2008,

20  in light of the significance and complexity of the issues raised by the motion, and to allow the

21  parties to continue to meet and confer to attempt to reduce the scope of the issues and discovery

22  disputes that the Court would need to consider in connection with the Motion to Compel.

23     6.      Counsel for KLA and Skadden have informed me that they believe the it would be

24  both appropriate and efficient for KLA and Skadden to file separate oppositions to the Motion to

25  Compel, with each brief not to exceed 25 pages in length, no later than August 1, 2008.  In light

26

27  [1] The individual attorneys served with subpoenas include Elizabeth Harlan, Galen Bellamy, Jack

28  DiCanio, Zvi Gabby, Victoria Holstein-Childress, Cale Keable, Morgan Lopez, Richard
    Marmaro, Thomas McDonald, Lanelle Meidan, Jonah Van Zandt and Sherry Wu.

SEC v. Schroeder                                    DECLARATION OF JEFFREY B. COOPERSMITH
C-07-3798 (JW)
Page 2

1    of that, counsel for KLA, Skadden and Mr. Schroeder have also agreed that it would be

2    appropriate for Mr. Schroeder to file, at his election, one consolidated reply brief not to exceed 30

3    pages in length, or two separate reply briefs, each not to exceed 15 pages in length, no later than

4    August 26, 2008.

5          7.      Counsel for Plaintiff Securities and Exchange Commission has informed me that

6    the Commission does not object to KLA's and Skadden's request for a continuance, or to the

7    parties' agreed briefing arrangements.

8         I declare under penalty of perjury that the foregoing is true and correct.

9

10    Dated:  July 25, 2008            /s/ Jeffrey B. Coopersmith

11                                    JEFFREY B. COOPERSMITH

12

13    WEST\21453962.1

SEC v. Schroeder                                       DECLARATION OF JEFFREY B. COOPERSMITH
C-07-3798 (JW)
Page 3