1  SHIRLI FABBRI WEISS (Bar No. 079225)
   DAVID PRIEBE (Bar No. 148679)
2  JEFFREY B. COOPERSMITH (Bar. No. 252819)
   **DLA PIPER US LLP**
3  2000 University Avenue
   East Palo Alto, CA 94303-2248
4  Tel: (650) 833-2000
   Fax: (650) 833-2001
5  Email: shirli.weiss@dlapiper.com
   Email: david.priebe@dlapiper.com
6  Email: jeff.coopersmith@dlapiper.com
   Email: stanley.panikowski@dlapiper.com
7
   ELLIOT R. PETERS (Bar No. 158708)
8  STUART L. GASNER (Bar No. 164675)
   **KEKER & VAN NEST LLP**
9  710 Sansome Street
   San Francisco, CA 94111
10 Tel: (415) 391-5400
   Fax: (415) 397-7188
11 E-mail: EPeters@KVN.com
   E-mail: SGasner@KVN.com
12
   Attorneys for Defendant
13 KENNETH L. SCHROEDER

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17 SECURITIES AND EXCHANGE           No. C 07 3798 JW
   COMMISSION,
18                                    **PROOF OF SERVICE**
              *Plaintiff,*
19
         v.
20
   KENNETH L. SCHROEDER,
21
              *Defendant.*
22

SEC v. Schroeder
C-07-3798 (JW)
Page 1
WEST\21478691.1

PROOF OF SERVICE
NO. C 07 3798 JW

# PROOF OF SERVICE

I am employed in the city of Seattle, the county of King and the State of Washington in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within-entitled action. My business address is DLA Piper US LLP, 701 Fifth Avenue, Suite 7000, Seattle, WA 98104.

On July 25, 2008, I electronically filed with the court via the ECF system the following document(s), which will automatically send a copy to the parties below at the email addresses listed and to Non-Parties Skadden, Arps, Slate, Meagher & Flom LLP and KLA-Tencor:

- Declaration Of Jeffrey B. Coopersmith In Support of <u>Stipulation And [PROPOSED] Order To Continue The Hearing, Set The Briefing Schedule And Set The Briefing Format</u> On The Motion Of Kenneth L. Schroeder To Compel Further Responses To Discovery Requests (Testimony and Documents) By (1) KLA-Tencor Corporation And (2) Skadden, Arps, Slate, Meagher & Flom LLP, Attorneys For The Special Committee Of KLA's Board Of Directors.

| | |
|---|---|
| Susan F. La Marca<br>Mark P. Fickes<br>Elena Ro<br>Securities and Exchange Commission<br>44 Montgomery Street, Suite 2600<br>San Francisco, CA 94101<br>lamarcas@sec.gov<br>fickesm@sec.gov<br>roe@sec.gov | James E. Lyons<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Embarcadero Center, Suite 3800<br>San Francisco, California 94111<br>jlyons@skadden.com<br><br>Thomas Green<br>Morgan Lewis & Bockius LLP<br>One Market - Spear Street Tower<br>San Francisco, CA 94105<br>jhemann@morganlewis.com<br>jfloren@morganlewis.com |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 25, 2008, at Seattle, WA.

*Stephanie Tucker* (signature)

Stephanie Tucker

---

SEC v. Schroeder
C-07-3798 (JW)
Page 2
WEST\21478691.1

PROOF OF SERVICE
NO. C 07 3798 JW