SHIRLI FABBRI WEISS (Bar No. 079225)
DAVID PRIEBE (Bar No. 148679)
JEFFREY B. COOPERSMITH (Bar No. 252819)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001
Email: shirli.weiss@dlapiper.com
Email: david.priebe@dlapiper.com
Email: jeff.coopersmith@dlapiper.com

ELLIOT R. PETERS (Bar No. 158708)
STUART L. GASNER (Bar No. 164675)
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188
E-mail: EPeters@KVN.com
E-mail: SGasner@KVN.com

Attorneys for Defendant
KENNETH L. SCHROEDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff*,

v.

KENNETH L. SCHROEDER,

*Defendant*.

No. C 07 3798 JW

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING, SET THE BRIEFING SCHEDULE AND SET THE BRIEFING FORMAT ON THE MOTION OF KENNETH L. SCHROEDER TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS (TESTIMONY AND DOCUMENTS) BY (1) KLA-TENCOR CORPORATION AND (2) SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, ATTORNEYS FOR THE SPECIAL COMMITTEE OF KLA'S BOARD OF DIRECTORS**

Date: August 26, 2008
Time: 10:00 A.M.

Courtroom: 8
Magistrate Judge Howard R. Lloyd

**MODIFIED BY THE COURT**

DLA PIPER US LLP
SEC v. Schroeder
No. 07 3798 JW
Page 1
STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR SCHROEDER MOTION TO COMPEL

Defendant Kenneth L. Schroeder and non-parties KLA-Tencor Corporation ("KLA") and Skadden, Arps, Slate, Meagher & Flom LLP, by and through their respective counsel, hereby submit, pursuant to Civil L.R. 6-1(b), 6-2, 7-7 and 7-12, this stipulated and agreed request that the Court continue the hearing date and approve a briefing schedule and briefing format for the Motion Of Kenneth L. Schroeder To Compel Further Responses To Discovery Requests (Testimony And Documents) By (1) KLA-Tencor Corporation and (2) Skadden, Arps, Slate, Meagher & Flom LLP, Attorneys For The Special Committee Of KLA's Board Of Directors (the "Motion to Compel").

WHEREAS, pursuant to the Court's directive at the January 29, 2008 status conference, Mr. Schroeder filed a single, consolidated 40-page Motion to Compel setting out his arguments concerning both KLA and Skadden, Arps, Slate, Meagher & Flom LLP and several individual Skadden, Arps, Slate, Meagher & Flom attorneys (collectively "Skadden"),[1] in lieu of two or more 25-page motions;

WHEREAS Mr. Schroeder filed the Motion to Compel on June 9, 2008 and originally set the Motion to Compel for hearing on July 15, 2008 and later, at the request of KLA and Skadden, continued the hearing to August 26, 2008;

WHEREAS KLA and Skadden have requested that the hearing on the Motion to Compel be continued for an additional two weeks, to September 9, 2008, in light of the significance and complexity of the issues raised by the motion and to allow the parties to continue to meet and confer to attempt to reduce the scope of the issues and discovery disputes that the Court would need to consider in connection with Mr. Schroeder's Motion to Compel;

WHEREAS, Mr. Schroeder's Motion to Compel addresses separate subpoenas served on KLA and Skadden, and KLA and Skadden believe that it would be both appropriate and efficient (1) for KLA and Skadden to file separate oppositions to the Motion to Compel, with each brief not to exceed 25 pages in length, and (2) for Mr. Schroeder to file, at his election, either two reply

---

[1] The individual attorneys served with subpoenas include Elizabeth Harlan, Galen Bellamy, Jack DiCanio, Zvi Gabby, Victoria Holstein-Childress, Cale Keable, Morgan Lopez, Richard Marmaro, Thomas McDonald, Lanelle Meidan, Jonah Van Zandt and Sherry Wu.

DLA PIPER US LLP

SEC v. Schroeder
No. 07 3798 JW
Page 2

STIPULATION AND [PROPOSED] XXXXXXXX ORDER TO SET BRIEFING SCHEDULE FOR SCHROEDER MOTION TO COMPEL

briefs, neither to exceed 15 pages in length, or one consolidated reply brief of no more than 30 pages in length;

WHEREAS Mr. Schroeder and the Securities and Exchange Commission have no objection to any of the foregoing;

**IT IS HEREBY STIPULATED AND AGREED:**

Subject to the Court's approval,

1. The hearing on Schroeder's Motion to Compel shall be continued to September 9, 2008;

2. KLA and Skadden may file separate opposition briefs to the Motion to Compel, neither of which shall exceed 25 pages in length, no later than August 1, 2008; and

3. Mr. Schroeder may file, at his election, either two separate reply briefs, neither of which shall exceed 15 pages in length, or one consolidated reply brief of no more than 30 pages in length, no later than August 26, 2008.

Dated: July 25, 2008

DLA PIPER US LLP

By: /s/ Jeffrey B. Coopersmith
JEFFREY B. COOPERSMITH

Attorneys for Defendant
KENNETH L. SCHROEDER

Dated: July 25, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Thomas R. Green
THOMAS R. GREEN

Attorneys for Non-party
KLA-TENCOR CORPORATION

DLA PIPER US LLP

SEC v. Schroeder
No. 07 3798 JW
Page 3

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR SCHROEDER MOTION TO COMPEL

Dated: July 25, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Timothy Miller
TIMOTHY MILLER

Attorneys for Non-party
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

SEC v. Schroeder
No. 07 3798 JW
Page 4

STIPULATION AND [XXXXXXXX] ORDER TO SET BRIEFING SCHEDULE FOR SCHROEDER MOTION TO COMPEL

DLA PIPER US LLP

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The hearing on Schroeder's Motion to Compel shall be continued to September ~~X~~ **23**, 2008;

2. KLA and Skadden shall file separate opposition briefs to the Motion to Compel, neither of which shall exceed 25 pages in length, no later than August 1, 2008; and

3. Mr. Schroeder may file, at his election, two separate reply briefs in support of the Motion to Compel, neither of which shall exceed 15 pages in length, or one consolidated reply brief of no more than 30 pages in length, no later than August 26, 2008.

Dated: ~~July~~ August 1, 2008.

The Honorable Howard R. Lloyd
United States Magistrate Judge