1   MORGAN, LEWIS & BOCKIUS LLP
    JOHN H. HEMANN (SBN 165823)
2   JOSEPH E. FLOREN (SBN 168292)
    THOMAS R. GREEN (SBN 203480)
3   One Market, Spear Street Tower
    San Francisco, CA 94105-1126
4   Tel:  415.442.1000
    Fax:  415.442.1001
5   Email: jhemann@morganlewis.com
            jfloren@morganlewis.com
6           tgreen@morganlewis.com
    Attorneys for Non Party KLA-Tencor Corporation
7

8               UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11  SECURITIES AND EXCHANGE          Case No. C-5:07-cv-3798-JW (HRL)
    COMMISSION,
12                                   **NON PARTY KLA-TENCOR
                   Plaintiff,        CORPORATION'S APPENDIX OF NON-
13                                   FEDERAL AUTHORITIES IN SUPPORT
            v.                       OF OPPOSITION TO KENNETH L.
14                                   SCHROEDER'S MOTION TO COMPEL**

15  KENNETH L. SCHROEDER,            Date:        September 9, 2008
                                     Time:        10:00 a.m.
16                 Defendant.        Dept.:       Courtroom 2, 5th Floor
                                     Judge:       Magistrate Judge Howard R. Lloyd
17
                                     Trial Date:
18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB2/20787369.1

KLA'S APPENDIX ISO OPPOSITION TO
MTN TO COMPEL CASE NO. C-07-3798 JW

**TO THE COURT AND ALL PARTIES OF RECORD:**

Please take notice that Defendant KLA-Tencor Corporation hereby submits the following Non-Federal Authorities in support of Opposition to Schroeder's Motion to Compel.

<u>**Non-Federal Authorities**</u>                                                                                    <u>**TAB**</u>

Attorney-Client Protection Act of 2007, H.R. 3013, 110th Cong. (2007)............................  1

Attorney-Client Privilege Protection Act of 2008, S. 3217, 110th Cong. (2008)..................  2

Brian W. Walsh, *What We Have Here Is Failure to Cooperate: The Thompson
    Memorandum and Federal Prosecution of White-Collar Crime*,
    LEGAL MEMORANDUM (Nov. 6, 2006) ..............................................................  3

Statement of the Hon. Arlen Specter (June 26, 2008) ...........................................  4

Letter from Deputy Attorney General Mark Filip to the Hon. Patrick J. Leahy
    and the Hon. Arlen Specter (July 9, 2008) .......................................................  5

*People ex. rel. Spitzer v. Greenberg,*
    851 N.Y.S.2d 196 (N.Y. App. Div. 2008) .......................................................  6

*Regents of the Univ. of Cal. v. Sup. Ct.,*
    No. D051364, 2008 WL 2908123 (Cal. Ct. App. July 30, 2008) ...................................  7

*Saito v. McKesson HBOC, Inc.,*
    No. Civ.A 18553, 2002 WL 31657622 (Del.Ch. Nov. 13, 2002)...................................  8

William R. McLucas et al., *The Decline of the Attorney-Client Privilege
    in the Corporate Setting*, 96 J. CRIM. L. & CRIMINOLOGY, no. 2, 621 (2006)  .................  9

Memorandum from Larry D. Thompson, former Deputy Attorney General,
    U.S. Dep't of Justice, to Heads of Dep't Components, U.S. Attorneys,
    Principles of Federal Prosecution of Business Organizations (Jan. 20, 2003) .................  10

Memorandum from Paul J. McNulty, Deputy Attorney General, U.S. Dep't of Justice
    to of Dep't Components, U.S. Attorneys, Principles of Federal Prosecution of
    Business Organizations (Dec. 12, 2006) .........................................................  11

Report of Investigation Pursuant to Section 21(A) of the Securities and Exchange
    Act of 1934 and Commission Statement on the Relationship of Cooperation
    to Agency Enforcement Decisions, Exchange Act Release No. 34,44969,
    Accounting and Auditing Enforcement Act Release No. AE-1470,
    76 SEC Docket 220 (Oct. 23, 2001)  ..............................................................  12

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB2/20787369.1

KLA'S APPENDIX ISO OPPOSITION TO
MTN TO COMPEL CASE NO. C-07-3798 JW

*The Thompson Memorandum's Effect on the Right to Counsel in Corporate Investigations: Hearing Before the S. Comm. on the Judiciary,* 109th Cong. (2006) (statement of Karen J. Mathis, President of the Am. Bar Ass'n)......................................   13

Dated:  August 1, 2008                     MORGAN, LEWIS & BOCKIUS LLP
                                           JOHN H. HEMANN
                                           JOSEPH E. FLOREN
                                           THOMAS R. GREEN


                                           By _____/s/_____
                                                   Thomas R. Green

                                           Attorneys for Non Party KLA-Tencor
                                           Corporation

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

DB2/20787369.1

2

KLA'S APPENDIX ISO OPPOSITION TO
MTN TO COMPEL CASE NO. C-07-3798 JW