# EXHIBIT 7
TO
HEMANN DECLARATION

EXHIBIT 7
TO
HEMANN DECLARATION

MARC J. FAGEL (Cal. Bar No. 154425)
SUSAN F. LA MARCA (Cal. Bar No. 215231)
lamarcas@sec.gov
MARK P. FICKES (Cal Bar No. 178570)
fickesm@sec.gov
ELENA RO (Cal. Bar No. 197308)
roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>KENNETH L. SCHROEDER,<br>Defendant. | Case No. C-07-3798-JW<br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S INITIAL DISCLOSURES** |

Plaintiff Securities and Exchange Commission ("Commission") hereby makes the following disclosures to defendant pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

**A. PERSONS WITH INFORMATION**

The following individuals are likely to have discoverable information that the Commission may use in support of its claims. The Commission reserves the right to rely upon information from, or to call as witnesses, other persons whose identities may become known during the course of the action, and to rely upon information from other sources for the purposes of impeachment. The

Commission also reserves the right to call as witnesses any persons whom the defendant identifies or should identify in his disclosures.

Joseph Anastasi
c/o LECG, LLC
201 Mission Street, Suite 800
San Francisco, CA 94105
(415) 267-0300

Mr. Anastasi assisted the Special Committee of the Board of Directors of KLA-Tencor Corp. in its investigation of KLA's historical stock option pricing practices. He may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Pam Avent
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Avent worked in Compliance at KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process. She may also have information about KLA's process for filing reports with the Commission.

James Bagley
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Bagley was a former member of KLA-Tencor Corp.'s Board of Directors and Compensation Committee. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

JC Berger
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower

San Francisco, CA 94105
(415) 442-1355

Mr. Berger was the former corporate accountant and current Division Controller at KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Lisa Berry
c/o Melinda Haag, Esq.
Orrick Herrington & Sutcliffe
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5610

Ms. Berry was the former Vice President and General Counsel of KLA. She may have information about the stock options backdating at KLA, as more particularly described in the Complaint, and other individuals' respective roles in such fraudulent conduct. She also may have information about KLA's process for filing reports with the Commission.

Steve Bertran
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Bertran is the Senior Manager of U.S. Compensation at KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Vijajakala "Vijay" Biligiri
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Biligiri was the former Senior Stock Administrator at KLA Instruments. He may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Raymond Bingham
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Bingham is a member of the Board of Directors of KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Bob Boehlke
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Boehlke was the former Chief Operating Officer and Chief Financial Officer of KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Frank Brienzo
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Brienzo was the former Vice President of Human Resources of KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Leo Chamberlain
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Chamberlain was a former member of KLA-Tencor Corp.'s Board of Directors and Compensation Committee. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Bernice Chen
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Chen is a former Corporate Senior Counsel at KLA-Tencor Corp. She may have information about KLA's process for filing reports with the Commission.

Raman Chitkara
c/o Elizabeth Malaspina, Esq.
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
(212) 450-4430

Mr. Chitkara was a former engagement partner on the KLA-Tencor Corp. account at PricewaterhouseCoopers. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Judith Christiansen
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Christiansen was the Executive Assistant to former Chairman of the Board and CEO Kenneth Levy at KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process. She may also have information about KLA's process for filing reports with the Commission.

Tom Coffey
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Coffey was the VP of Human Resources at KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Kathryn Cross
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Cross is the Senior Director of Compensation of KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Sandra Dahl
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Dahl was a former Human Resources Case Manager 3 at KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Stephen Daughters
c/o LECG, LLC
201 Mission Street, Suite 800
San Francisco, CA 94105
(415) 267-0300

Mr. Daughters assisted the Special Committee of the Board of Directors of KLA-Tencor Corp. in its investigation of KLA's historical stock option pricing practices. He may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Jack P. DiCanio, Esq.
c/o Skadden, Arps, Slate, Meagher & Flom LLP

300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
(213) 687-5000

Mr. DiCanio served as counsel to the Special Committee of the Board of Directors of KLA-Tencor Corp. during its investigation of KLA's historical stock option pricing practices. He may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Gary E. Dickerson
c/o Walter F. Brown Jr., Esq.
Robert P. Varian, Esq.
Orrick Herrington & Sutcliffe
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5995

Mr. Dickerson was the former Chief Operating Officer of KLA and served on KLA's Stock Option Committee from 1999 to 2004. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Bret DiMarco
c/o Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Mr. DiMarco was the former outside counsel for KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Richard Elkus
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Elkus was a former member of the Board of Directors of KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Virginia Eslabon
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Eslabon is a Compensation Analyst at KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Thomas Ezrin
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Erzin is a Vice President of Human Resources at KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Michelle Foote
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Foote is a former Compensation Analyst at KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Elizabeth A. Harlan, Esq.
c/o Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center
Suite 3800
San Francisco, CA 94111
(415) 984-6400

Ms. Harlan served as counsel to the Special Committee of the Board of Directors of KLA-Tencor Corp. during its investigation of KLA's historical stock option pricing practices. She may

have information about the stock option pricing procedures at KLA and defendant's role in such process.

Kimberly Jackson
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Foote is an Associate General Counsel at KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process. She may also have information about KLA's process for filing reports with the Commission.

Michael Kahn
c/o Michael Piazza, Esq.
Dorsey & Whitney LLP
38 Technology Drive
Irvine, CA 92618-5310
(949) 932-3600

Mr. Kahn was the former Vice President of Human Resources of KLA. He may have information about the stock option pricing procedures at KLA.

Stephen Kaufman
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Kaufman is a member of KLA-Tencor Corp.'s Board of Directors and Compensation Committee. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Virendra Kirloskar
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Kirloskar was a former Corporate Controller at KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

John Kispert
c/o Craig Martin
Morrison & Foerster
425 Market Street
San Francisco, CA 94105
(415) 268-7000

Mr. Kispert is the President and Chief Operating Officer of KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Tracy Laboy
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Laboy is the Senior Director of Global Benefits at KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process. She may also have information about KLA's process for filing reports with the Commission.

Jennifer Lacey
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Lacey is the Stock Plan Administrator at KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process. She may also have information about KLA's process for filing reports with the Commission.

Maureen Lamb
c/o John C. Dwyer, Esq.
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real

Palo Alto, CA 94306-2155
(650) 857-5000

Ms. Lamb was the former VP of Finance of KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process. She may also have information about KLA's process for filing reports with the Commission.

Kenneth Levy
c/o Patrick D. Robbins, Esq.
Shearman & Sterling
525 Market Street
San Francisco, CA 94105
(415) 616-1210

Mr. Levy founded KLA Instruments Corporation, and after KLA Instruments merged with Tencor Instruments, served as KLA's Chairman of the Board and Chief Executive Officer. Levy also served on KLA's Stock Option Committee from 1997 to 2004. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Dean Lindholm
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Lindholm was a former Vice President of Human Resources at KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Robert Lorenzini
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Lorenzini was a former member of the Board of Directors of KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Cynthia Mangan
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Mangan was a former administrative assistant to Gary Dickerson at KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Kathy Marines
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Marines is the Manager of Stock and Retirement Services at KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Michael Marks
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Marks was a former member of the Board of Directors and Compensation Committee of KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Richard Marmaro
c/o Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
(213) 687-5000

Mr. Marmaro served as counsel to the Special Committee of the Board of Directors of KLA-Tencor Corp. during its investigation of KLA's historical stock option pricing practices. He may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Kevin McAndrews
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. McAndrews is an Associate General Counsel, Intellectual Property, at KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Andrew Middleton
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Middleton is an attorney employed by Hudson Global Resources and assisted the Special Committee of the Board of Directors of KLA-Tencor Corp. during its investigation of KLA's historical stock option pricing practices. He may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Timothy A. Miller, Esq.
c/o Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center
Suite 3800
San Francisco, CA 94111
(415) 984-6400

Mr. Miller served as counsel to the Special Committee of the Board of Directors of KLA-Tencor Corp. during its investigation of KLA's historical stock option pricing practices. He may

have information about the stock option pricing procedures at KLA and defendant's role in such process.

Marshall Mohr
c/o Elizabeth Malaspina, Esq.
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
(212) 450-4430

Mr. Mohr was a former engagement partner on the KLA-Tencor Corp. account at PricewaterhouseCoopers. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Dean Morton
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Morton was a former member of the Board of Directors of KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Stuart Nichols
c/o Mark A. Belnick, Esq.
Law Offices of Mark A. Belnick, LLC
120 West 45th St., Suite 1700B
New York, NY 10036
(646) 453-2900

Mr. Nichols was the former General Counsel at KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Professor Yoshio Nishi
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower

San Francisco, CA 94105
(415) 442-1355

Mr. Nishi was a former member of the Board of Directors of KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Mark Nordstrom
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Nordstrom was the Treasurer of KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Joy L. Nyberg
c/o Sharon M. Bunzel, Esq.
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
(415) 984-8700

Ms. Nyberg was the former Director of Compensation in KLA's Human Resources Department. She may have information about the stock option pricing procedures at KLA and defendant's role in such process. She may also have information about KLA's process for filing reports with the Commission.

Gary Omura
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Omura was a former Compensation and Benefits Manager at KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Sharon Orlando

c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Orlando was a former Senior Stock Administrator at KLA Instruments. She may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Dean Morton
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Rubinovitz was a former member of the Board of Directors of KLA Instruments and KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Lars Samson
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Samson is the Compensation Program Manager at KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Arthur Schnitzer
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Schnitzer was a former Vice President of Human Resources at KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Kenneth L. Schroeder
14545 Manuella Road
Los Altos Hills, CA 94022
Telephone unknown

Mr. Schroeder was the former President and Chief Executive Officer of KLA-Tencor Corp. from July 1999 until January 2006. He also served on KLA's Board of Directors and its Stock Option Committee from 1997 through 2005. He may have information about the stock options backdating at KLA, as more particularly described in the Complaint, and other individuals' respective roles in such fraudulent conduct. He may also have information about KLA's process for filing reports with the Commission.

Carol Skebe
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Skebe is the administrative assistant for John Kispert at KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Barbara Stebbins
c/o KLA-Tencor Corp.
160 Rio Robles
San Jose, CA 95134
(408) 875-3000

Ms. Stebbins was a former employee in Stock Administration at KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Roger Stern
c/o Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

(650) 493-9300

Mr. Stern was the former outside counsel for KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Jon Tompkins
c/o Warrington S. Parker III, Esq.
Michael J. Shepard, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
(415) 772-6176

Mr. Tompkins was the former Chief Executive Officer and Chairman of the Board of Directors of KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Sonal Vashaimpayan
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Ms. Sonal Vashaimpayan was a former corporate accountant at KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process.

Richard Wallace
c/o John H. Hemann, Esq.
William H. Kimball, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1355

Mr. Wallace is the Chief Executive Officer of KLA-Tencor Corp. He may have information about the stock option pricing procedures at KLA and defendant's role in such process. He may also have information about KLA's process for filing reports with the Commission.

Leslie Wilson

c/o Frank R. Ubhaus, Esq.
Berliner Cohen
10 Almaden Blvd, Suite 1100
San Jose, CA 95113
(408) 286-5800

Ms. Wilson was the former director of benefits, compensation and human resources information systems at KLA-Tencor Corp. She may have information about the stock option pricing procedures at KLA and defendant's role in such process.

**B. DOCUMENTS AVAILABLE FOR INSPECTION AND COPYING**

The Commission has produced for inspection and copying the following documents, data compilations, and tangible things that are in its possession, custody or control and may be used to support its claims, except those to be used solely for impeachment: (1) the transcripts of testimony taken by Commission staff identified in Exhibit A; (2) exhibits marked during the testimony in the Commission's underlying investigation, as identified in Exhibit A; (3) documents produced to the Commission during its investigation preceding this case, as identified in Exhibit A.

The documents are available for inspection at the Commission's offices in San Francisco, California. They are available for photocopying at the expense of the defendant. Plaintiff reserves the right to rely upon additional information that may be discovered during the course of the action, and for the purposes of impeachment.

**C. DAMAGES CLAIMS**

Plaintiff does not seek damages in this action. The Commission seeks injunctive relief, disgorgement of ill-gotten gains and other equitable relief in the form of a bar as alleged in the Complaint. The Commission has also requested civil money penalties pursuant to Section 20 of the Securities Act of 1933, 15 U.S.C. § 77t, and Section 21 of the Securities Exchange Act of 1934, 15 U.S.C. § 78u. In addition, the Commission seeks forfeiture of bonuses and profits from stock sales from defendant pursuant to Section 304 of the Sarbanes-Oxley Act of 2002.

**D. INSURANCE AGREEMENTS**

Plaintiff is not aware of any insurance agreement that may satisfy any portion of the judgment sought.

DATED: October 3, 2007

Mark P. Fickes
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

20

PLAINTIFF'S INITIAL DISCLOSURES
CASE NO. C-07-3798-JW

**EXHIBIT A**

SEC v. Schroeder, Case No. C-07-3798-JW
DOCUMENT INDEX v2
(amended 10/03/07)

| Box # | Bates Range | Description | Electronic Copy? |
|---|---|---|---|
| [redacted] | GD 1-2567; GD [redacted] | Gary Dickerson production: GD email re options, 2004 calendar [redacted] | GD 1-2567 only |
| 2 | GD 2568-5788 | Gary Dickerson production: GD email re options; calendar | Yes |
| 3 | GD 5789-6701 | Gary Dickerson production: GD calendar | Yes |
| [redacted] | [redacted] | Wilson Sonsini production [redacted] | [redacted] |
| 5 | MK1 – 6855; MK-PRIV1 - 144 | Michael Kahn production: 1 CD (no hard copies), various documents and communications re options | Yes |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | Roy Nyberg production [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] production [redacted] | [redacted] |
| 6 | KT 1 - 1589; KT ACWP-PRIV 1 - 160 | KLA-Tencor production: Binders 1-4 ("Documents Produced by KLA-Tencor Corporation") | Yes |
| 7 | KT 1590 – 2355; KT ACWP-PRIV 161 - | Binder 5 & 6 ("Documents Produced by KLA-Tencor Corporation"), 1 binder ("Documents Referenced in Presentation to USAO and SEC on 10/12/2006") | Yes |

[redacted footnote text]

| | 226 | (no separate Bates numbering) | |
|---|---|---|---|
| 8 | KT 2356 - 3506 | 4 binders of documents maintained by Lars Samson in KLA's Compensation Department | Yes |
| 9 | KT 1 - 1589;<br>KT ACWP-PRIV 1 - 160 | Binders 1-4 (duplicative of Box 6) | Yes |
| 10 | KT 1590 – 2355;<br>KT ACWP-PRIV 161 - 226 | Binder 5 & 6; 1 binder (duplicative of Box 7) | Yes |
| 11 | KT 2356 – 3506 | 4 binders of documents maintained by Lars Samson (duplicative of Box 8) | Yes |
| 12 | KLA-SEC 1-22; KLA-SEC 23-2510; KLA-SEC 2511-2514; KLA-SEC 2515-2525 | Stock option grant information re KLA executives from January 1997 to June 2006; stock option grant information re KLA employees from January 1997 to June 2006; revised versions of KLA-SEC 4-7; stock option grant charts | Yes |
| 13 | MLB/KLA-SEC 2526 – 3999; ACWP-PRIV 227 - 228 | Documents re Special Committee interviews of Michael Kahn, Leslie Wilson & Lars Samson (vol 1 – 5); list of Special Committee key word search terms; color version of KT ACWP-PRIV 14-15 re-numbered as ACWP-PRIV 227-228 | Yes |
| 14 | MLB/KLA-SEC 4000 – 5670 | Grant Binders (volumes 1-4) | Yes |
| 15 | MLB/KLA-SEC 5671 – 6728; 6729 - 7838 | Grant Binders (volumes 5 & 6); grant binders for grants 12, 31-51 (volumes 1-3) | Yes |
| 16 | MLB/KLA-SEC 7839 – 8934 | 2 binders of documents re Stuart Nichols & Jon Tompkins Special Committee interviews | Yes |
| 17 | MLB/KLA-SEC 8935 – 11064 | Documents retrieved from Lisa Berry's hard drive (Box 1 of 4) | Yes |
| 18 | MLB/KLA-SEC 11065 – 12999 | Documents retrieved from Lisa Berry's hard drive (Box 2 of 4) | Yes |
| 19 | MLB/KLA-SEC 13000 – 15166 | Documents retrieved from Lisa Berry's hard drive (Box 3 of 4) | Yes |

| | | | |
|---|---|---|---|
| 20 | MLB/KLA-SEC 15167 – 16858 | Documents retrieved from Lisa Berry's hard drive (Box 4 of 4) | Yes |
| 21 | KT ACWP-PRIV 227 – 1165 | Special Committee witness interview memoranda | Yes |
| 22 | MLB/KLA-SEC 16859 – 16930 | Personnel files for Lars Samson & Stuart Nichols | Yes |
| --- | MLB/KLA-SEC 16931 – 17934 DO NOT EXIST | | |
| 22 | MLB/KLA-SEC 17935 – 19422 | Electronic calendar data of Lars Samson | Yes |
| 23 | MLB/KLA-SEC 19423 – 20953 | Electronic calendar data of Lars Samson; Jon Tompkins hard copy calendar data | Yes |
| 24 | MLB/KLA-SEC 20954 – 21028; KT ACWP-PRIV 1168 – 1308 | 20954-21028: binder re grants dated 7/26/94, 4/18/95, 9/17/96 & 3/14/97; 1168-1172: priv docs re above grants; 1173-1308: Nichols' original file re stock option pricing (loose docs) | Yes |
| 24 | MLB/KLA SEC 21029 – 22978; KT ACWP-PRIV 1309 – 1324 | Michael Kahn personnel file (loose docs); Gary Dickerson Special Committee binders (3 binders) | Yes |
| 25 | MLB/KLA SEC 22979 – 22999, 22983R-22984R; KT ACWP-PRIV1325 – 1330 | Maureen Lamb Special Committee interview documents | Yes |
| 25 | MLBKLA-SEC 23000-23555; KT ACWP-PRIV 1331; MLBKLA-SEC 26997 | Files collected from Jon Tompkins' Mac laptop; spreadsheet listing KLA legal staff | Yes |
| 26 | MLB/KLA SEC 23556 – 26996 | Kenneth Schroeder calendar (box 1 of 2) | Yes |
| 27 | MLB/KLA SEC 23556 – 26996 | Kenneth Schroeder calendar (box 2 of 2) | Yes |

| | | | |
|---|---|---|---|
| 28 | MLB/KLA SEC 26998 – 27190 | "Grant Review Summary Documents" binder | Yes |
| 29 | MLB/KLA-SEC 27191 – 47899; KT ACWP-PRIV 1736 – 1741 | Kenneth Levy's electronic calendar data<br>Box #1 of 10: 27191 – 29492 (2/5/01 – 5/2/02) | Yes |
| 30 | MLB/KLA-SEC 27191 – 47899; KT ACWP-PRIV 1736 – 1741 | Kenneth Levy's electronic calendar data<br>Box #2 of 10: 29493 – 31461 (5/2/02 – 11/21/02) | Yes |
| 31 | MLB/KLA-SEC 27191 – 47899; KT ACWP-PRIV 1736 – 1741 | Kenneth Levy's electronic calendar data<br>Box #3 of 10: 31462 – 33449 (12/17/02 – 3/27/03) | Yes |
| 32 | MLB/KLA-SEC 27191 – 47899; KT ACWP-PRIV 1736 – 1741 | Kenneth Levy's electronic calendar data<br>Box #4: 33450 - 35567 (3/27/03 – 3/06/04) | Yes |
| 33 | MLB/KLA-SEC 27191 – 47899; KT ACWP-PRIV 1736 – 1741 | Kenneth Levy's electronic calendar data<br>Box #5: 35568 – 37913 (3/6/04 – 7/21/04) | Yes |
| 34 | MLB/KLA-SEC 27191 – 47899; KT ACWP-PRIV 1736 – 1741 | Kenneth Levy's electronic calendar data<br>Box #6: 37914 – 40001 (6/25/04 – 11/11/05) | Yes |
| 35 | MLB/KLA-SEC 27191 – 47899; KT ACWP-PRIV 1736 – 1741 | Kenneth Levy's electronic calendar data<br>Box #7: 40002 – 42039 (5/20/05 – 1/10/06) | Yes |
| 36 | MLB/KLA-SEC 27191 – 47899; KT ACWP-PRIV 1736 – 1741 | Kenneth Levy's electronic calendar data<br>Box #8: 42040 – 44099 (1/10/06 – 2/10/06) | Yes |
| 37 | MLB/KLA-SEC 27191 – 47899; KT ACWP-PRIV 1736 – 1741 | Kenneth Levy's electronic calendar data<br>Box #9: 44100 – 45907 (4/13/06 – 7/11/06) | Yes |
| 38 | MLB/KLA-SEC 27191 – | Kenneth Levy's electronic calendar data | Yes |

| | | | |
|---|---|---|---|
| | 47899; KT ACWP-PRIV 1736 – 1741 | Box #10: 45908 – 47899 (7/12/06 – 11/11/06) | |
| ----- | MLB/KLA-SEC 47900 – 47969 DO NOT EXIST | | |
| 39 | MLB/KLA SEC 47970 – 50950; KT ACWP-PRIV 1742 – 1874 | Kenneth Levy & Kenneth Schroeder Special Committee binders (Box 1 of 2) | Yes |
| 40 | MLB/KLA SEC 47970 – 50950; KT ACWP-PRIV 1742 – 1874 | Kenneth Levy & Kenneth Schroeder Special Committee binders (Box 2 of 2) | Yes |
| 41 | MLB/KLA SEC 50951 – 52521; KT ACWP-PRIV 1875 – 1986 (NOTE: no docs numbered 51525 – 51576) | John Kispert & Joy Nyberg Special Committee binders; additional documents re Kispert; color copy of MLB/KLA SEC 2677-2679 | Yes |
| 42 | MLB/KLA SEC 52522 – 52884; KT ACWP-PRIV 1987 – 2050 | Docs retrieved from John Kispert's hard-drive | Yes |
| 43 | MLB/KLA SEC 52885 – 58169; KT ACWP-PRIV 2051 - 2346 | Additional Lisa Berry documents (Box 1 of 3) | Yes |
| 44 | MLB/KLA SEC 52885 – 58169; KT ACWP-PRIV 2051 - 2346 | Additional Lisa Berry documents (Box 2 of 3) | Yes |
| 45 | MLB/KLA SEC 52885 – 58169; KT ACWP-PRIV 2051 - 2346 | Additional Lisa Berry documents (Box 3 of 3) | Yes |
| 46 | MLB/KLA SEC 58170 – 58315; KT ACWP-PRIV 2347 – 3855 | Docs collected from Stuart Nichols' office; documents shown to interviewees during Special Committee investigation but not previously produced to SEC; documents related to Nichols March 2001 memo; revised grant binder for | Yes |

| | | | |
|---|---|---|---|
| | | 7/26/94 and 2/9/01 grants | |
| 47 | MLB/KLA SEC 58316 - 60454 | Comp/option info & personnel files for Kenneth Levy, Kenneth Schroeder, Lisa Berry & Stuart Nichols; Form 4s; Schedule 14As; D&O questionnaires; management rep letters | Yes |
| 48 | KTACWP-PRIV 1331 – 1735; MLB/KLA-SEC 60455 – 61433; KT ACWP-PRIV 3856 – 3972 | Binder of documents not previously produced to the SEC; interview memoranda & Special Committee binders for Jeannine Akbar, Ned Barnholt, Peter Bond, Jane Butler, Kathryn Cross, Tina Galindo & Lida Urbanek | Yes |
| 49 | MLB/KLA-SEC 61434 – 62150; KT ACWP-PRIV 3973 – 3986 | Forms 3, 4 and 5 for Lisa Berry, Kenneth Schroeder and Kenneth Levy | Yes |
| 50 | MLB/KLA-SEC 62151; MLB/KLA-SEC 62152 – 62225; KT ACWP-PRIV 3987 – 4047; MLB/KLA-SEC 62226 – 67549; KT ACWP-PRIV 4048 – 4107 | One page spreadsheet of final grant summary restatement information; memoranda and documents from Special Committee follow-up interviews of Kispert, Skebe, Dickerson & Lamb; Berry, Schroeder, Levy, Nichols documents related to SEC filings (Box 1 of 3) | Yes |
| 51 | MLB/KLA-SEC 62226 – 67549; KT ACWP-PRIV 4048 – 4107 | Berry, Schroeder, Levy, Nichols documents related to SEC filings (Box 2 of 3) | Yes |
| 52 | MLB/KLA-SEC 62226 – 67549; KT ACWP-PRIV 4048 – 4107 | Berry, Schroeder, Levy, Nichols documents related to SEC filings (Box 3 of 3) | Yes |
| 53 | MLB/KLA-SEC 67550 – 69406; 69407 – 69454; KT ACWP-PRIV 4108 – 5186; 5187 - 5205 | Berry, Schroeder, Levy, Nichols documents related to SEC filings; DiMarco/Stern Special Committee binders (Box 1 of 3) | Yes |
| 54 | MLB/KLA-SEC 67550 – 69406; 69407 – 69454; KT ACWP-PRIV 4108 – 5186; | Berry, Schroeder, Levy, Nichols documents related to SEC filings; Bret DiMarco/Roger Stern Special Committee binders (Box 2 of 3) | Yes |

| | | | |
|---|---|---|---|
| | 5187 – 5205 | | |
| 54A | MLB/KLA-SEC 67550 – 69406; 69407 – 69454; KT ACWP-PRIV 4108 – 5186; 5187 - 5205 | Berry, Schroeder, Levy, Nichols documents related to SEC filings; Bret DiMarco/Roger Stern Special Committee binders (Box 3 of 3) | Yes |
| 55 | KT ACWP-PRIV 5203 – 5209; MLB/KLA-SEC 69455 – 69592; KT ACWP-PRIV 5210 – 5220; MLB/KLA-SEC 69593; MLB/KLA-SEC 69594 – 69603; KLA-SEC041(CD); MLB/KLA-SEC 69604 – 69633; KLA-SEC042(CD); MLB/KLA-SEC 69634 – 69688; KLA-SEC043(CD); MLB/KLA-SEC 69689 – 69837; MLB/KLA-SEC 69838 – 69853; MLB/KLA-SEC 69854 – 69971; KLA-SEC044(CD) | Exhibit 1 of Marshall Mohr Special Committee interview; Barbara Stebbins Special Committee interview binders; Stuart Nichols' statement of sub-certification, for period ended June 30, 2002; peak performance notices; calendar entries for Kenneth Schroeder for July 1997 to 2004; calendar entries for Kenneth Schroeder for 2005; calendar entries of Kenneth Schroeder's assistant, Tina Galindo; documents from files of Kenneth Schroeder; Kenneth Schroeder's appointment calendar from 2001; Stuart Nichols' Wells submission (no Bates numbers); 2 declarations – Andrew Middleton & Kevin McAndrews (no Bates numbers, no electronic version) | Yes |
| 56 | MLB/KLA-SEC 69972 – 71601, 71602-71603; KLA-SEC045 & 46(CDs) | Kenneth Schroeder's appointment calendars for 1991 – 2005; July 9, 2001 Form 4 for Kenneth Schroeder | Yes |
| ----- | MLB/KLA-SEC 2526 – 62225; KT ACWP-PRIV 227 – 4047; KLA-SEC 1 – 2525<br><br>MLB/KLA-SEC 62253 – 69596; KT ACWP-PRIV | CD labeled KLA-DOJ001 and CD labeled KLA-DOJ002 | Yes |

| | | | |
|---|---|---|---|
| | 4048 – 5220 | | |
| 57 | PwC-KLA-SEC 1-563; PwC-KLA-SEC 564-1226; PwC-KLA-SEC 1227-1612; PwC-KLA-SEC 1613-2002 | PricewaterhouseCoopers production: External working papers for fiscal year 1998; electronic and external working papers for fiscal year 1999; external working papers for fiscal year 2000; electronic working papers for fiscal year 2000 | [illegible] |
| 58 | PwC-KLA-SEC 2003-3310 | Electronic and external working papers for fiscal year 2001 | No |
| 59 | [illegible] 407 | Electronic and external working papers for fiscal year 2002 | No |
| 60 | PwC-KLA-SEC 5408-6260 | External working papers for fiscal year 2003 | [illegible] |
| 61 | PwC-KLA-SEC 6261-[illegible] | [illegible] papers for [illegible] 2003 | [illegible] |
| 62 | PwC-KLA-SEC 7770-8149; 12529-13141 | External working papers for fiscal year 2004; Maureen Lamb/Tracy Laboy email & electronic working papers for fiscal year 2004 | [illegible] |
| 63 | PwC-KLA-SEC 8150-8502; 13142-13196; 13377-13528 | Maureen Lamb/Tracy Laboy emails | [illegible] |
| 64 | PwC-KLA-SEC 8503-12476 | [illegible] Tracy Laboy emails | [illegible] |
| [illegible] | PwC-KLA-SEC 13197-16345 | [illegible] external working papers for fiscal year 2005 [illegible] emails | [illegible] |
| 65 | PwC-KLA-SEC 16346 – 17323 | Communications | Yes |
| [illegible] | ----- | Testimony transcripts of Kenneth Schroeder, Kenneth Levy and Lisa Berry and exhibits; June 5, 2007 correspondence from Elizabeth Malaspina re search terms and list of current and former PricewaterhouseCoopers employees who worked on the KLA engagement | Yes (only transcripts) |