SHIRLI FABBRI WEISS (Bar No. 079225)
DAVID PRIEBE (Bar No. 148679)
JEFFREY B. COOPERSMITH (Bar. No. 252819)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001
Email: shirli.weiss@dlapiper.com
Email: david.priebe@dlapiper.com
Email: jeff.coopersmith@dlapiper.com
Email: stanley.panikowski@dlapiper.com

ELLIOT R. PETERS (Bar No. 158708)
STUART L. GASNER (Bar No. 164675)
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188
E-mail: EPeters@KVN.com
E-mail: SGasner@KVN.com

Attorneys for Defendant
KENNETH L. SCHROEDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 07 3798 JW |
| *Plaintiff,* | **PROOF OF SERVICE** |
| v. | |
| KENNETH L. SCHROEDER, | |
| *Defendant.* | |

## PROOF OF SERVICE

I am employed in the city of Seattle, the county of King and the State of Washington in the office of a member of the bar of this Court at whose direction the following service was made. I am over the age of eighteen years and am not a party to the within-entitled action. My business address is DLA Piper US LLP, 701 Fifth Avenue, Suite 7000, Seattle, WA 98104.

On August 26, 2008, I electronically filed with the Court via the ECF system the following document(s), which will automatically send a copy to the parties below at the email addresses listed and to Non-Parties Skadden, Arps, Slate, Meagher & Flom LLP and KLA-Tencor Corporation:

- Reply Memorandum in Support of Motion of Kenneth L. Schroeder to Compel Further Responses to Discovery Requests (Testimony and Documents) by (1) KLA-Tencor Corporation and (2) Skadden, Arps, Slate, Meagher & Flom LLP, Attorneys for the Special Committee of KLA's Board of Directors; and

- Declaration of Shirli F. Weiss.

Susan F. La Marca
Mark P. Fickes
Elena Ro
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94101
lamarcas@sec.gov
fickesm@sec.gov
roe@sec.gov

James E. Lyons
Timothy A. Miller
Skadden Arps Slate Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
jlyons@skadden.com
tmiller@skadden.com

John H. Hemman
Joseph E. Floren
Thomas Green
Morgan Lewis & Bockius LLP
One Market - Spear Street Tower
San Francisco, CA 94105
jhemann@morganlewis.com
jfloren@morganlewis.com
tgreen@morganlewis.com

1  I declare under penalty of perjury under the laws of the United States of America that the
2  above is true and correct.
3  Executed on August 26, 2008, at Seattle, WA.

_____
Stephanie Tucker

WEST\21498710.1

SEC v. Schroeder
C-07-3798 (JW) - 3

DLA Piper US LLP

PROOF OF SERVICE