1  SHIRLI FABBRI WEISS (Bar No. 079225)
   DAVID PRIEBE (Bar No. 148679)
2  JEFFREY B. COOPERSMITH (Bar No. 252819)
   **DLA PIPER LLP (US)**
3  2000 University Avenue
   East Palo Alto, CA 94303-2248
4  Tel:  (650) 833-2000
   Fax: (650) 833-2001
5  Email:  shirli.weiss@dlapiper.com
   Email:  david.priebe@dlapiper.com
6  Email:  jeff.coopersmith@dlapiper.com

7  ELLIOT R. PETERS (Bar No. 158708)
   STUART L. GASNER (Bar No. 164675)
8  **KEKER & VAN NEST LLP**
   710 Sansome Street
9  San Francisco, CA  94111
   Tel:  (415) 391-5400
10 Fax:  (415) 397-7188
   E-mail:  EPeters@KVN.com
11 E-mail:  SGasner@KVN.com

12 Attorneys for Defendant
   KENNETH L. SCHROEDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 07 3798 JW |
| *Plaintiff*, | **NOTICE OF CHANGE OF FIRM NAME** |
| v. | |
| KENNETH L. SCHROEDER, | |
| *Defendant*. | |

Please note that the firm formerly known as DLA Piper US LLP, counsel for Defendant, KENNETH L. SCHROEDER, has, as of September 3, 2008, changed its name to **DLA Piper LLP (US)**.

Dated:  September 2, 2008        **DLA PIPER LLP (US)**

By: _____/s/ David Priebe_____
     DAVID PRIEBE
Attorneys for Defendant Kenneth L. Schroeder

SEC v. Schroeder                                      NOTICE OF CHANGE OF FIRM NAME
C-07-3798 (JW) - 1

DLA PIPER LLP (US)