1  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   RICHARD MARMARO (Cal. Bar No. 91387)
2  300 South Grand Avenue, Suite 3400
   Los Angeles, California 90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:  (213) 687-5600
4  Email:    rmarmaro@skadden.com

5  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   JAMES E. LYONS (Cal. Bar No. 112582)
6  TIMOTHY A. MILLER (Cal. Bar No. 154744)
   Four Embarcadero Center, Suite 3800
7  San Francisco, California 94111-4144
   Telephone:  (415) 984-6400
8  Facsimile:  (415) 984-2698 (fax)
   Email:       jlyons@skadden.com
9             tmiller@skadden.com

10 Attorneys for Non-Parties Skadden, Arps, Slate, Meagher & Flom LLP
   and Individual Skadden Attorneys

11

12                 UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15

16 SECURITIES AND EXCHANGE          )  CASE NO. C 07-3798-JW (HRL)
   COMMISSION,                      )
17                                  )  STIPULATION AND [PROPOSED]
                    Plaintiff,      )  ORDER RE MOTION OF KENNETH L.
18          vs.                     )  SCHROEDER TO COMPEL FURTHER
                                    )  RESPONSES TO DISCOVERY
19 KENNETH L. SCHROEDER,            )  REQUESTS (TESTIMONY AND
                                    )  DOCUMENTS) BY (1) KLA-TENCOR
20                                  )  CORPORATION AND (2) SKADDEN,
                    Defendant.      )  ARPS, SLATE, MEAGHER & FLOM
21                                  )  LLP, ATTORNEYS FOR THE SPECIAL
                                    )  COMMITTEE OF KLA'S BOARD OF
22 ―――――――――――――――――――             )  DIRECTORS [DKT. NO. 75]

23

24                                     Date:   September 23, 2008
                                       Time:  10:00 a.m.
25                                     Courtroom:    8
                                       Judge:  Magistrate Judge Howard R. Lloyd
26

27

28

   ―――――――――――――――――――――――――――――――――――――――――――――――――
   STIPULATION AND [PROPOSED] ORDER RE KENNETH L. SCHROEDER'S MOTION TO COMPEL

1  WHEREAS, Defendant Kenneth L. Schroeder ("Schroeder") issued subpoenas to non-

2  parties Skadden, Arps, Slate, Meagher & Flom LLP and individual Skadden attorneys Galen

3  Bellamy,  Jack DiCanio, Zvi Gabbay, Elizabeth Harlan, Victoria Holstein-Childress, Cale Keable,

4  Morgan Lopez, Richard Marmaro, Thomas McDonald, Lanelle Meidan, Jonah Van Zandt and

5  Sheryl Wu (collectively, "Skadden"), and separately to non-party KLA-Tencor Corporation

6  ("KLA"); and

7  WHEREAS, Skadden and KLA timely objected to the subpoenas in part on the ground that

8  they called for the production of documents and information protected from disclosure by the

9  attorney work product doctrine; and

10  WHEREAS, Skadden, KLA and Schroeder engaged in a "meet and confer" process to

11  resolve their disputes, but were ultimately unsuccessful; and

12  WHEREAS, on June 9, 2008, Schroeder filed his Motion of Kenneth L. Schroeder to

13  Compel Further Responses to Discovery Requests (Testimony and Documents) By (1) KLA-

14  Tencor Corporation and (2) Skadden, Arps, Slate, Meagher & Flom LLP, Attorneys for the Special

15  Committee of KLA's Board of Directors (the "Motion to Compel") (Dkt. No. 75), originally setting

16  the Motion to Compel for hearing on July 15, 2008, and later, at the request of KLA and Skadden,

17  continuing the hearing to August 26, 2008; and

18  WHEREAS, at the request of KLA and Skadden, the parties filed a stipulation dated July

19  25, 2008 (Dkt. No. 81) setting forth a proposed briefing schedule and continuing the hearing on the

20  Motion to Compel to September 9, 2008, and, based on the Court's order on that stipulation dated

21  August 1, 2008 (Dkt. No. 83), a schedule was set for the completion of briefing on the Motion to

22  Compel and the hearing on the Motion to Compel was continued to September 23, 2008, at 10:00

23  a.m.; and

24  WHEREAS, on August 1, 2008, Skadden filed its opposition to Schroeder's Motion to

25  Compel, arguing principally that the documents and information sought in Schroeder's subpoenas

26  were protected from disclosure by the attorney work product doctrine (Dkt. No. 84, and related

27  entries); and

28

1   WHEREAS, on August 26, 2008, Schroeder filed his reply brief in support of his Motion to

2   Compel (the "Schroeder Reply") (Dkt. No. 89) in which he argues, in part, that "the Court need not

3   even consider any of Skadden's arguments concerning work product protection," citing cases

4   including *In re California Public Utilities Commission*, 892 F.2d 778, 781 (9th Cir. 1989)

5   (hereinafter "*CPUC*") (*see* Schroeder's Reply (Dkt. 89) at page 17 line 1 through page 18 line 8);

6   and

7   WHEREAS, Skadden contends that Schroeder's argument based on *CPUC* and related

8   cases was not raised by Schroeder in the "meet and confer" process or at any point prior to the

9   filing of Schroeder's Reply; and

10  WHEREAS, after receiving Schroeder's Reply, Skadden contacted counsel for Schroeder

11  and requested that Schroeder agree, in light of Schroeder's *CPUC* argument, to continue the

12  hearing on the Motion to Compel to permit Skadden to move for a protective order prohibiting the

13  disclosure of documents or information sought in the Motion to Compel that Skadden claims are

14  protected from disclosure by the attorney work product doctrine; and

15  WHEREAS, Schroeder's counsel explained to Skadden that Schroeder does not wish to

16  continue the hearing on the Motion to Compel, but would instead agree that Skadden may file a

17  surreply in further opposition to Schroeder's Motion to Compel, not to exceed five pages, by

18  Tuesday, September 16, 2008, limited to responding to the arguments raised by Schroeder at page

19  17 line 1 through page 18 line 8 of Schroeder's Reply (Dkt. No. 89); and

20  WHEREAS, in consideration of Skadden's agreement to proceed by filing a surreply

21  rather than filing an administrative motion for an order continuing the hearing date, Schroeder has

22  further agreed that (i) he has not contended, in his Reply or elsewhere, and will not contend that

23  Skadden's arguments under the attorney work product doctrine in its opposition papers or its

24  surreply have been compromised or affected in any way by the fact that Skadden did not file a

25  motion for a protective order, and (ii) to expedite the final resolution of the dispute between

26  Skadden and Schroeder, if the Court finds that the filing of a motion for protective order by

27  Skadden or KLA (or both) is appropriate or necessary in light of Schroeder's *CPUC* argument,

28  Skadden's opposition papers and surreply should be deemed by the Court to constitute a motion for

-2-

1  protective order under Rule 26(c) and Rule 45(c) of the Federal Rules of Civil Procedure

2  prohibiting the disclosure of the documents and information sought in Schroeder's Motion to

3  Compel that Skadden contends are protected from disclosure by the attorney work product

4  doctrine; and

5          WHEREAS, to induce Skadden not to file an administrative motion seeking a continuance

6  of the hearing date, Schroeder and Skadden have further agreed that, if after reviewing the briefs of

7  the parties, including Skadden's surreply, and after hearing argument on September 23, 2008, the

8  Court determines that it cannot deny the Motion to Compel or issue a protective order under Rule

9  26(c) or Rule 45(c) of the Federal Rules of Civil Procedure prohibiting the disclosure of the

10 documents and information sought in Schroeder's Motion to Compel that Skadden or KLA

11 contends are protected from disclosure by the attorney work product doctrine without the filing of a

12 new motion for protective order by Skadden or KLA (or both), then the Court should defer its

13 ruling on Schroeder's Motion to Compel to permit Skadden and/or KLA to move the court for a

14 protective order, so that the Court can address the issue with the benefit of full briefing;

15         WHEREAS, to the extent that KLA, in its opposition to Schroeder's Motion to Compel, has

16 asserted work product objections with respect to certain of the documents and information sought

17 in Schroeder's separate subpoena to KLA, KLA agrees with and joins Skadden's positions set forth

18 above;

19         IT IS HEREBY STIPULATED AND AGREED, by and between Schroeder, Skadden and

20 KLA through their respective counsel, as follows:

21         1.    Skadden may file a surreply in further opposition to Schroeder's Motion to

22 Compel not to exceed five pages, limited to responding to the arguments raised by Schroeder at

23 page 17 line 1 through page 18 line 8 of Schroeder's Reply (Dkt. No. 89).

24         2.    Skadden's surreply shall be filed no later than Tuesday, September 16, 2008.

25         3.    The hearing on the Motion to Compel shall go forward as scheduled on

26 September 23, 2008.

27         4.    Skadden's and KLA's objections based on the applicability of the attorney

28 work product doctrine to the production of documents or information requested in Schroeder's

-3-

1  subpoenas shall not be overruled, compromised or affected in any way on the ground that neither

2  Skadden nor KLA has moved for a protective order.

3       5.    Subject to the discretion and approval of the Court, if the Court determines

4  that it cannot deny the Motion to Compel or issue a protective order under Rule 26(c) or Rule 45(c)

5  of the Federal Rules of Civil Procedure prohibiting the disclosure of the documents and

6  information sought in Schroeder's Motion to Compel that Skadden or KLA contends are protected

7  from disclosure by the attorney work product doctrine without the filing of a new motion for

8  protective order by Skadden or KLA (or both), then the Court will defer its ruling on Schroeder's

9  Motion to Compel to permit Skadden or KLA (or both) to move the court for a protective order, so

10  that the Court can address the issue with the benefit of full briefing.

11       IT IS SO STIPULATED.

12

13  DATED:  September 12, 2008

                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

14

15                    By: _____/s/_____
                                    TIMOTHY A. MILLER
16                                    Attorneys for
                        Non-Parties Skadden, Arps, Slate, Meagher & Flom LLP
17                            and Individual Skadden Attorneys

18

19       I, Timothy A. Miller, am the ECF User whose ID and password are being used to

20  file this STIPULATION AND [PROPOSED] ORDER RE MOTION OF KENNETH L.

21  SCHROEDER TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS

22  (TESTIMONY AND DOCUMENTS) BY (1) KLA-TENCOR CORPORATION AND (2)

23  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, ATTORNEYS FOR THE SPECIAL

24  COMMITTEE OF KLA'S BOARD OF DIRECTORS [DKT. NO. 75].  In compliance with General

25  Order 45, X.B., I hereby attest that each of the two signatories identified below has concurred in

26  this filing.

27

28

**STIPULATION AND [PROPOSED] ORDER RE KENNETH L. SCHROEDER'S MOTION TO COMPEL**

1    DATED:  September 12, 2008              DLA PIPER US LLP
2                                            SHIRLI FABBRI WEISS
                                             DAVID A. PRIEBE
3                                            JEFFREY B. COOPERSMITH

4                                            By: _____/s/_____
                                                 Jeffrey B. Coopersmith
5                                            200 University Avenue
                                             East Palo Alto, California 94303
6                                            Telephone:  (650) 833-2096
                                             Facsimile:  (650) 833-2001
7                                            Attorneys for Defendant Kenneth L. Schroeder

8

9    DATED:  September 12, 2008              MORGAN, LEWIS & BOCKIUS LLP
10                                           JOHN H. HEMANN
                                             JOSEPH E. FLOREN
11                                           By:_____/s/_____
                                                 Joseph E. Floren
12

13                                           One Market Street, Spear Street Tower
                                             San Francisco, CA 94105-1126
14                                           Telephone:  (415) 442-1000
                                             Facsimile:   (415) 442-1001
15                                           Attorneys for Non-Party KLA-Tencor Corporation

16

17

18

19                                           __ORDER__

20               PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22   Dated: _____, 2008

23                                           _____
                                                 The  Honorable Howard R. Lloyd
24                                               United States Magistrate Judge

25

26

27

28

-5-