**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9          SAN JOSE DIVISION

10   Securities and Exchange Commission,                NO. C 07-03798 JW

11              Plaintiff,                **ORDER CONTINUING CASE**
        v.                                **MANAGEMENT CONFERENCE**
12
     Kenneth Schroeder,
13
                Defendant.
14                                                          /

15          On April 6, 2009, the parties are scheduled to appear for a Case Management Conference.

16   The parties timely filed a Joint Case Management Statement.  (Docket Item No. 115.)  The parties

17   represent that they are waiting on a ruling from Magistrate Judge Lloyd on a motion to compel

18   before they can discuss a schedule for this case.  Based on the parties' representations in their Joint

19   Statement, the Court finds it appropriate to continue the Case Management Conference.

20          Accordingly, the April 6 Conference is CONTINUED to **May 18, 2009 at 10 a.m.**  On or

21   before **May 8, 2009**, the parties shall file a Joint Case Management Statement in which they shall

22   apprise the Court of any developments in the status of this action and provide a proposed schedule to

23   advance the case.

24

25   Dated:  April 2, 2009

26                                              JAMES WARE
                                                United States District Judge
27

28

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alice L. Jensen ajensen@fenwick.com
Arlena Victoria Carrozzi arlena.carrozzi@dlapiper.com
3  David Allen Priebe david.priebe@dlapiper.com
Elena Ro roe@sec.gov
4  Elliot Remsen Peters epeters@kvn.com
James Elliot Lyons jlyons@skadden.com
5  Jeffrey Bruce Coopersmith jeff.coopersmith@dlapiper.com
Jeffrey S. Facter jfacter@shearman.com
6  Jonathan B. Gaskin jgaskin@orrick.com
Joni L. Ostler jostler@wsgr.com
7  Judith L. Anderson andersonju@sec.gov
Lanelle Kay Meidan lanelle.meidan@skadden.com
8  Marc J. Fagel fagelm@sec.gov
Mark Philip Fickes fickesm@sec.gov
9  Matthew Eric Sloan Matthew.Sloan@skadden.com
Richard Marmaro rmarmaro@skadden.com
10  Shirli Fabbri Weiss shirli.weiss@dlapiper.com
Steven Keeley Taylor skt@kvn.com
11  Stuart L. Gasner slg@kvn.com
Susan F. LaMarca lamarcas@sec.gov
12  Thomas R. Green tgreen@morganlewis.com
Timothy Alan Miller tmiller@skadden.com

13

14

**Dated:  April 2, 2009**                              **Richard W. Wieking, Clerk**
15

16                                                         **By:      /s/ JW Chambers**
                                                               **Elizabeth Garcia**
17                                                             **Courtroom Deputy**

18

19

20

21

22

23

24

25

26

27

28