MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
THOMAS R. GREEN (SBN 203480)
MATTHEW S. WEILER (SBN 236052)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
Email: jhemann@morganlewis.com
       jfloren@morganlewis.com
       tgreen@morganlewis.com
       mweiler@morganlewis.com

Attorneys for Non Party KLA-Tencor Corporation

**\*ORDER E-FILED 5/11/2009\***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>KENNETH L. SCHROEDER,<br><br>*Defendant*. | No. C 07 3798 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO MEET AND CONFER AND SUBMIT A JOINT STIPULATION AND PROPOSED PROTECTIVE ORDER** |

**STIPULATION**

WHEREAS, on April 27, 2009, Magistrate Judge Howard R. Lloyd issued an Order ("Order") granting in part and denying in part defendant Kenneth L. Schroeder's ("Schroeder") motion to compel he filed against non-parties KLA-Tencor Corporation ("KLA") and Skadden, Arps, Slate, Meagher & Flom ("Skadden");

WHEREAS, Magistrate Judge Lloyd's Order ordered Schroeder, the Securities and Exchange Committee ("SEC"), KLA and Skadden to meet and confer over the terms of a stipulation and file with the court a proposed Protective Order governing the production and protection of certain KLA and Skadden documents and information;

WHEREAS, Schroeder, KLA, Skadden and the SEC have met and conferred as ordered with Schroeder submitting the first draft for the parties' consideration on April 29, 2009, and multiple draft stipulations and protective orders having been exchanged since that time; and

WHEREAS, the issues in this matter are complex and the parties have been unable thus far to reach an agreement on the final terms of a proposed Protective Order, but believe they can make further progress toward an agreement if provided with additional time to meet and confer over the remaining disputed issues;

**IT IS THEREFORE STIPULATED AND AGREED**, by and between Schroeder, the SEC, KLA and Skadden, through their respective counsel, as follows:

1. Schroeder, the SEC, KLA and Skadden will continue to meet and confer over the terms of a Stipulation and proposed Protective Order; and

2. Schroeder, the SEC, KLA and Skadden will either submit a joint Stipulation and proposed Protective Order or submit competing proposed Protective Orders for the Court's consideration by May 15, 2009.

**IT IS SO STIPULATED AND AGREED.**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21107283.1

STIPULATION AND PROTECTIVE ORDER;
CASE NO. C 07 3798 JW

| | | |
|---|---|---|
| Dated: May 8, 2009 | | MORGAN, LEWIS & BOCKIUS LLP |
| | | By: /s/ Thomas R. Green |
| | | Thomas R. Green |
| | | Attorneys for non-party<br>KLA-TENCOR CORPORATION |
| | | |
| Dated: May 8, 2009 | | DLA PIPER LLP (US) |
| | | By: /s/ Jeffrey B. Coopersmith |
| | | JEFFREY B. COOPERSMITH |
| | | Attorneys for Defendant<br>KENNETH L. SCHROEDER |
| | | |
| Dated: May 8, 2009 | | SECURITIES AND EXCHANGE COMMISSION |
| | | By: /s/ Mark Fickes |
| | | Mark Fickes |
| | | Attorneys for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION |
| | | |
| Dated: May 8, 2009 | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | | By: /s/ Timothy A. Miller |
| | | Timothy A. Miller |
| | | Attorneys for non-party<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21107283.1       2       STIPULATION AND PROTECTIVE ORDER;
CASE NO. C 07 3798 JW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Thomas R. Green, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of May, 2009, in San Francisco, California.

/s/ Thomas R. Green
Thomas R. Green

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21107283.1

3

STIPULATION AND PROTECTIVE ORDER;
CASE NO. C 07 3798 JW

# ORDER

IT IS HEREBY ORDERED, PURSUANT TO THE STIPULATION OF THE PARTIES, AS FOLLOWS:

1. Schroeder, the SEC, KLA and Skadden will continue to meet and confer over the terms of a Stipulation and proposed Protective Order; and

2. Schroeder, the SEC, KLA and Skadden will either submit a joint Stipulation and proposed Protective Order or submit competing proposed Protective Orders for the Court's consideration by May 15, 2009.

Pursuant to stipulation, **IT IS SO ORDERED.**

Dated: May  11 , 2009

_____
HOWARD R. LLOYD
United States Magistrate Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/21107283.1

4

STIPULATION AND PROTECTIVE ORDER;
CASE NO. C 07 3798 JW