1

2                                              **\*E-FILED 7/7/2009\***

3

4

5

6

7                                     NOT FOR CITATION

8                     IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11   SECURITIES AND EXCHANGE                    No. C07-03798 JW (HRL)
     COMMISSION,
12                                              **ORDER RE DEFENDANT'S MOTION**
                    Plaintiff,                  **FOR ENTRY OF PROTECTIVE ORDER**
13     v.
                                                **[Re: Docket No. 141]**
14   KENNETH L. SCHROEDER,

15                    Defendant.
     _____/
16

17          In this court's April 27, 2009 discovery order, the SEC, Schroeder, and non-parties

18   KLA-Tencor Corporation ("KLA") and Skadden, Arps, Slate, Meagher & Flom ("Skadden")

19   were directed to meet-and-confer for the purpose of entering into a protective order governing

20   the treatment of confidential information.  They were unable to reach agreement as to certain

21   terms.  Before the court is Schroeder's proposed form of order, on the one hand, and the SEC's

22   proposed form of order (agreed to by KLA and Skadden) on the other.  Having considered the

23   moving and responding papers, as well as the parties' respective proposals, this court rules as

24   follows:

25          With respect to Paragraph 3, this court will adopt the SEC's proposed language.

26   However, this ruling is without prejudice to Schroeder to seek modification of the protective

27   order with respect to specific discovery he desires for use in other identified litigation.

28          Next, the parties disagree whether KLA and Skadden should be permitted to attend

**United States District Court**
For the Northern District of California

1   the depositions of witnesses it does not represent.  The papers presented indicate that this is

2   primarily a dispute between Schroeder and KLA.  This court sees no reason why KLA should

3   be entirely barred from attending depositions where the company's interests might be

4   implicated.  Accordingly, the court will adopt the language proposed by the SEC.  However,

5   this ruling is without prejudice to Schroeder to seek a protective order precluding KLA from

6   attending a specific deposition.  Additionally, KLA is reminded of its prior representation to

7   this court that it would permit Schroeder to obtain discovery *without* objections as to privilege

8   or work product.

9       Finally, in the event Schroeder challenges a confidentiality designation, the parties

10  disagree whether he should be ordered to establish – at the outset – that he is not seeking

11  reconsideration of prior court rulings.  Inasmuch as this court did not make definitive rulings as

12  to the claimed confidentiality (or not) of specific documents, it finds that defendant's proposed

13  language is appropriate and adequately addresses the SEC's (and KLA's and Skadden's) stated

14  concerns.  Accordingly, defendant's proposed language will be adopted.

15      A protective order will be entered separately.

16      SO ORDERED.

17  Dated:     July 7, 2009

18

19  _____
    HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

1

**5:07-cv-03798-JW Notice has been electronically mailed to:**

2

Alice L. Jensen ajensen@fenwick.com, cprocida@fenwick.com
Arlena Victoria Carrozzi arlena.carrozzi@dlapiper.com

3

David Allen Priebe david.priebe@dlapiper.com, margaret.austin@dlapiper.com, stacy.murray@dlapiper.com

4

Elena Ro roe@sec.gov
Elliot Remsen Peters epeters@kvn.com, aap@kvn.com, efiling@kvn.com

5

James Elliot Lyons jlyons@skadden.com, btravagl@skadden.com, kvirdone@skadden.com, wacampbe@skadden.com

6

Jeffrey Bruce Coopersmith jeff.coopersmith@dlapiper.com, bradley.meissner@dlapiper.com, evelyn.dacuag@dlapiper.com

7

Jeffrey S. Facter jfacter@shearman.com, rcheatham@shearman.com
Jonathan B. Gaskin jgaskin@orrick.com, mticzon@orrick.com

8

Joni L. Ostler jostler@wsgr.com, pbaird@wsgr.com
Judith L. Anderson andersonju@sec.gov, alcairoe@sec.gov, johnstonj@sec.gov

9

Lanelle Kay Meidan lanelle.meidan@skadden.com
Marc J. Fagel fagelm@sec.gov

10

Mark Philip Fickes fickesm@sec.gov
Matthew Eric Sloan Matthew.Sloan@skadden.com, eaviad@skadden.com,

11

jlyons@skadden.com, mtroost@skadden.com, rcho@skadden.com
Rebecca Felice Lubens rlubens@orrick.com, jcopoulos@orrick.com

12

Richard Marmaro rmarmaro@skadden.com, kcooley@skadden.com, ljohnsto@skadden.com, rmckaig@skadden.com

13

Shirli Fabbri Weiss shirli.weiss@dlapiper.com
Steven Keeley Taylor skt@kvn.com, efiling@kvn.com, nsn@kvn.com

14

Stuart L. Gasner slg@kvn.com, dxc@kvn.com, efiling@kvn.com, jstiles@kvn.com, rjs@kvn.com

15

Susan F. LaMarca lamarcas@sec.gov, alcairoe@sec.gov, johnstonj@sec.gov
Thomas R. Green tgreen@morganlewis.com, lbuda@morganlewis.com,

16

mchiu@morganlewis.com
Timothy Alan Miller tmiller@skadden.com, elanders@skadden.com, kvirdone@skadden.com,

17

mborden@skadden.com, wacampbe@skadden.com

18

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California