SHIRLI FABBRI WEISS (Bar No. 079225)
DAVID PRIEBE (Bar No. 148679)
JEFFREY B. COOPERSMITH (Bar No. 252819)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001
Email: shirli.weiss@dlapiper.com
Email: david.priebe@dlapiper.com
Email: jeff.coopersmith@dlapiper.com

ELLIOT R. PETERS (Bar No. 158708)
STUART L. GASNER (Bar No. 164675)
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188
Email: EPeters@KVN.com
Email: SGasner@KVN.com

Attorneys for Defendant
KENNETH L. SCHROEDER

*ORDER E-FILED 8/25/2009*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   *Plaintiff,*<br><br>   v.<br><br>KENNETH L. SCHROEDER,<br><br>   *Defendant.* | No. C-07-3798-JW<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF CERTAIN MATERIALS PRODUCED BY NON-PARTY WILSON SONSINI GOODRICH & ROSATI** |

# STIPULATION

WHEREAS, on June 17, 2009, defendant Kenneth L. Schroeder ("Schroeder") issued a subpoena to non-party Wilson Sonsini Goodrich & Rosati ("WSGR") (the "Subpoena");

WHEREAS, on July 7, 2009, Magistrate Judge Howard R. Lloyd entered the Protective Order Regarding Confidentiality of Certain Materials as to Which KLA-Tencor Corporation Claims Privilege (the "July 7, 2009 Protective Order"), having heard certain arguments regarding claims of privilege asserted by KLA-Tencor Corporation ("KLA"), among others;

WHEREAS, based on the nature of a significant portion of the documents that WSGR anticipates producing in response to the Subpoena, and the need for expeditious production of documents, the parties and WSGR agree that it is appropriate that WSGR's production of documents be governed by the July 7, 2009 Protective Order;

Accordingly, WSGR, Schroeder, and the SEC hereby petition the Court to enter the following [Proposed] Protective Order Regarding Confidentiality of Certain Materials Produced by Wilson Sonsini Goodrich & Rosati ("Protective Order");

**IT IS THEREFORE STIPULATED AND AGREED**, by and between WSGR, Schroeder, and the SEC, through their respective counsel, as follows:

By this Protective Order, the July 7, 2009 Protective Order shall be read to govern documents produced by WSGR during this litigation. Accordingly, each provision of the July 7, 2009 Protective Order shall apply to WSGR, to its production of documents, and to the parties' use and handling of documents produced by WSGR, including (but not limited to):

1. the definition of "Confidential Material" in paragraph 1.b. shall be read to include information or tangible things produced by WSGR or any of its current or former partners or employees;

2. the definition of "Material" in paragraph 1.d. shall be read to include documents, electronically stored information, testimony and discovery responses, including all copies, excerpts and summaries thereof produced by WSGR or any of its current or former partners or employees;

3. the definition of "Person" in paragraph 1.f. shall refer to and include WSGR or any of its current or former partners or employees; and

4. paragraph 2 shall be read to govern the handling of all Material provided by WSGR or any of its current or former employees during this Action.

**IT IS SO STIPULATED AND AGREED.**

Dated: August 24, 2009    DLA PIPER LLP (US)

By: /s/ Jeffrey B. Coopersmith
    Jeffrey B. Coopersmith

Attorneys for Defendant
KENNETH L. SCHROEDER

Dated: August 24, 2009    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Dominique-Chantale Alepin
    Dominique-Chantale Alepin

Attorneys for Non-Party
WILSON SONSINI GOODRICH & ROSATI

Dated: August 24, 2009    SECURITIES AND EXCHANGE COMMISSION

By: /s/ Susan F. LaMarca
    Susan F. LaMarca

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

**[~~PROPOSED~~] ORDER**

**IT IS SO ORDERED.**

Dated: August 25, 2009

_____
HOWARD R. LLOYD
United States Magistrate Judge