IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Securities And Exchange Commission, | NO. C 07-03798 JW |
| Plaintiff, | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Kenneth L. Schroeder, | |
| Defendant. | |

This case is scheduled for a Preliminary Pretrial Conference on September 27, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Preliminary Pretrial Statement, wherein the parties requested that the Conference be vacated given the case's partial settlement and the Commission's pending Motion for an Order Barring Mr. Schroeder from Serving As an Officer or Director.  (See Docket Item No. 229.)

In light of the parties' representation, the Court finds good cause to VACATE the September 27 Conference.  The Court will set a new Preliminary Pretrial Conference date in its Order addressing the SEC's pending Motion, if necessary.

Dated:  September 21, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alice L. Jensen ajensen@fenwick.com
Arlena Victoria Carrozzi arlena.carrozzi@dlapiper.com
David Allen Priebe david.priebe@dlapiper.com
Elena Ro roe@sec.gov
Elliot Remsen Peters epeters@kvn.com
Flora F Vigo fvigo@omm.com
James Elliot Lyons jlyons@skadden.com
Jeffrey Bruce Coopersmith jeff.coopersmith@dlapiper.com
Jeffrey S. Facter jfacter@shearman.com
Jonathan B. Gaskin jgaskin@orrick.com
Joni L. Ostler jostler@wsgr.com
Judith L. Anderson andersonju@sec.gov
Lanelle Kay Meidan lanelle.meidan@skadden.com
Marc J. Fagel fagelm@sec.gov
Mark Philip Fickes fickesm@sec.gov
Matthew Eric Sloan Matthew.Sloan@skadden.com
Rebecca Felice Lubens rlubens@orrick.com
Richard Marmaro rmarmaro@skadden.com
Robert Adam Lauridsen alauridsen@kvn.com
Robert James Slaughter rjs@kvn.com
Shirli Fabbri Weiss shirli.weiss@dlapiper.com
Steven Keeley Taylor skt@kvn.com
Stuart L. Gasner slg@kvn.com
Susan F. LaMarca lamarcas@sec.gov
Thomas R. Green tgreen@morganlewis.com
Timothy Alan Miller tmiller@skadden.com

Dated: September 21, 2010     **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**